## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| AMANDEEP GYANI, ABBY UTAL, DEBORAH TOMAZ, PAULA MARTINEZ, HECTOR ACOSTA, JULEZ BLAKE, ALEXANDRIA REESE, and ROYA SAYIED, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> LULULEMON ATHLETICA INC. and LULULEMON USA INC., <br><br> Defendants. | Case No. 1:24-cv-22651-BLOOM/Elfenbein <br><br> **CLASS ACTION** <br><br> **JURY TRIAL DEMANDED** |

## <u>FIRST AMENDED CLASS ACTION COMPLAINT</u>

Plaintiffs Amandeep Gyani, Abby Utal, Deborah Tomaz, Paula Martinez, Hector Acosta, Julez Blake, Alexandria Reese, and Roya Sayied  (collectively, "Plaintiffs"), individually and on behalf of all others similarly situated, file this First Amended Class Action Complaint against Defendants Lululemon Athletica Inc. and Lululemon USA Inc. (collectively, "Lululemon" or "Defendants") and, based upon personal knowledge as to Plaintiffs and Plaintiffs' own acts and experiences, and upon information and belief through the investigation of Plaintiffs' counsel as to all other matters, alleges as follows:

### NATURE OF THE ACTION

1.      This putative consumer class action seeks to end a marketing campaign that goes too far by creating the general, express, and implied impression in consumers' minds that the Defendant's business practices, actions, and products positively contribute to the environment and

a healthier planet when, in reality, they are causing significant damage to the environment, which is only on track to get worse.

2.      Lululemon is one of the world's largest and most popular "athleisure" fashion brands. Lululemon has publicly recognized that "[c]onsumers, particularly millennial and Gen Z consumers, are more likely to align themselves with brands who they ***trust to make decisions*** that reflect their values and ***benefit people and the planet***."[1]

3.      Lululemon has taken advantage of such consumers and their trust through a massive, global "greenwashing" campaign.

4.      To attract consumers who are becoming increasingly concerned with the planet's environmental crisis, and to convince them to pay the exorbitant premiums that Lululemon charges for its products, Lululemon rolled out its Be Planet "greenwashing" campaign for purpose of misleading consumers to believe that Lululemon's business practices, products, and actions are sustainable and have a positive impact on the environment.

5.      In October 2020, Lululemon announced its "Be Planet" marketing campaign, which detailed Lululemon's promises and express representations to "become a ***more sustainable and equitable*** business, ***minimize its environmental impact***, and ***accelerate positive change***…."[2] The Be Planet campaign included the following commitments by Lululemon:

- 100% of the Company's products will include sustainable materials and end-of use solutions by 2030;

- Ensure at least 75% of its products contain sustainable materials by 2025;

---

[1]      Lululemon Athletica Inc., "2023 Carbon Disclosure Project Report" (2023) at 7 ("2023 Carbon Disclosure Project Report"), *available at* https://corporate.lululemon.com/~/media/Files/L/Lululemon/our-impact/reporting-and-disclosure/lululemon-cdp-cc-2023.pdf (last visited Jul. 12, 2024) (emphasis added).
[2]      lululemon athletica Inc. Releases Impact Agenda, Unveiling its Social and Environmental Goals and Strategies to Create a Healthier Future, Oct. 28, 2020) ("Impact Agenda"), *available at* https://corporate.lululemon.com/media/press-releases/2020/10-28-2020-085826103 (last visited Jul. 12, 2024) (emphasis added).

- Offer guests new options to extend the life of its products by providing resell, repair, and/or recycle options by 2025;

- Source 100% renewable electricity to power the Company's operations by 2021 and reduce carbon emissions across its global supply chain by 60% per unit of value added, meeting its Science-based Targets by 2030; and

- Reduce its freshwater use intensity by 50% to manufacture its products and reduce single-use plastic packaging by 50% by 2025.

6.      Calvin McDonald, Chief Executive Officer of Lululemon, stated that, these are "more than a set of commitments. It's a holistic approach that ***reflects who we are***[.]"[3]

7.      Lululemon pursued its extensive Be Planet greenwashing marketing campaign through express and implied statements and images on its website, throughout its hundreds of retail stores, and elsewhere, which all build upon and perpetuate the message that the company's actions and products are not only environmentally friendly, but that they provide at positive improvement of the environment and the restoration of a healthy planet.

8.      Lululemon's marketing campaign messages are unfair, false, deceptive, and misleading to reasonable consumers as they portray Lululemon as something it is not. The apparel industry is a major contributor to the environmental crisis, and as one of the largest apparel companies in the world, Lululemon has a significant and growing climate and environmental footprint, and its actions and products directly cause harm to the environment and the deterioration of the planet's health – the opposite of its Be Planet promises and representations.

9.      Instead of sustaining and positively improving the planet, Lululemon is increasingly causing negative impact and harm.

10.     Indeed, among other harms to the Planet, Lululemon is responsible for significant greenhouse gas emissions, landfill waste, and release of microplastics into the environment.

---

[3]      *Id.*

Microplastics from Lululemon's products are polluting our oceans and inland waters; landfills in countries around the world are collecting Lululemon's discarded, synthetic garments; fossil fuels are being used to power the factories of Lululemon's suppliers and create their synthetic textiles; and the shipping of Lululemon's products around the world is adding to greenhouse gas emissions and also damaging the marine environment.

11.     Critically, in the face of a global climate crisis—and contrary to its express and implied commitments to reduce carbon emissions—***Lululemon's greenhouse gas emissions have more than doubled*** since the start of the Be Planet campaign in 2020.

12.     Lululemon's marketing campaign is objectively false, deceptive, and misleading, and it violates virtually every single guideline for environmental marketing claims set forth in the Federal Trade Commission's "Green Guides," which "set forth the Federal Trade Commission's current views about environmental claims" to "help marketers avoid making environmental marketing claims that are unfair or deceptive under Section 5 of the FTC Act, 15 U.S.C. § 45," and they "provide the Commission's views on how reasonable consumers likely interpret certain claims." [4]

13.     The seriousness of Lululemon's misleading representations is amplified by its position as a market leader of apparel sales. The breadth and influence of Lululemon's public messaging is significant, not only putting a great number of consumers at risk of being influenced, but also causing much unintended environmental damage from their purchases.

14.     Notably, Canada's Competition Bureau recently opened a formal investigation into Lululemon's deceptive environmental marketing claims at issue here, and on July 24, 2024,

---

[4]     *See generally* 16 C.F.R. § 260 – Guides for the Use of Environmental Marketing Claims ("Green Guides"); *see also* § 260.1(a) & (d).

another complaint was filed with French regulators by an environmental advocacy group over Lululemon's greenwashing practices.

15.     Plaintiffs bring this action individually and on behalf of a proposed class (the "Class," defined below) of American consumers who were misled by Lululemon's false, deceptive, unfair, and misleading misrepresentations and omissions regarding the sustainability and environmental impact of its products and actions. Plaintiffs, individually and on behalf of the Class, seek an injunction to end Lululemon's unlawful marketing campaign and ongoing deception of consumers. Plaintiffs, individually and on behalf of the Class, also seek an award of actual damages, prejudgment interest, reasonable attorneys' fees and costs, restitution and disgorgement of all benefits Lululemon has obtained through its unlawful conduct described herein.

## JURISDICTION AND VENUE

16.     This Court has subject matter jurisdiction under the Class Action Fairness Act, 28 U.S.C. § 1332(d), because (1) the amount in controversy exceeds $5 million, exclusive of interest and costs; (2) the proposed Class includes more than 100 members; and (3) there is minimal diversity of citizenship between Plaintiffs and Defendants.

17.     This Court also has subject matter jurisdiction under 28 U.S.C. § 1332(a) because the amount in controversy exceeds $75,000, exclusive of interest and costs, and there is complete diversity of citizenship between Plaintiffs and Defendants.

18.     This Court has personal jurisdiction over Defendants because Defendants have sufficient minimum contacts with Florida and purposely avail themselves of the Florida markets through the promotion, marketing, distribution, and sale of their products to Florida consumers in Florida, such that this Court's exercise of personal jurisdiction over Defendants is reasonable and comports with traditional notions of fair play and substantial justice.

19.     Venue is proper in this District under 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to the claims alleged herein occurred in this District, including the promotion, marketing, distribution, and sale of its products in this District.

## PARTIES

### A.     The Florida Plaintiffs

20.     Plaintiff Amandeep Gyani is a natural person, a citizen of Florida and, at all relevant times, was a resident of Miami-Dade County, Florida. Plaintiff was exposed to the deceptive and misleading messages in Lululemon's marketing campaign and believed that Lululemon was an environmentally friendly company with a minimal environmental footprint that sold sustainably produced products, and that the company's actions and products contribute to improving the environment and the restoration of a healthy planet. Plaintiff relied on Lululemon's deceptive and misleading marketing messages in deciding to purchase its products. Plaintiff purchased Lululemon's products in reliance on its deceptive and misleading marketing messages at various times through the Class Period (defined below). Plaintiff made such purchases at Lululemon retail stores, including Lululemon's Lincoln Road location in Miami Beach, Florida.

21.     Plaintiff Abby Utal is a natural person, a citizen of Florida and, at all relevant times, was a resident of Miami-Dade County, Florida. Plaintiff was exposed to the deceptive and misleading messages in Lululemon's marketing campaign and believed that Lululemon was an environmentally friendly company with a minimal environmental footprint that sold sustainably produced products, and that the company's actions and products contribute to improving the environment and the restoration of a healthy planet. Plaintiff relied on Lululemon's deceptive and misleading marketing messages in deciding to purchase its products. Plaintiff purchased Lululemon's products in reliance on its deceptive and misleading marketing messages at various

times through the Class Period (defined below). Plaintiff made such purchases at Lululemon retail stores, including Lululemon's Lincoln Road location in Miami Beach, Florida.

22.     Plaintiff Deborah Tomaz is a natural person, a citizen of Florida and, at all relevant times, was a resident of Broward County, Florida. Plaintiff was exposed to the deceptive and misleading messages in Lululemon's marketing campaign and believed that Lululemon was an environmentally friendly company with a minimal environmental footprint that sold sustainably produced products, and that the company's actions and products contribute to improving the environment and the restoration of a healthy planet. Plaintiff relied on Lululemon's deceptive and misleading marketing messages in deciding to purchase its products. Plaintiff purchased Lululemon's products in reliance on its deceptive and misleading marketing messages at various times through the Class Period (defined below). Plaintiff made such purchases at Lululemon retail stores, including Lululemon's location in Boca Raton, Florida

23.     Plaintiff Paula Martinez is a natural person, a citizen of Florida and, at all relevant times, was a resident of Miami-Dade County, Florida. Plaintiff was exposed to the deceptive and misleading messages in Lululemon's marketing campaign and believed that Lululemon was an environmentally friendly company with a minimal environmental footprint that sold sustainably produced products, and that the company's actions and products contribute to improving the environment and the restoration of a healthy planet. Plaintiff relied on Lululemon's deceptive and misleading marketing messages in deciding to purchase its products. Plaintiff purchased Lululemon's products in reliance on its deceptive and misleading marketing messages at various times through the Class Period (defined below). Plaintiff made such purchases at Lululemon retail stores, including Lululemon's Brickell location in Miami, and its Aventura Mall location in Aventura, Florida.

24.     Plaintiff Hector Acosta is a natural person, a citizen of Florida and, at all relevant times, was a resident of Miami-Dade County, Florida. Plaintiff was exposed to the deceptive and misleading messages in Lululemon's marketing campaign and believed that Lululemon was an environmentally friendly company with a minimal environmental footprint that sold sustainably produced products, and that the company's actions and products contribute to improving the environment and the restoration of a healthy planet. Plaintiff relied on Lululemon's deceptive and misleading marketing messages in deciding to purchase its products. Plaintiff purchased Lululemon's products in reliance on its deceptive and misleading marketing messages at various times through the Class Period (defined below). Plaintiff made such purchases at Lululemon retail stores, including Lululemon's Brickell location in Miami, and its Aventura Mall location in Aventura, Florida.

25.     Plaintiff Julez Blake is a natural person, a citizen of Florida and, at all relevant times, was a resident of Palm Beach County, Florida. Plaintiff was exposed to the deceptive and misleading messages in Lululemon's marketing campaign and believed that Lululemon was an environmentally friendly company with a minimal environmental footprint that sold sustainably produced products, and that the company's actions and products contribute to improving the environment and the restoration of a healthy planet. Plaintiff relied on Lululemon's deceptive and misleading marketing messages in deciding to purchase its products. Plaintiff purchased Lululemon's products in reliance on its deceptive and misleading marketing messages at various times through the Class Period (defined below). Plaintiff made such purchases at Lululemon retail stores, including Lululemon's The Square and Gardens Mall locations in West Palm Beach, Florida.

### B.      The New York Plaintiff

26.     Plaintiff Alexandria Reese is a natural person, a citizen of New York and, at all relevant times, was a resident of New York County, New York. Plaintiff was exposed to the deceptive and misleading messages in Lululemon's marketing campaign and believed that Lululemon was an environmentally friendly company with a minimal environmental footprint that sold sustainably produced products, and that the company's actions and products contribute to improving the environment and the restoration of a healthy planet. Plaintiff relied on Lululemon's deceptive and misleading marketing messages in deciding to purchase its products. Plaintiff purchased Lululemon's products in reliance on its deceptive and misleading marketing messages at various times through the Class Period (defined below). Plaintiff made such purchases at Lululemon retail stores, including Lululemon's location in Hoboken, New Jersey.

### C.      The California Plaintiff

27.     Plaintiff Roya Sayied is a natural person, a citizen of California and, at all relevant times, was a resident of Los Angeles County, California. Plaintiff was exposed to the deceptive and misleading messages in Lululemon's marketing campaign and believed that Lululemon was an environmentally friendly company with a minimal environmental footprint that sold sustainably produced products, and that the company's actions and products contribute to improving the environment and the restoration of a healthy planet. Plaintiff relied on Lululemon's deceptive and misleading marketing messages in deciding to purchase its products. Plaintiff purchased Lululemon's products in reliance on its deceptive and misleading marketing messages at various times through the Class Period (defined below). Plaintiff made such purchases at Lululemon retail stores, including Lululemon's locations in Santa Monica and San Francisco, California.

### D.    Defendants

28.    Defendant Lululemon Athletica Inc. is a Delaware corporation with its principal place of business in Vancouver, British Columbia. It is the corporate parent of Defendant Lululemon USA Inc.

29.    Defendant Lululemon USA Inc. is a Navada corporation with its principal place of business in Vancouver, British Columbia. It is a corporate subsidiary of Defendant Lululemon Athletica Inc.

30.    Lululemon describes itself as "a technical athletic apparel, footwear, and accessories company for yoga, running, training, and most other activities[.]" It is estimated that Lululemon is valued at over $58 billion USD,[5] and in 2022, the company reported revenues of over $8 billion USD.[6] Lululemon operates over 670 retail stores worldwide, including in Florida,[7] and it advertises, markets, distributes, and/or sells retail merchandise in Florida and throughout the world.

## FACTUAL ALLEGATIONS

### A.    The apparel industry is a significant contributor to the planet's environmental crisis.

31.    The world faces severe environmental challenges associated with climate change, biodiversity loss, pollution and waste. The United Nations has acknowledged this growing crisis:[8]

---

[5].    Forbes, "Lululemon Athletica," Feb. 2, 2024, *available at* https://www.forbes.com/companies/lululemon-athletica/?sh=6c7e9382238c (last visited Jul. 12, 2024).

[6].    Lululemon, "2022 Annual Report," Jan. 29, 2023 ("2022 Annual Report"), *available at* https://corporate.lululemon.com/~/media/Files/L/Lululemon/investors/annual-reports/lululemon-2022-annual-report.pdf (last visited Jul. 12, 2024).

[7].    Lululemon, "About Us," https://corporate.Lululemon.com/about-us (last visited Jul. 12, 2024).

[8].    United Nations, "Ambitious Action Key to Resolving Triple Planetary Crisis of Climate Disruption, Nature Loss, Pollution, Secretary-General Says in Message for International Mother Earth Day," Apr. 21, 2022, *available at* https://press.un.org/en/2022/sgsm21243.doc.htm (last visited Jul. 12, 2024).

Today, the Earth is facing a triple planetary crisis. Climate disruption. Nature and biodiversity loss. Pollution and waste. This triple crisis is threatening the well-being and survival of millions of people around the world.

32.    The most recent report of the United Nation's Intergovernmental Panel on Climate Change concludes that "[h]uman-caused climate change is already affecting many weather and climate extremes in every region across the globe" and that "[t]his has led to widespread adverse impacts on food and water security, human health and on economies and society and related losses and damages to nature and people[.]"[9] At the recent the 28th Conference of the Parties to the United Nations Framework Convention on Climate Change ("COP28"), United Nations Secretary General Antonio Guterres spoke to the urgency of addressing this crisis, stating, "We are in a race against time…our planet is minutes to midnight for the 1.5 degree limit. And the clock keeps ticking."[10]

33.    Because of these on-going and ever-increasing environmental challenges, Lululemon's greenwashing messaging is material to consumers and is important to their purchasing decisions.

34.    The Organization for Economic Cooperation and Development ("OECD") reports that the world is producing twice as much plastic as two decades ago, with the bulk ending up in landfills, incinerated, or leaking into the environment, and only 9% successfully recycled.[11] The

---

[9].    IPCC, "Climate Change 2023: Synthesis Report. Contribution of Working Groups I, II and III to the Sixth Assessment Report of the Intergovernmental Panel on Climate Change" (Core Writing Team, H. Lee and J. Romero (eds.)) (2023) at 5, *available at* https://www.ipcc.ch/report/ar6/syr/downloads/report/IPCC_AR6_SYR_FullVolume.pdf (last visited Jul. 12, 2024).

[10].    United Nations Secretary General, "Secretary-General's opening remarks at press encounter at COP28," Dec. 11, 2023), *available at* https://www.un.org/sg/en/content/sg/speeches/2023-12-11/secretary-generals-opening-remarks-press-encounter-cop28 (last visited Jul. 12, 2024).

[11].    OECD, "Plastic pollution is growing relentlessly as waste management and recycling fall short, says OECD," Feb. 22, 2022, *available at* https://www.oecd.org/environment/plastic-pollution-is-growing-relentlessly-as-waste-management-and-recycling-fall-short.htm (last visited Jul. 12, 2024).

World Health Organization identifies air pollution as one of the greatest environmental risks to health, with the main driver of the pollution, combustion of fossil fuels, also causing greenhouse gas emissions contributing to climate change.[12]

35.    The apparel industry has a large global carbon and environmental footprint and is a major contributor to the environmental crisis. It is estimated that the industry is responsible for *11% of global plastic waste*,[13] *between 1.8% to 8% of the world's greenhouse gas emissions*,[14] about *20% of global clean water pollution* from dyeing and finishing products,[15] and *35% of primary microplastics* released into the environment.[16]

36.    The vast majority of the apparel industry's emissions are created by its value chains.[17] The Greenhouse Gas Protocol, a global standardized framework to measure and manage emissions from private and public operations, classifies these value chain emissions as part of

---

[12]    World Health Organization, "Air Pollution," *available at* https://www.who.int/westernpacific/health-topics/air-pollution#tab=tab_1 (last visited Jul. 12, 2024).

[13]    OECD, "Plastic pollution is growing relentlessly as waste management and recycling fall short, says OECD," *supra.*

[14]    Apparel Impact Institute, "Taking Stock of Progress Against the Roadmap to Net Zero," June 2023 ("Taking Stock of Progress Against the Roadmap to Net Zero") at 2, *available at* https://apparelimpact.org/wp-content/uploads/2023/06/Aii_RoadmapReport-752.pdf (last visited Jul. 12, 2024); McKinsey & Company, "Fashion on Climate: How the fashion industry can urgently act to reduce its greenhouse gas emissions" (2020) ("Fashion on Climate") at 5, *available at* https://www.mckinsey.com/~/media/mckinsey/industries/retail/our%20insights/fashion%20on%20climate /fashion-on-climate-full-report.pdf (last visited Jul. 12, 2024); Quantis, "Measuring Fashion: Insights from the Environmental Impact of the Global" (2018) ("Measuring Fashion: Insights from the Environmental Impact of the Global") at 2, *available at* https://quantis.com/wp-content/uploads/2019/11/measuringfashion_globalimpactstudy_quantis_2018.pdf (last visited Jul. 12, 2024).

[15]    European Parliament, "The impact of textile production and waste on the environment (infographics)" (last modified 15 November 2023), *available at* https://www.europarl.europa.eu/news/en/headlines/society/20201208STO93327/the-impact-of-textile-production-and-waste-on-the-environment-infographics (last visited Jul. 12, 2024).

[16]    *Id.*

[17]    Apparel Impact Institute and World Resources Institute, "Roadmap to Net Zero: Delivering Science Based Targets in the Apparel Sector," November 2021 at 7, *available at* https://files.wri.org/d8/s3fs-public/2021-11/roadmap-net-zero-delivering-science-based-targets-apparel-sector.pdf?VersionId=LxrwUSv9dHytM7zybuQgoJ8LUHBZVgM1 (last visited Jul. 12, 2024).

"Scope 3 emissions."[18] Scope 3 emissions are all indirect greenhouse gas emissions (not including generation of purchased energy) that occur in the value chain of a company, including both upstream and downstream emissions. In the apparel industry, upstream emissions include emissions from an apparel company's supply chain, such as the production of raw materials, transportation, and distribution. Downstream emissions include emissions from the use and disposal of apparel products.[19]

37.   The Apparel Impact Institute and World Resources Institute calculated that **96% of the industry's total greenhouse gas emissions are Scope 3** emissions, with 80% of those generated from upstream manufacturing, production, and raw materials.[20]

38.   Moreover, the heavy use of synthetic materials in textiles makes many apparel products impossible to recycle.[21] It is estimated that the world produces 92 million tons of textile waste every year, with clothing and textiles making up at least 7% of the total amount of waste in

---

[18]   Greenhouse Gas Protocol, "FAQ" at 1, *available at* https://ghgprotocol.org/sites/default/files/standards_supporting/FAQ.pdf (last visited Jul. 12, 2024). The GHG Protocol Corporate Standard classifies a company's GHG emissions into three "scopes." Scope 1 emissions are direct emissions from owned or controlled sources. Scope 2 emissions are indirect emissions from the generation of purchased energy. Scope 3 emissions are all indirect emissions (not included in scope 2) that occur in the value chain of the reporting company, including both upstream and downstream emissions.

[19]   World Resources Institute and Science Based Targets initiative, "Apparel and Footwear Sector: Science-Based Targets Guidance" at 4 and 25, Figure 8, *available at* https://sciencebasedtargets.org/resources/files/SBT_App_Guide_final_0718.pdf (last visited Jul. 12, 2024).

[20]   Apparel Impact Institute and World Resources Institute, "Roadmap to Net Zero: Delivering Science Based Targets in the Apparel Sector" (November 2021) at 7, *available at* https://files.wri.org/d8/s3fs-public/2021-11/roadmap-net-zero-delivering-science-based-targets-apparel-sector.pdf?VersionId=LxrwUSv9dHytM7zybuQgoJ8LUHBZVgM1 (last visited Jul. 5, 2024).

[21]   Concordia Precious Plastic Project, "Microplastic Pollution and the Fast Fashion Industry" *available at* https://www.cp3montreal.com/articles/microplastic-pollution-and-the-fast-fashion-industry (last visited Jul. 12, 2024).

global landfill space.[22] Synthetic fibers are non-biodegradable and can sit in landfills for up to 200 years.[23]

39.     Water scarcity is also a growing global problem, with an estimated 2.3 billion people living in water-stressed countries in 2018,[24] and the textile sector was the third largest source of water degradation and land use in 2020.[25] The apparel industry compounds this problem by using large amounts of fresh water throughout the production and manufacturing process.[26]

40.     Marine freight transport of apparel products also causes significant damage to the planet's inland and ocean environments. According to the OECD:[27]

> Shipping poses threats to the environment both on inland waterways and on the ocean. These problems come from six major sources; ***routine discharges of oily bilge*** and ballast water from marine shipping; ***dumping of non-biodegradable solid waste*** into the ocean; ***accidental spills of oil, toxics*** or other cargo or fuel at ports and while underway; ***air emissions*** from the vessels' power supplies; port and inland ***channel construction and management***; and ***ecological harm*** due to the ***introduction of exotic species*** transported on vessels.

---

[22]     TheRoundup.org, "17 Most Worrying Textile Waste Statistics & Facts," (updated 11 April 2023), *available at* https://theroundup.org/textile-waste-statistics/ (last visited Jul. 12, 2024).

[23]     Concordia Precious Plastic Project, "Microplastic Pollution and the Fast Fashion Industry[,]" *supra.*

[24]     United Nations Statistics Division, SDG 6 "Clean Water and Sanitation: Ensure availability and sustainable management of water and sanitation for all," *available at* https://unstats.un.org/sdgs/report/2021/goal-06/#:~:text=In%202018%2C%202.3%20billion%20people,by%20over%202%20per%20cent (last visited Jul. 12, 2024).

[25]     European Parliament, "The impact of textile production and waste on the environment (infographics)" (last modified 15 November 2023), *available at* https://www.europarl.europa.eu/news/en/headlines/society/20201208STO93327/the-impact-of-textile-production-and-waste-on-the-environment-infographics (last visited Jul. 12, 2024).

[26]     Lululemon, "2022 Impact Report" ("2022 Impact Report") at 66, *available at* https://corporate.lululemon.com/~/media/Files/L/Lululemon/our-impact/reporting-and-disclosure/2022-lululemon-impact-report.pdf (last visited Jul. 12, 2024).

[27]     OECD, "The Environmental Effects of Freight" (1997) at 11, *available at* https://www.oecd.org/environment/envtrade/2386636.pdf (last visited Jul. 12, 2024).

41.    To be a part of the world's climate change solution—as Lululemon explicitly claims to be—apparel companies must make significant cuts to their absolute emissions, including emissions from their supply chains.

**B.    The Green Guides: The FTC's "greenwashing" guidance regarding "environmental claims."**

42.    "Greenwashing" is the practice of making false or misleading statements about a product, policy, or activity to make it appear more environmentally friendly than it is.

43.    Recognizing the rise in "greenwashing" campaigns that could deceive consumers, like Lululemon's Be Planet campaign at issue here, the FTC created the "Green Guides,"[28] which "set forth the Federal Trade Commission's current views about environmental claims" and "help marketers avoid making environmental marketing claims that are unfair or deceptive under Section 5 of the FTC Act, 15 U.S.C. § 45."[29] The Green Guides "apply to claims about the environmental attributes of a product, package, or service in connection with the marketing, offering for sale, or sale of such item or service to individuals."[30] They "apply to environmental claims in labeling, advertising, promotional materials, and all other forms of marketing in any medium, whether asserted directly or by implication, through words, symbols, logos, depictions, product brand names, or any other means."

44.    Examples in the Green Guides "provide the Commission's views on how reasonable consumers likely interpret certain claims."[31] The Green Guides provide that, "Whether a particular claim is deceptive will depend on the ***net impression*** of the advertisement, label, or

---

[28].    *See generally* 16 C.F.R. § 260 – Guides for the Use of Environmental Marketing Claims.
[29].    *Id.*, § 260.1(a).
[30].    *Id.*, § 260.1(c).
[31].    *Id.*, § 260.1(d).

other promotional material at issue."[32] "To determine if an advertisement is deceptive, marketers must identify all express and implied claims that the advertisement reasonably conveys"[33] Critically, even if an "advertisement does not ***expressly*** claim that the product has environmental benefits,…featured images, in combination with the text, [could] convey that the product has far-reaching environmental benefits and may convey that the product has no negative environmental impact."[34]

45.     "Marketers must ensure that all reasonable interpretations of their claims are truthful, not misleading, and supported by a reasonable basis before they make the claims." *Id.* "In the context of environmental marketing claims, a reasonable basis often requires competent and reliable scientific evidence."[35] "Such evidence consists of tests, analyses, research, or studies that have been conducted and evaluated in an objective manner by qualified persons and are generally accepted in the profession to yield accurate and reliable results." *Id.*

46.     The Green Guides provide general principles that all environmental marketing claims should comport with in order to not be deceptive:[36]

a.   any "qualifications and disclosures should be clear, prominent, and understandable";

b.   "Unless it is clear from the context, an environmental marketing claim should specify whether it refers to the product, the product's packaging, a service, or just to a portion of the product, package, or service";

---

32.     *Id.* § 260.2 (citing FTC Policy Statement Regarding Advertising Substantiation, 104 FTC 839 (1984)) (emphasis added).
33.     *Id.*
34.     *Id.* § 260.4(d), Example 3.
35.     *Id.* § 260.2.
36.     *Id.* § 260.3.

    c.   "An environmental marketing claim should not overstate, directly or by implication, an environmental attribute or benefit";

    d.   "Marketers should not state or imply environmental benefits if the benefits are negligible";

    e.   "Comparative environmental marketing claims should be clear to avoid consumer confusion about the comparison";

47.    The Green Guides further provide that "***it is deceptive to misrepresent, directly or by implication, that a product, package, or service offers a general environmental benefit***."[37] The FTC explains that "[u]nqualified general environmental benefit claims are difficult to interpret and likely convey a wide range of meanings."[38] "In many cases, such claims likely convey that the product, package, or service has specific and far-reaching environmental benefits and may convey that the item or service has no negative environmental impact."[39] "Because it is highly unlikely that marketers can substantiate all reasonable interpretations of these claims," the FTC warns that "marketers should not make unqualified general environmental benefit claims."[40]

48.    The Green Guides provide that "[m]arketers can qualify general environmental benefit claims to prevent deception about the nature of the environmental benefit being asserted" by using "clear and prominent qualifying language that limits the claim to a specific benefit or benefits."[41] However, the FTC warns that "[m]arketers ***should not imply that any specific benefit is significant if it is, in fact, negligible***."[42] "If a qualified general claim conveys that a product is more environmentally beneficial overall because of the particular touted benefit(s), ***marketers***

---

[37].   *Id.* § 260.4(a) (emphasis added).
[38].   *Id.* § 260.4(b).
[39].   *Id.*
[40].   *Id.*
[41].   *Id.* § 260.4(c).
[42].   *Id.* (emphasis added).

***should analyze trade-offs resulting from the benefit(s)*** to determine if they can substantiate this claim."[43] However, "[e]ven if a marketer explains, and has substantiation for, the product's specific environmental attributes, this explanation will not adequately qualify a general environmental benefit claim if the advertisement otherwise implies deceptive claims."[44] "Therefore, marketers should ensure that the advertisement's ***context*** does not imply deceptive environmental claims."[45]

49.     "Given the complexities of carbon offsets," the Green Guides provide that "sellers should employ competent and reliable scientific and accounting methods to properly quantify claimed emission reductions and to ensure that they do not sell the same reduction more than one time."[46] "It is deceptive to misrepresent, directly or by implication, that a carbon offset represents emission reductions that have already occurred or will occur in the immediate future."[47]

50.     Regarding recycling claims, the Green Guides provide that "[i]t is deceptive to misrepresent, directly or by implication, that a product or package is recyclable…unless it can be collected, separated, or otherwise recovered from the waste stream through an established recycling program for reuse or use in manufacturing or assembling another item."[48] The Green Guides instruct that "[m]arketers should clearly and prominently qualify recyclable claims to the extent necessary to avoid deception about the availability of recycling programs and collection sites to consumers."[49] "If any component significantly limits the ability to recycle the item, any recyclable claim would be deceptive."[50] "An item that is made from recyclable material, but,

---

43.     *Id.* (emphasis added).
44.     *Id.* § 260.4(d).
45.     *Id.* (emphasis added).
46.     *Id.* § 260.5(a).
47.     *Id.* § 260.5(b)
48.     *Id.* § 260.12(a).
49.     *Id.* § 260.12(b).
50.     *Id.* § 260.12(d).

because of its shape, size, or some other attribute, is not accepted in recycling programs, should not be marketed as recyclable."[51]

51.    "It is deceptive to misrepresent, directly or by implication, that a product or package is made with renewable energy or that a service uses renewable energy."[52] "A marketer should not make unqualified renewable energy claims, directly or by implication, if fossil fuel, or electricity derived from fossil fuel, is used to manufacture any part of the advertised item or is used to power any part of the advertised service, unless the marketer has matched such non-renewable energy use with renewable energy certificates."[53] According to the FTC, "[r]esearch suggests that reasonable consumers may interpret renewable energy claims differently than marketers may intend."[54] "Unless marketers have substantiation for all their express and reasonably implied claims, they should clearly and prominently qualify their renewable energy claims."[55]

52.    "It is deceptive to make an unqualified 'made with renewable energy' claim unless *all, or virtually all, of the significant manufacturing processes involved in making the product or package* are powered with renewable energy or non-renewable energy matched by renewable energy certificates. When this is not the case, marketers should clearly and prominently specify the percentage of renewable energy that powered the significant manufacturing processes involved in making the product or package."[56]

53.    "It is deceptive to misrepresent, directly or by implication, that a product or package is made with renewable materials."[57] "Research suggests that reasonable consumers may interpret

---

51.    *Id.*
52.    *Id.* § 260.12(a).
53.    *Id.*
54.    *Id.* § 260.12(b).
55.    *Id.*
56.    *Id.* § 260.12(c).
57.    *Id.* § 260.16(a).

renewable materials claims differently than marketers may intend."[58] "Unless marketers have substantiation for all their express and reasonably implied claims, they should clearly and prominently qualify their renewable materials claims."[59] "For example, marketers may minimize the risk of unintended implied claims by identifying the material used and explaining why the material is renewable."[60]

54.      "Marketers should also qualify any 'made with renewable materials' claim unless the product or package (excluding minor, incidental components) is made entirely with renewable materials."[61] "It is deceptive to misrepresent, directly or by implication, that a product or package has been reduced or is lower in weight, volume, or toxicity."[62] "Marketers should clearly and prominently qualify source reduction claims to the extent necessary to avoid deception about the amount of the source reduction and the basis for any comparison."[63]

**C.     Lululemon's false, deceptive, and misleading "Be Planet" marketing campaign.**

55.      Consumers have become increasingly concerned about the environment. They seek to avoid brands that sell products that contribute to climate change or the degradation of the planet, and they are willing to pay premium prices for products that are sustainably produced, environmentally friendly, and positively restore the Planet. In other words, these issues are not only material to consumers' purchasing decisions, but they are a priority. Lululemon knows this and exploits it.

---

[58].      *Id.* § 260.16(b).
[59].      *Id.*
[60].      *Id.*
[61].      *Id.* § 260.16(c).
[62].      *Id.* § 260.17.
[63].      *Id.*

56.     In its 2023 Carbon Disclosure Project report, Lululemon notes that "Consumers, particularly millennial and Gen Z consumers, are more likely to align themselves with brands who they trust to make decisions that reflect their values and ***benefit people and the planet***."[64]

57.     To capitalize on consumers' desire for sustainably produced and environmentally friendly products, some companies "greenwash" their products by making deceptive and misleading representations regarding the sustainability and environmental impact of a company's products, policies, and actions. That is exactly what Lululemon did here to induce consumers into purchasing, and paying exorbitant prices for products that are not sustainably produced and cause significant harm to the environment.

58.     On October 28, 2020, Lululemon issued a press release announcing its "Impact Agenda" and "Be Planet" campaign as part of its "the Company's long-term strategy to become a ***more sustainable*** and equitable business, ***minimize its environmental impact***, and ***accelerate positive change*** both internally and externally":[65]

**lululemon athletica Inc. Releases Impact Agenda, Unveiling its Social and Environmental Goals and Strategies to Create a Healthier Future**

Oct 28, 2020

Twelve commitments detail specific actions across a range of global issues including diversity and inclusion, mental wellbeing, climate change, and circularity.

VANCOUVER, British Columbia--(BUSINESS WIRE)-- lululemon athletica inc. (NASDAQ:LULU) today released its first-ever Impact Agenda detailing the Company's long-term strategy to become a ***more sustainable and equitable*** business, ***minimize its environmental impact***, and ***accelerate positive change*** both internally and externally.

---

[64]     2023 Carbon Disclosure Project Report at 7 (emphasis added), *supra.*
[65]     Impact Agenda (emphasis added).

The Company's Impact Agenda outlines its multi-year strategies to address critical social and environmental issues with 12 goals to drive progress. These include targeting areas ranging from diversity and inclusion to mental wellbeing to climate change, with specific commitments to invest $75 million USD into equitable wellbeing programs globally by 2025, expand gender pay equity to full pay equity for its employees, and ***make 100% of its products with sustainable materials and end-of-use solutions by 2030***.

"lululemon has a unique opportunity, responsibility and platform to drive meaningful change. We share our Impact strategy against the backdrop of the COVID-19 pandemic, a global climate crisis, and systemic inequities in our society," said Calvin McDonald, Chief Executive Officer. "As a global brand, industry, and as individuals, ***we must play a part to change the world for the better***."

McDonald continued, "Our Impact Agenda is more than a set of commitments. It's a holistic approach that ***reflects who we are***, guided by our purpose to elevate the world by realizing the full potential within every one of us. I am grateful to everyone who has dedicated their knowledge and experience to help us define our approach."

Building on the Company's progress and learnings over the past two decades, lululemon's Impact Agenda brings a new level of ambition that will guide the way the Company approaches and measures its work across all aspects of its business, organized into three interconnected areas of focus:

**Be Human**

- **Inclusion, Diversity, Equity, and Action:** Reflect the diversity of the communities the Company serves and operates in around the world by 2025.

- **Employee Leadership Offerings:** Be the place where people come to develop and grow as leaders by 2023 including actions such as providing leading mental wellbeing training to all employees globally by 2021.

- **Employee Pay Equity:** Achieved 100% gender pay equity, and will expand to full pay equity for gender and race by 2022.

- **Supporting People Who Make Our Products:** Provide empowerment programs covering a range of issues, including human rights education, resilience and wellbeing practices to more than 100,000 workers across its supply chain by 2025.

**Be Well**

- **Wellbeing for All:** Provide access to tools that embrace mindfulness and movement practices for more than 10 million people globally by 2025.

- **Scale Here to Be and new programs:** Invest $75 million USD in its global and local communities by 2025 to drive impact through direct funding, partnerships, and advocacy.

- **Create a Centre of Excellence:** Establish a Centre of Excellence for social impact by 2021.

**Be Planet**

- **Sustainable Product Innovation:** 100% of the Company's products will include sustainable materials and end-of use solutions by 2030.

- **Sustainable Materials:** Ensure at least 75% of its products contain sustainable materials by 2025.

- **Circularity:** Offer guests new options to extend the life of its products by providing resell, repair, and/or recycle options by 2025.

- **Climate Change:** Source 100% renewable electricity to power the Company's operations by 2021 and reduce carbon emissions across its global supply chain by 60% per unit of value added, meeting its Science-based Targets by 2030.

- **Water and Waste Reduction:** Reduce its freshwater use intensity by 50% to manufacture its products and reduce single-use plastic packaging by 50% by 2025.

59.     Lululemon's marketing contains express misstatements and omissions of material fact and creates the net and general impression for reasonable consumers that Lululemon is a company whose operations and products are planet-friendly, and that its business practices, policies, and actions contribute to improving the environment and restoring the health of the planet.

60.     Lululemon drives this general impression into consumer's minds through various statements and imagery throughout its websites, marketing materials and advertisements, and press releases, as well as throughout its retail stores and on its products, which build upon and perpetuate the message that the company's actions and products contribute to improving the environment and

the restoration of a healthy planet. For example, and demonstrative purposes, it's in-store advertising makes such as, "What you do to the earth you do to yourself":



61.     Lululemon's Be Planet marketing campaign is false, deceptive, and misleading to consumers as it portrays Lululemon as something it is not. Lululemon's actions and products create substantial and increasing greenhouse gas emissions and cause significant environmental pollution. Critically, Lululemon's **greenhouse emissions have more than doubled** since the launch of its Be Planet campaign.

62.     In fact, Canada's Competition Bureau recently opened a formal investigation into Lululemon's environmental claims in response to a complaint filed by Stand.earth, which alleged that Lululemon misleads customers about its environmental impact.[66] *See also IN THE MATTER OF: An application pursuant to s. 9(1)(b) of the Competition Act, RSC 1985, c C-34 requesting the Commissioner cause an inquiry to be made into the conduct of Lululemon Athletica Inc.*, Complaint, Feb. 8, 2024 (attached and incorporated as **Exhibit A**).

---

[66]     Competition Bureau opens formal investigation into Lululemon in response to complaint filed by Stand.earth, May 6, 2024 *available at* https://stand.earth/press-releases/competition-bureau-opens-formal-investigation-into-lululemon-in-response-to-complaint-filed-by-stand-earth/ (last visited Jul. 12, 2024).

63.     On July 24, 2024, another complaint was filed with French regulators by an environmental advocacy group over Lululemon's greenwashing practices – "We are asking French officials to investigate how Lululemon can claim to 'Be Planet' while creating more planet-harming emissions every year than half a million cars," – Stand Executive Director Todd Paglia.[67] *See REPORTING TO THE DIRECTORATE-GENERAL FOR COMPETITION, CONSUMER AFFAIRS AND FRAUD CONTROL, Greenwashing Practices Lululemon Athletica Inc. and Lululemon Atheltica Fr SarL, filed July 24, 2024)* attached as **Exhibit B**).

64.     In stark contrast to the company's 'Be Planet' slogan, Lululemon's Impact Report released in 2023 revealed another year of staggering growth in emissions – a 100% increase in climate pollution since deploying the slogan.

65.     As one of the largest apparel companies in the world by market capitalization, Lululemon has a significant and growing climate and environmental footprint. Its actions and products directly cause harm to the environment and deterioration of the planet's health.

66.     The great majority of Lululemon's greenhouse gas emissions—***99.7% of its total emissions***—are Scope 3 emissions created by its supply chain.[68] Significantly, many of Lululemon's products are made with polyester and nylon, which are manufactured from fossil fuels.[69] Further, ***over 80%*** of Lululemon's manufacturers and suppliers are located in countries with significant fossil fuel reliance and minimal grid renewables, including Vietnam, Cambodia,

---

[67].     Stand.Earth Press Release, available at https://stand.earth/press-releases/multinational-athletic-clothing-giant-lululemon-hit-with-french-complaint-over-greenwashing/ (last visited Sept. 16, 2024)
[68].     Based on information in Lululemon's 2022 Impact Report, it was calculated that Lululemon's Scope 3 emissions comprised 99.7% of its total emissions. 2022 Impact Report at 50, *supra.*
[69].     Gelfland Center, Carnegie Melon University, "Natural vs. Synthetic Polymers" *available at* https://www.cmu.edu/gelfand/lgc-educational-media/polymers/natural-synthetic-polymers/index.html (last visited Jul. 12, 2024).

Sri Lanka, Bangladesh, and Indonesia.[70] Vietnam is the location from which Lululemon sources

most of its products (39%).[71] Vietnam, however, is reported to have the fastest growth in coal use

of all countries in Southeast Asia, at an annual growth rate of 11%.[72] It is also reported that in

2021, coal accounted for 47% of the country's electricity generation mix[73] and, from 2017 to 2020,

Vietnam's carbon emissions increased by over 50%.[74]

67.   Lululemon represents that it is committed to working with its suppliers to increase

use of renewable energy and eliminate on-site coal boilers,[75] but such representations are not

verifiable as many of Lululemon's largest suppliers do not publish information relating to their

coal usage or plans to switch to renewable energy. For example, Tan De Co Ltd., which is one of

Lululemon's largest suppliers, does not publicly report using any renewable energy to power its

factories, has not set public targets to reduce its emissions, and does not have a published plan to

phase out coal use.

68.   Since Lululemon announced its Be Planet marketing campaign in 2020, rather than

reducing its greenhouse gas emissions, ***Lululemon's Scope 3 emissions have more than doubled***,

as confirmed by Lululemon's own reporting:[76]

---

[70]   2022 Annual Report at 5, *supra*. In 2022, approximately 39% of its products were made in Vietnam, 14% in Cambodia, 12% in Sri Lanka, 8% in Bangladesh, and 7% in Indonesia, and the remainder in other regions.

[71]   *Id.*

[72]   Thang Nam Do and Paul J. Burke, "Phasing out coal power in a developing country context: Insights from Vietnam" (2023) 176 *Energy Policy* ("Phasing out coal power in a developing country context: Insights from Vietnam") at 1, *available at* https://www.sciencedirect.com/science/article/pii/S0301421523000976?via%3Dihub (last visited Jul. 12, 2024).

[73]   *Id*. at 2.

[74]   MacroTrends, "Vietnam Carbon (CO2) Emissions 1990-2024" ("Vietnam Carbon (CO2) Emissions 1990-2024") *available at* https://www.macrotrends.net/countries/VNM/vietnam/carbon-co2-emissions (last visited Jul. 12, 2024).

[75]    2022 Impact Report at 51, *supra.*

[76]   Lululemon's reporting omits certain Scope 3 emissions categories and therefore these values do not represent the entirety of the company's emissions. *See* 2022 Impact Report at 79, *supra.*

- 2020: 829,456 tCO2e[77]

- 2021: 1,343,649 tCO2e[78]

- 2022: 1,691,009 tCO2e[79]

69.     Lululemon's 2022 emissions are the equivalent of burning of over 720 million liters of gasoline, over 3.8 million barrels of oil or the fueling of over 518,000 passenger vehicles for a year.[80] To make matters worse, Lululemon's emissions are on track to continue to increase significantly as the company has a stated goal of doubling its 2021 revenue by 2026,[81] which will mean increased apparel manufacturing through its supply chain, with a corresponding increase in the company's Scope 3 emissions.

70.     The detrimental impact of Lululemon's products and actions on the environment is made worse by the company's use of air and marine freight to transport its products. Air freight creates approximately forty-seven times more CO2 emissions than marine freight per ton-mile.[82] Notably, a study that assessed the use of air freight by major companies in the apparel industry

---

[77]     Lululemon,     "2020     Impact     Report"     at     59,     *available     at* https://corporate.lululemon.com/~/media/Files/L/Lululemon/our-impact/our-impact-agenda/2020-full-impact-report.pdf (last visited Jul. 12, 2024).

[78]     2022 Impact Report at 67, *supra*.

[79]     *Id.* at 79.

[80]     Natural Resources Canada, "Greenhouse Gas Equivalencies Calculator" *available at* https://oee.nrcan.gc.ca/corporate/statistics/neud/dpa/calculator/ghg-calculator.cfm#results (last visited Jul. 12, 2024).

[81]     Lululemon, "lululemon Announces Five-Year Growth Plan to Double Revenue by 2026 to $12.5 Billion" (April 20, 2022) ("lululemon Announces Five-Year Growth Plan to Double Revenue by 2026 to $12.5 Billion") *available at* https://corporate.lululemon.com/media/press-releases/2022/04-20-2022-113017957#:~:text=Leveraging%20its%20proven%20formula%20and%20supported%20by%20the,including%20product%20innovation%2C%20guest%20experience%2C%20and%20market%20expansion (last visited Jul. 12, 2024).

[82]     Vitality, "Air Freight vs Sea Freight Carbon Footprint: Which is Lower?" (2022), *available at* https://vitality.io/air-freight-vs-sea-freight-carbon-footprint/#:~:text=Airfreight%20generates%2047%20times%20more,10%2D40%20grams%20per%20kilometer (last visited Jul. 12, 2024).

highlighted Lululemon's high use of air freight.[83] The study found that Lululemon transports by air freight approximately 30% of its products manufactured in Vietnam and Sri Lanka. In contrast, competitors such as Nike, Adidas and Puma transported less than 5% of their products from Vietnam by air. In other words, while Lululemon's competitors achieve some balance between the use of environmentally harmful air freight and protection of the planet, Lululemon pursues a significantly more aggressive air freight strategy, despite its purported commitments to the improvement of the environment.

71.     A company such as Lululemon that represents itself as taking actions which not only avoid harming the planet but actively contribute to a healthy planet would minimize the use of air freight to prioritize the health of the planet. However, when faced with supply chain difficulties, Lululemon chose to significantly increase its use of air freight, in disregard for the increased detrimental impacts on the environment. Lululemon admits to its increased reliance on air freight in its 2022 Impact Report:[84]

> Early in 2022, the COVID-19 pandemic contributed to ongoing supply chain disruptions. As a result, we experienced longer lead times and delivery challenges, including pressure on ocean freight and seaports. This meant continued use of increased air freight in the first half of 2022, impacting our Scope 3 target performance.

72.     Further, the manufacture, transport, and use of Lululemon's products continues to create significant environmental harm: microplastics from Lululemon's products are polluting our oceans and inland waters; landfills in countries around the world are collecting Lululemon's discarded garments; fossil fuels are being used to power the factories of Lululemon's suppliers

---

[83].     PublicEye, "Following in Zara's slipstream: the airborne fashion of other brands", (December 18, 2023) *available at* https://www.publiceye.ch/en/news/detail/following-in-zaras-slipstream-the-airborne-fashion-of-other-brands (last visited Jul. 5, 2024).
[84].     2022 Impact Report at 52, *supra*.

and create their synthetic textiles; and the shipping of Lululemon's products around the world is adding to greenhouse gas emissions as it also damages the marine environment.

**D.**   **Lululemon makes numerous false, deceptive, and misleading environmental marketing claims.**

73.     Lululemon's Be Planet campaign uses a combination of false, deceptive, and misleading representations, omissions of material facts, and "green" imagery on its website, throughout its hundreds of retail stores, and elsewhere, which, both individually and collectively, perpetuate the false message that the company's actions and products contribute to improving the environment and the restoration of a healthy planet.

74.     Lululemon intended for consumers to rely on its greenwashing campaign for the purpose of increasing sales, driving profits, and decreasing the sales or taking market share away from its competitors products.

**a.**   **Lululemon's false, deceptive, and misleading unqualified environmental claims about the company's products and actions.**

75.     As part of its Be Planet campaign, Lululemon makes a number of direct, unqualified environmental claims about the company's products and actions that are false, deceptive, and/or misleading.

76.     For example, in its 2020 Impact Summary, Lululemon states, "Our lives are one with the health of the planet. Our products and actions *avoid environmental harm* and *contribute to restoring a healthy planet*."[85]

---

[85]     *Available at* https://corporate.lululemon.com/%7E/media/Files/L/Lululemon/our-impact/reporting-and-disclosure/lululemon-2020-impact-summary-en110521.pdf, at p. 9 (last visited Jul. 12, 2024) (emphasis added).



77.     On its website, Lululemon states, "By adopting and evolving practices and mindful solutions, we enhance the products we offer and ***contribute to restoring the environment***."[86]



78.     In its Impact Report 2022, under the heading, "Our lives are *interconnected* with the health of the planet," Lululemon states, "We work across our value chain to ***reduce our carbon and water footprint***, ***improve chemical management***, develop and sell products that ***reflect the values of our guests***, and ***contribute to a healthier environment***."[87]

---

[86]     *Available at* https://corporate.lululemon.com/our-impact/our-planet (last visited Jul. 12, 2024) (emphasis added).
[87]     2022 Impact Report at 46, *supra* (some emphasis added).

> Our lives are *interconnected* with the health of the planet.

* * *

> The potential of people is limitless, but the planet—our home—is not. At lululemon, we are on a journey to become a net-zero company and have set science-based targets that are the foundation for our climate action goals. We seek to lead in innovating preferred materials and create a circular ecosystem by designing out waste and keeping materials in use for as long as possible. We work across our value chain to reduce our carbon and water footprint, improve chemical management, develop and sell products that reflect the values of our guests, and contribute to a healthier environment.

79.     Lululemon also states in its Impact Agenda 2020, under the heading, "Our lives are one with the health of our planet," that "We envision a future where we thrive within the limits of our one planet. That is why **we act to avoid environmental harm** and **contribute to restoring a healthy planet**."[88]

# Our lives are one with the health of our planet.

We envision a future where we thrive within the limits of our one planet. That is why we act to avoid environmental harm and contribute to restoring a healthy planet.

At lululemon, we create products and experiences that reflect the values of our guests and our aspirations for a healthier world.

We will work to be part of a circular ecosystem, based on principles of designing out waste and pollution, keeping products and materials in use, regenerating natural systems, and using clean renewable energy.⁶ Underlying is the

imperative to act on climate change, and we've set ambitious, science-based carbon targets that are linked to all of our Be Planet goals.

By transforming our materials and products, guest experience models, and supply chains and by partnering with our collective, suppliers, and industry stakeholders, we take responsibility to help evolve our industry toward a more sustainable future—one that is truly better for our planet.

We know we have a long way to go, but we're committed to accelerating our progress and being part of the solution.

---

[88]     Impact Agenda 2020 *available at* https://pnimages.lululemon.com/content/dam/lululemon/www-images/Footer/Sustainability/lululemon_ImpactAgenda_October202023.pdf, at p. 25 (last visited Jul. 12, 2024) (some emphasis added).

80.     These public statements by Lululemon represent to consumers, and cause them to believe, that the company's practices, solutions, products, and actions (1) avoid environmental harm; (2) reduce the company's carbon and water footprint; (3) contribute to restoring the environment and a healthy planet; and (4) that the products it develops and sells reflect the values of its customers.

81.     These statements are false, deceptive, and likely to mislead reasonable consumers. The imagery in its stores and website that Lululemon uses in combination with its messaging contributes to the false and misleading messaging of its Be Planet marketing campaign. Pictures of rivers, healthy forests and nature do not accurately reflect the nature of Lululemon's business or the impact of its activities and products on the environment and, thus, reinforce and perpetuate a false, deceptive, and misleading message to consumers that Lululemon is a sustainable and environmentally friendly brand, when it clearly is not.

82.     The true facts are that Lululemon is part of a global industry that contributes between 1.8% to 8% of the world's greenhouse gas emissions,[89] the vast majority of which are created by its value chains.[90]

83.     Lululemon specifically has an enormous supply chain that produces substantial greenhouse gas emissions. The great majority of Lululemon's supply chain is located in countries with a heavy fossil fuel reliance and minimal grid renewables, including Vietnam, Cambodia, Sri Lanka, Bangladesh, and Indonesia.[91] Vietnam is the location from which Lululemon sources ***most*** of its products (39%).[92] Vietnam is reported to have the ***fastest growth in coal*** use of all countries

---

[89]     Taking Stock of Progress Against the Roadmap to Net Zero, *supra*, at 2; Fashion on Climate, *supra*, at 5; "Measuring Fashion: Insights from the Environmental Impact of the Global," *supra*, at 2.
[90]     Taking Stock of Progress Against the Roadmap to Net Zero, *supra*, at 7.
[91]     *See* 2022 Annual Report, *supra*.
[92]     *Id.*

in Southeast Asia, at an ***annual growth rate of 11%***.[93] In 2021, ***coal accounted for 47%*** of the country's electricity generation.[94] Further, from 2017 to 2020, Vietnam's ***carbon emissions increased by over 50%***.[95]

84.     Critically, ***since making its Be Planet commitments in 2020, the company's Scope 3 emissions***—which make up more than 99% of the company's carbon footprint—***have more than doubled*** to 1,691,009 tCO2e.[96] And ***these emissions are on track to continue to increase*** as Lululemon has a stated goal of doubling its 2021 revenue by 2026.[97] Notably, Lululemon's products most heavily rely on polyester and nylon—materials that are ***produced from fossil fuels***. In addition, Lululemon chooses to transport ***a higher percentage of its products by air freight*** than its competitors, despite the fact that ***air freight generates significantly more greenhouse gas emissions*** than marine shipping.[98]

85.     Lululemon's supply chain operations also used more than 29 billion liters of freshwater in 2022.[99] And the polyester and nylon materials so heavily relied on by Lululemon are ***known to release significant amounts of microplastics into the planet's oceans and inland waters*** when washed. And a significant amount of Lululemon's garments and packaging end up in landfills each year.

---

[93]     Phasing out coal power in a developing country context: Insights from Vietnam, *supra*, at 1.
[94]     *Id.*
[95]     Vietnam Carbon (CO2) Emissions 1990-2024, *supra*.
[96]     2022 Impact Report, *supra*, at 79.
[97]     lululemon Announces Five-Year Growth Plan to Double Revenue by 2026 to $12.5 Billion, *supra*.
[98]     PublicEye, "Following in Zara's slipstream: the airborne fashion of other brands," (Dec. 18, 2023) *available at* https://www.publiceye.ch/en/news/detail/following-in-zaras-slipstream-the-airborne-fashion-of-other-brands (last visited Jul. 12, 2025).
[99]     2022 Impact Report, *supra* at 46.

> **b.**   **Lululemon's false, deceptive, and misleading environmental claims that overemphasize minor environmental benefits.**

86.   Separate and apart from the false, deceptive, and misleading representations above, Lululemon makes false, deceptive, and misleading representations that overemphasize the significance of certain environmental initiatives that provide only minor improvements or benefit relative to the company's overall climate and environmental footprint. The effect of this type of marketing deflect attention away from the significant environmental harm caused by Lululemon's business, and leaves consumers with the general impression that Lululemon is a planet-friendly company when it is not.

87.   In an April 20, 2021, Press Release, Lululemon announced its "recommerce" program called lululemon *Like New* as "the latest efforts from the brand under its Be Planet pillar, which is focused on making products that are better in every way for people and the planet[,]" stating that Lululemon "is ***actively working to help create a healthier future***[.]"[100]

**lululemon Delivers on its Impact Agenda Commitments with Two New Sustainability Initiatives Launching in May**

Apr 20, 2021

lululemon Like New recommerce program and Earth Dye product capsule reinforce the brand's focus on creating product experiences that are better for people and the planet

VANCOUVER, British Columbia--(BUSINESS WIRE)-- lululemon athletica inc. (NASDAQ:LULU) today announced two new initiatives that underscore lululemon's commitment to its Impact Agenda and deliver on its future-facing commitments toward sustainability: lululemon*Like New*, the brand's first-ever recommerce program, and Earth Dye, a new, limited-edition collection made with earth-friendly dyes, both launching this May. ***The new initiatives are the latest efforts from the brand under its Be Planet pillar, which is focused on making products that are better in every way for people and the planet***.

---

[100]   *Available at* https://corporate.lululemon.com/media/press-releases/2021/04-20-2021-085727212 (last visited Jul. 12, 2024) (emphasis added).

"lululemon is actively working to help create a healthier future, and we are focused on meeting the goals detailed in our Impact Agenda, including making 100 percent of our products with sustainable materials and end-of-use solutions by 2030," said lululemon CEO Calvin McDonald. "Our lululemon*Like New* and Earth Dye initiatives are both meaningful steps towards a circular ecosystem and demonstrate the sustainable innovation underway in product development and retail."

Released in Fall 2020, lululemon's Impact Agenda marked the brand's stake in the ground toward an equitable, sustainable future, and outlined its vision to minimize environmental impact and contribute to a better world. Developing products with sustainable materials and end-of-use solutions are central to the multi-year strategy.

lululemon*Like New* is a creative and regenerative guest model, and one way the brand is extending the life of product that has been designed to last. lululemon also continues to innovate better materials. The lower impact dyes featured in the new Earth Dye collection follow the introduction of solution-dyed nylon, as well as recycled polyester and FSC® (Forest Stewardship Council®) certified rubber materials, among others. lululemon is a founding member of the Mylo™ Consortium as well, a group of forward-thinking global companies focused on contributing to a more sustainable future for fashion. Mylo™ is a sustainable alternative to leather made from renewable mycelium.

88.     On its website, Lululemon states, "We also are on track to **make 100% of our products with sustainable materials** by 2030, and as of 2021, we're **sourcing 100% renewable electricity** for our owned and operated facilities."[101]

---

[101].    *See*                                                    https://likenew.lululemon.com/pages/about?icid=sep-06%3Bhomepage%3Bhero%3B3%3Bmiddle%3Babout%3Alp (last visited Jul. 12, 2024).



89.     Lululemon also states on its website that "Good feelings all around. What's better than great finds on gently used lululemon gear? Knowing you're helping restore a healthier planet."[102]

---

[102].    *Id.*



90.     The foregoing statements are unfair, false, deceptive, and misleading to reasonable consumers because they overemphasize the company's environmental harm reduction efforts by using the relatively minor harm reduction benefits of this program to repeat and emphasize the false message that Lululemon is "helping restore a healthier planet."[103] Even if the program could hypothetically lead to some relatively minor reductions in the environmental harm caused by the company—which, as noted above, is significant and growing—it is false and misleading to suggest that a consumer who takes part in the program—and chooses to pay the premium prices for Lululemon products—is "helping restore a healthier planet."

91.     Significantly, the "Like New" program is not well-designed to achieve its stated goals as Lululemon requires products to be returned in "like new" condition, and gift cards given in exchange for "like new" products can only be used on new items. In other words, while potentially promoting the use of some clothes for longer periods of time, the program is also

---

103.        *Id.*

promoting increased consumption of new clothes. While some discarded clothing might avoid the landfill for a few years, nothing about the program will "restore a healthier planet," and Lululemon omits material facts regarding the total amount of the Company's products sold in the U.S. or worldwide that are disposed into landfills, or the relative proportion of products returned through this program that are resold.

92.     Lululemon's statement that "we're sourcing 100% renewable electricity for *our* owned and operated facilities" is misleading because Lululemon fails to disclose that that the company's *owned and operated* facilities have only ever made up an extremely small percentage of the company's greenhouse gas emissions, whereas the company's Scope 3 greenhouse gas emissions made up *over 99.7% of the company's emissions in 2022,[104] and are increasing*.

93.     Lululemon's statement that its Like New program will "restore the environment" is misleading because nothing about the program will *restore* the environment. At best, the program could only hypothetically cause some reduction to the tones of Lululemon apparel products that will end up in landfills.

94.     Lululemon's statement that it is "on track to make 100% of our products with sustainable materials by 2030" is misleading because it suggests that *each of its products* will be 100% made from "sustainable" products without disclosing the extent of "sustainable" material that will be used in each product. Further and for the reasons discussed above, Lululemon's products, even if made with recycled polyester or nylon will still cause environmental harm.[105]

---

[104]     *See* 2022 Impact Report, *supra* at 50.
[105]     If Lululemon includes rPET (recycled polyester) material within its definition of sustainable material, there are significant environmental issues with its use as discussed above.

95.     Both individually and taken together, the foregoing misrepresentations and omissions mislead consumers by creating the false net and general impression that Lululemon is positively contributing to a healthier planet when it is not.

      **c.**    **Lululemon's false, deceptive, and misleading environmental claims relating to the company's greenhouse gas emission targets.**

96.     Lululemon's campaign also makes materially unfair, false, deceptive, and misleading representations and omissions regarding its plans to reduce its greenhouse gas emissions.

97.     On its website, under the heading, "Climate Action," Lululemon introduces its purported "2030 science-based climate targets," which include "achieving: ***60% absolute reduction of greenhouse gas (GHG) emissions*** in all owned and operated facilities (Scope 1 and 2)" and ***60% intensity reduction of GHG emissions*** across our global supply chain (Scope 3)[.]"[106]

---

[106].     *See* https://corporate.lululemon.com/our-impact/our-planet (last visited Jul. 12, 2024).

**CAREERS**          Q  Search          SHOP

# Climate Action

- Meet our science-based climate targets by achieving:
  - 60% absolute reduction of greenhouse gas (GHG) emissions in all owned and operated facilities[2] (Scope 1 and 2) by 2030
  - 60% intensity reduction of GHG emissions across our global supply chain[3] (Scope 3) by 2030
  - Become a net-zero company by 2050[4]
- Goal Met: Achieve 100% renewable electricity to power owned and operated facilities by 2021

[2] Owned and operated refers to where lululemon has direct operational control. This goal refers to Scope 1 and 2 emissions.

[3] Includes purchased goods and services, and upstream transportation and distribution only. Intensity reduction is per net revenue from operations.

[4] The Science Based Target Initiative's (SBTi) Net-Zero standard requires companies to cut emissions by >90% and use permanent carbon removal and storage to counterbalance the final <10% of residual emissions that cannot be eliminated. SBTi validated our target in 2024

98.     Lululemon claims on its website that "We are making progress on our climate goals around carbon reduction."[107]



99.     Lululemon represents on its website that the company met its goal to "[a]chieve ***100% renewable electricity*** to power owned and operated facilities by 2021."[108]



100.    In its Impact Agenda 2020, Lululemon states, "We're working toward a carbon-neutral future, starting with cutting our own emissions across our value chain and supporting a global movement for action."[109]

---

[107].    *See* https://corporate.lululemon.com/our-impact/our-planet/climate-action (last visited Jul. 5, 2024).

[108].    *See* https://corporate.lululemon.com/our-impact/our-planet

[109].    *See* Impact Agenda 2020, *supra* at 32



101.     Lululemon in its Impact Agenda 2020 makes the statement that, "By 2030, we will decarbonize our value chain, meeting ambitious science-based targets."[110]



102.     These representations are unfair, false, deceptive, and misleading to reasonable consumers.

103.     First, Lululemon's representations regarding its target to achieve 60% reduction in Scope 1 and 2 emissions is misleading because Lululemon fails to disclose that these emissions comprise only about 0.3% of Lululemon's total greenhouse gas emissions. In other words, achieving this goal will, at best, have a negligible impact on Lululemon's overall greenhouse gas

---

110.     *Id.* at 32.

emissions. Instead, by presenting the Scope 1 and 2 emission reduction targets in this manner, Lululemon creates the general (and false) impression that it is targeting significant greenhouse gas reductions.

104.    Second, Lululemon's representations regarding its target to reduce Scope 3 emissions is misleading because Lululemon presents the target as "intensity" based rather than absolute, and as the ultimate stated goal of the company is to become a net-zero company by 2050, it creates the misleading impression on consumers that Lululemon's greenhouse gas emissions will be reducing towards net-zero when they are, in fact, increasing if Lululemon attains its revenue growth targets for 2026.[111] The problems and controversial nature of "intensity-based" emission reduction targets is well-recognized, as the Columbia Center on Sustainable Development reports:[112]

> GHG reduction targets set by companies can be based on absolute emissions or on emissions intensity. An absolute target consists of a set number of metric tons of emissions, usually expressed in CO2-equivalent (CO2e) to account for CO2 as well as other GHGs. Often this number is indicated as a percentage of emissions relative to a selected base year. For example, a cement company analyzed set a 2030 goal to reduce its GHG emissions by 28% relative to its selected base year of 2007. In turn, intensity-based targets measure metric tons of CO2e per unit of production. Another cement company pledged to reduce its emissions intensity to below 520 kg CO2e per metric ton of output by 2030. ***Intensity-based decarbonization goals are controversial, as they do not guarantee absolute emissions reductions.*** If a company's emissions intensity decreases, but its production volume increases at a greater rate, its annual GHG emissions may still increase. Accordingly, absolute targets are preferable: a company that sets and achieves an absolute emissions target will shrink its carbon footprint, even if its production increases.

---

[111]    lululemon Announces Five-Year Growth Plan to Double Revenue by 2026 to $12.5 Billion, *supra*, at 38.

[112]    Jack Arnold and Perrine Toledano, "Corporate Net-Zero Pledges: The Bad and the Ugly" *Columbia Center on Sustainable Development*, (1 December 2021), *available at* https://ccsi.columbia.edu/news/corporate-net-zero-pledges-bad-and-ugly (last visited Jul. 5, 2024) (emphasis added).

105.    Finally, despite Lululemon's many representations about being committed to restoring a healthy planet, Lululemon is not even on track to meet its own Scope 3 emission reduction target. In its most recent Impact Report, Lululemon reports that progress towards the target is not on track. The intensity of the company's Scope 3 emissions has only decreased by 7%. The report notes that this environmental initiative "needs acceleration."[113] Despite these admissions, Lululemon made the marketing decision to continue with its Be Planet greenwashing campaign.

106.    Lululemon's numerous general claims regarding its carbon emissions, including that it is working toward a carbon-neutral future, that it is decarbonizing its value chain, and that it is making progress on its climate goals are also deceptive and misleading because they create the misleading impression that Lululemon is reducing carbon emissions across its supply chain. This impression is directly contrary to the fact that Lululemon's carbon emissions increased significantly since the Be Planet marketing campaign was announced, with its total Scope 3 emissions having doubled between 2020 and 2022.

> **d.    Lululemon's false, deceptive, and misleading environmental claims about the company's "vision," "goals," and "commitments."**

107.    Lululemon's marketing campaign also makes deceptive and misleading claims about the company's "vision," "goals," and "commitments" that perpetuate the false impression in consumer's minds regarding the sustainability and environmental impact of Lululemon's products and actions.

108.    In its Impact Agenda 2020, Lululemon states, "Our products and actions *avoid environmental harm* and *contribute to restoring a healthy planet*."[114]

---

[113].    2022 Impact Report, *supra*, at 66.
[114].    Impact Agenda 2020, *supra*, at 4 (emphasis added).

Our Impact Agenda is organized into three interconnected pillars, each with a vision for success, goals, and commitments and strategies:

**Be human.** Our people succeed because we create an environment that is equitable, inclusive, and fosters growth.

**Be well.** Our communities thrive because we contribute to conditions that support mental, physical, and social wellbeing.

**Be planet.** Our products and actions avoid environmental harm and contribute to restoring a healthy planet.

109.   On its website, Lululemon states, "We're committed to making products that are *better in every way-for…the planet*."[115]



110.   The foregoing statements are deceptive and misleading to reasonable consumers because, through these statements, Lululemon promises consumers that the company's products and actions avoid environmental harm, contribute to the restoration of a healthy planet and are

---

[115]   *See* https://shop.lululemon.com/en-ca/story/sustainability (last visited Jul. 12, 2024).

better in every way for the planet, but Lululemon's actions and products, in fact, cause harm to the environment in ways discussed above. Lululemon is an apparel company with an enormous supply chain based in countries such as Vietnam, Cambodia, Sri Lanka, Bangladesh, and Indonesia, that produces substantial, and increasing, amounts of greenhouse gas emissions in the course of manufacturing millions synthetic textile apparel products that are packaged and transported to Lululemon's many stores around the world. Not only does combustion of coal emit greenhouse gases, but it also emits toxic and carcinogenic pollutants into the air, water, and land. In fact, coal is so detrimental to the environment that the UN Secretary General António Guterres has urged governments and private companies alike to end their reliance on coal, calling this "the single most important step to get in line with the 1.5-degree goal of the Paris Agreement."[116]

111.   Lululemon relies heavily on synthetic fabrics in its products, with polyester and nylon representing over 60% of the company's material mix, which release significant amounts of microplastics. Further, while Lululemon claims that it is converting to recycled polyester and nylon in its products,[117] experts do not consider these products to be a truly sustainable alternative as they are energy intensive to manufacture, do not biodegrade and still release microplastics.[118] A 2021 study found that washing knitted recycled polyester fabric, which is used by Lululemon,[119]

---

[116]   United Nations Climate Change, "UN Chief Calls for Immediate Global Action to Phase Out Coal" (March 2, 2021), *available at* https://unfccc.int/news/un-chief-calls-for-immediate-global-action-to-phase-out-coal (last visited Jul. 12, 2024).

[117]   *See* 2022 Impact Report, *supra*, at 55.

[118]   Veronica Bates Kassatly and Dorothee Baumann-Pauly, "The Great Greenwashing Machine - Part 2: The Use and Misuse of Sustainability Metrics In Fashion" Eco-Age, *available at* https://eco-age.com/wp-content/uploads/2022/03/Great-Green-Washing-Machine-Report-Part-2_FINAL.pdf., at p. 33-39 (last visited Jul. 12, 2024).

[119]   *See, e.g.*, Shop.Luluemon.com, "Boxy Knit T-Shirt" *available at* https://shop.lululemon.com/p/womens-t-shirts/Boxy-Knit-T-Shirt-MD/_/prod11450233 (last visited Jul. 12, 2024). This Boxy Knit T-shirt is described as smooth, knit fabric and is made with 100% recycled polyester.

shed 2.3 times more microfibers than virgin polyester.[120] It is also likely that many millions of Lululemon's products also end up in landfills. Additionally, in 2022, Lululemon reported that its priority suppliers, which produce approximately 84% of Lululemon's production value, used 29.2 billion liters of freshwater.[121]

## CLASS ALLEGATIONS

112.    Plaintiffs bring this action individually and as a class action under Fed. R. Civ. P. 23 on behalf of the following proposed Classes:

**Nationwide Class: All persons who purchased any Lululemon branded product at a Lululemon retail location for personal use and not for resale in the United States since October 28, 2020.**

**Florida Subclass: All persons who purchased any Lululemon branded product at a Lululemon retail location for personal use and not for resale in Florida since October 28, 2020.**

**New York Subclass: All persons who purchased any Lululemon branded product at a Lululemon retail location for personal use and not for resale in New York since October 28, 2020.**

**California Subclass: All persons who purchased any Lululemon branded product at a Lululemon retail location for personal use and not for resale in California since October 28, 2020.**

113.    The proposed Classes defined above are, at times, collectively referred to as, the "Class."

114.    Plaintiffs reserve the right to expand or narrow the definitions of the Class following discovery, including by narrowing the nationwide class to specific States whose consumer protection laws present common and predominant issues.

---

[120]    İlkan Özkan & Sedat Gündoğdu, "Investigation on the microfiber release under controlled washings from the knitted fabrics produced by recycled and virgin polyester yarns" (2021) The Journal of The Textile Institute, 112:2, 264-272, *available at* https://www.tandfonline.com/doi/full/10.1080/00405000.2020.1741760 (last visited Jul. 12, 2024).
[121]    2022 Impact Report, *supra*, at 66.

115. Excluded from the Classes are Defendants and their employees and agents.

116. Excluded from the Classes is any person who solely purchased a Lululemon branded product from Lululemon online via its website or online application.

117. Excluded from the Classes is any person whom an arbitrator finds is subject to Lululemon's Terms and Condition, and that the Terms and Conditions prohibit any such person from pursuing any remedy in Court, including for in-store purchases.

118. ***Numerosity.*** The members of the Class are so numerous that individual joinder is impracticable. Plaintiffs cannot know the exact number of Class members affected by Defendant's conduct, but Plaintiffs allege upon information and belief, that each Class includes, thousands of members and, at a minimum, at least 40 members. The members of the Class are ascertainable because they are defined by reference to objective criteria. The exact number and identities of the Class members are unknown at this time but can be ascertained through discovery, and identification of the Class members is a matter capable of ministerial determination from Defendant's records. Nevertheless, despite the estimated size of the Class, members of the Class may be notified of the class certification and pendency of this action by recognized, Court-approved notice dissemination methods, which may include U.S. Mail, electronic mail, Internet postings, and/or published notice through the assistance of a Class Action Administrator.

119. ***Common questions of law and fact predominate.*** There are numerous questions of law and fact common to the Classes that predominate over any questions affecting only individual members of the Classes, which will produce common answers that will drive resolution of the litigation, and they include, but are not limited to, the following:

      a.     Whether Lululemon misrepresented facts related to the sustainability and environmental impact of its actions and products;

b.    Whether Lululemon omitted facts related to the sustainability and environmental impact of its actions and products;

c.    Whether Lululemon's misrepresentations and omissions were material;

d.    Whether Lululemon's misrepresentations and omissions would deceive a reasonable consumer;

e.    Whether Lululemon's misrepresentations and omissions violate the Florida Deceptive and Unfair Trade Practices Act;

f.    Whether Lululemon's misrepresentations and omissions violate Florida's misleading advertising law;

g.     Whether Lululemon was unjustly enriched;

h.    Whether the Class was damaged by Lululemon's conduct and the amount of such damages;

i.    Whether Lululemon should be enjoined from engaging in the conduct alleged herein; and

j.    For Class Members whom Lululemon contends are subject to Lululemon's Terms and Conditions, whether those Class Member are prohibited from pursuing any remedy in Court, including for their in-store purchases

120.   **Typicality.** Plaintiffs' claims are typical of the claims of the members of the Class because they are based on the same factual and legal theories, Plaintiffs and the Class members were harmed by Defendants in the same way, and Plaintiffs are not subject to any unique defenses.

121.   **Adequacy of Representation.** Plaintiffs will fairly and adequately protect the interests of the Class. Plaintiffs have retained counsel highly experienced in complex consumer

class action litigation, and Plaintiffs intend to vigorously prosecute this action. Further, Plaintiffs have no interests that are antagonistic to those of the members of the Class.

122.    **Superiority.** A class action is superior to all other available methods for the fair and efficient adjudication of this lawsuit because individual litigation of the claims of all members of the Class is economically unfeasible and procedurally impracticable. While the aggregate damages sustained by members of the Class are in the millions of dollars, the amount of individual damages to each member of the Class resulting from Defendant's wrongful conduct does not warrant the expense of individual lawsuits. The likelihood of individual members of the Class prosecuting their own separate claims is remote and, even if every member of the Class could afford individual litigation, the court system would be unduly burdened by individual litigation of such cases.

123.    The prosecution of separate actions by members of the Class would create a risk of establishing inconsistent rulings and/or incompatible standards of conduct for Defendant. For example, one court might enjoin Defendants from performing the challenged acts, whereas another may not.

## CAUSES OF ACTION

## COUNT I

**Violation of the Florida Deceptive and Unfair Trade Practices Act,**
**Fla. Sta. §§ 501.201,** *et seq.*
**(On behalf of the Florida Plaintiffs, the Nationwide Class, and the Florida Subclass)**

124.    Plaintiffs reallege and incorporate by reference the allegations in the above paragraphs 1 through 123, as though fully set forth herein.

125.    FDUTPA "shall be construed liberally to promote the following policies: (1)   To simplify, clarify, and modernize the law governing consumer protection, unfair methods of

competition, and unconscionable, deceptive, and unfair trade practices; (2)  To protect the consuming public and legitimate business enterprises from those who engage in unfair methods of competition, or unconscionable, deceptive, or unfair acts or practices in the conduct of any trade or commerce; [and] (3)  To make state consumer protection and enforcement consistent with established policies of federal law relating to consumer protection. Fla. Stat. § 501.202(2).

126.    Plaintiffs and the Class members are each a "consumer" within the meaning of the FDUTPA.

127.    Defendants sells "goods" within the meaning of the FDUTPA.

128.    Defendants are engaged in "trade or commerce" within the meaning of the FDUTPA.

129.    Fla. Stat. § 501.204(1) declares unlawful "[u]nfair methods of competition, unconscionable acts or practices, and unfair or deceptive acts or practices in the conduct of any trade or commerce."

130.    Fla. Stat. § 501.204(2) states that "it is the intent of the Legislature that, in construing subsection (1) due consideration and great weight shall be given to the interpretations of the Federal Trade Commission and the federal courts relating to [section] 5(a)(l) of the Federal Trade Commission Act."

131.    As alleged herein, Defendants violated the FDUTPA by knowingly and intentionally misrepresenting and concealing and/or failing to disclose material facts regarding the sustainability and environmental impact of Lululemon's actions and products.

132.    By knowingly and intentionally misrepresenting, omitting, concealing, and failing to disclose material facts regarding the sustainability and environmental impact of Lululemon's actions and products, as detailed above, Defendants engaged in unfair methods of competition,

unconscionable acts or practices, and unfair or deceptive acts or practices prohibited by the FDUTPA.

133.    Defendants' unfair or deceptive acts or practices, including their misrepresentations, concealments, omissions, and suppression of material facts, as alleged herein, had a tendency or capacity to mislead and create a false impression in consumers' minds, and were likely to and, in fact, did deceive reasonable consumers, including Plaintiffs and the Class members, about the sustainability and environmental impact of Lululemon's actions and products.

134.    The facts that Defendants knowingly and intentionally misrepresented, omitted, concealed, and/or failed to disclose would be considered material by a reasonable consumer, and were, in fact, material to Plaintiffs and the Class members, who consider such facts to be important to their decision to pay substantial premiums to purchase products they believed to be sustainably produced with a positive impact on the environment, from a company that falsely claimed to be environmentally conscious and to be taking active steps to improve the environmental crisis.

135.    Defendants owed Plaintiffs and Class members a duty to not create an unfair, false, deceptive, or misleading impression concerning the sustainability and environmental impact of Lululemon's products and actions. Defendants possessed exclusive knowledge of the true facts, but intentionally concealed those facts from Plaintiffs and the Class members, and/or they made misrepresentations that were rendered misleading because they were contradicted by undisclosed facts.

136.    Defendants have violated FDUTPA by engaging in its unfair and deceptive greenwashing campaign, which offends public policies and is immoral, unethical, unscrupulous and substantially injurious to consumers.

137.    Plaintiffs and the Class members were aggrieved by Defendants' violations of the FDUTPA because they suffered ascertainable loss and actual damages as a direct and proximate result of Defendants' knowing and intentional misrepresentations, omissions, concealments, and failures to disclose material facts, as alleged herein.

138.    Plaintiffs and the Class members purchased Lululemon products for a premium in reliance on Defendant's misrepresentations, omissions, concealments, and/or failures to disclose material facts, as alleged herein.

139.    But for Defendant's deceptive acts and practices alleged herein, Plaintiffs and the Class members would not have purchased Lululemon products, or they would not have paid as much for such products and, thus, they did not receive the benefit of the bargain, and they suffered out-of-pocket loss.

140.    Defendant's violations of the FDUTPA present a continuing risk of future harm to Plaintiffs and the Class members as Plaintiffs would like to purchase sustainable and environmentally friendly products Lululemon promises, but only if they can rely on Defendants to be truthful in their marketing statements regarding the sustainability and environmental impact of Lululemon's products and actions.

141.    Defendants should also be ordered to conduct corrective advertising to remove the halo imprinted in consumers' minds regarding Defendant's environmental actions and products.

142.    Pursuant to Fla. Stat. §§ 501.211(2) and 501.2105, Plaintiffs and the Class seek an award of damages, attorneys' fees, and costs.

143.    Pursuant to Fla. Stat. § 501.211(1), Plaintiffs and the Class seek a declaratory judgment and injunction of Defendant's unlawful acts and practices alleged herein, and an order of restitution and disgorgement." ("Without regard to any other remedy or relief to which a person is

entitled, anyone aggrieved by a violation of this part may bring an action to obtain a declaratory judgment that an act or practice violates this part and to enjoin a person who has violated, is violating, or is otherwise likely to violate this part").

**WHEREFORE**, the Florida Plaintiffs, individually and on behalf of their respective putative Classes, seek actual damages, injunctive relief, equitable relief including declaratory relief, restitution, pre- and post-judgment interest, reimbursement of costs, attorneys' fees, and for any other relief that this Court deems just, appropriate, and proper.

## COUNT II

**Violation of the New York General Business Law**
**N.Y. Gen. Bus. Law § 349, *et seq.***
**(On behalf of Plaintiff Reese and the New York Subclass)**

144.    Plaintiff Reese realleges and incorporates by reference the allegations in the above paragraphs 1 through 123, as though fully set forth herein.

145.    New York General Business Law § 349(a) ("NY GBL") declares unlawful "[d]eceptive acts or practices in the conduct of any business, trade, or commerce or in the furnishing of any service in this state."

146.    Plaintiff Reese and the New York Subclass members are each a "person" within the meaning of the NY GBL.

147.    Defendants are engaged in "business, trade, or commerce" within the meaning of the NY GBL.

148.    As alleged herein, Defendants violated the NY GBL by knowingly and intentionally misrepresenting and concealing and/or failing to disclose material facts regarding the sustainability and environmental impact of Lululemon's actions and products.

149.    By knowingly and intentionally misrepresenting, omitting, concealing, and failing to disclose material facts regarding the sustainability and environmental impact of Lululemon's actions and products, as detailed above, Defendants engaged in deceptive acts or practices prohibited by the NY GBL.

150.    Defendants' deceptive acts or practices, including their misrepresentations, concealments, omissions, and suppression of material facts, as alleged herein, had a tendency or capacity to mislead and create a false impression in consumers' minds, and were likely to and, in fact, did deceive reasonable consumers, including Plaintiff Reese and the New York Subclass members, about the sustainability and environmental impact of Lululemon's actions and products.

151.    The facts that Defendants knowingly and intentionally misrepresented, omitted, concealed, and/or failed to disclose would be considered material by a reasonable consumer, and were, in fact, material to Plaintiff Reese and the New York Subclass members, who consider such facts to be important to their decision to pay substantial premiums to purchase products they believed to be sustainably produced with a positive impact on the environment.

152.    Thus, Plaintiff Reese and the New York Subclass members were injured by Defendants' violations of the NY GBL.

153.    Defendants' violations of the NY GBL present a continuing risk of future harm to Plaintiff Reese and the New York Subclass members as they would like to purchase sustainable and environmentally friendly products Lululemon promises, but only if they can rely on Defendants to be truthful in their marketing statements regarding the sustainability and environmental impact of Lululemon's products and actions.

154.    Defendants should also be ordered to conduct corrective advertising to remove the halo imprinted in consumers' minds regarding Defendants' environmental actions and products.

155.    Plaintiff Reese and the New York Subclass seek an award of damages, attorneys'
fees, and costs pursuant to New York General Business Law § 349(h), which allows for the
recovery of "actual damages or fifty dollars, whichever is greater," as well as treble damages and
attorneys' fees.

**WHEREFORE**, Plaintiff Reese, individually and on behalf of the putative New York
Subclass, seeks actual damages, injunctive relief, equitable relief including declaratory relief,
restitution, pre- and post-judgment interest, reimbursement of costs, attorneys' fees, and for any
other relief that this Court deems just, appropriate, and proper.

**COUNT III**

**Violation of the California Consumer Legal Remedies Act,**
**Cal. Civ. Code § 1770, *et seq.***
**(On behalf of Plaintiff Sayied and the California Subclass)**

156.    Plaintiff Sayied realleges and incorporates by reference the allegations in the above
paragraphs 1 through 123, as though fully set forth herein.

157.    The California Consumer Legal Remedies Act ("CLRA") prohibits "unfair
methods of competition and unfair or deceptive acts or practices undertaken by any person in a
transaction intended to result or which results in the sale or lease of goods or services to any
consumer." Cal. Civ. Code § 1770.

158.    Plaintiff Sayied and the California Subclass members are each a "consumer" within
the meaning of the CLRA, as they purchased goods for personal, family, or household purposes.

159.    Defendants sell "goods" within the meaning of the CLRA.

160.    Defendants are engaged in "transactions" within the meaning of the CLRA.

161.    As alleged herein, Defendants violated the CLRA by knowingly and intentionally
misrepresenting and concealing and/or failing to disclose material facts regarding the sustainability

and environmental impact of Lululemon's actions and products.

162.    By knowingly and intentionally misrepresenting, omitting, concealing, and failing to disclose material facts regarding the sustainability and environmental impact of Lululemon's actions and products, as detailed above, Defendants engaged in unfair or deceptive acts or practices prohibited by the CLRA.

163.    Specifically, Defendants violated the following unfair methods of competition and unfair or deceptive acts or practices prohibited by the CLRA:

  a.    Representing that goods or services have sponsorship, approval, characteristics, ingredients, uses, benefits, or quantities that they do not have or that a person has a sponsorship, approval, status, affiliation, or connection that the person does not have. Cal. Civ. Code § 1770(5);

  b.    Representing that goods or services are of a particular standard, quality, or grade, or that goods are of a particular style or model, if they are of another. Cal. Civ. Code § 1770(7); and

  c.    Advertising goods or services with intent not to sell them as advertised. Cal. Civ. Code § 1770(9).

164.    Defendants' unfair or deceptive acts or practices, including their misrepresentations, concealments, omissions, and suppression of material facts, as alleged herein, had a tendency or capacity to mislead and create a false impression in consumers' minds, and were likely to and, in fact, did deceive reasonable consumers, including Plaintiff Sayied and the California Subclass members, about the sustainability and environmental impact of Lululemon's actions and products.

165.    The facts that Defendants knowingly and intentionally misrepresented, omitted, concealed, and/or failed to disclose would be considered material by a reasonable consumer, and were, in fact, material to Plaintiff Sayied and the California Subclass members, who consider such facts to be important to their decision to pay substantial premiums to purchase products they believed to be sustainably produced with a positive impact on the environment.

166.    Thus, Plaintiff Sayied and the California Subclass members were damaged as a result of Defendants' violations of the CLRA.

167.    Defendants' violations of the CLRA present a continuing risk of future harm to Plaintiff Sayied and the California Subclass members as they would like to purchase sustainable and environmentally friendly products Lululemon promises, but only if they can rely on Defendants to be truthful in their marketing statements regarding the sustainability and environmental impact of Lululemon's products and actions.

168.    Defendants should also be ordered to conduct corrective advertising to remove the halo imprinted in consumers' minds regarding Defendants' environmental actions and products.

169.    Plaintiff Sayied and the California Subclass members seek an award of damages, attorneys' fees, and costs pursuant to Cal. Civ. Code § 1780(d), which provides for recovery of "actual damages, punitive damages, and restitution," as well as attorneys' fees and costs.

**WHEREFORE**, Plaintiff Sayied, individually and on behalf of the putative California Subclass, seeks actual damages, injunctive relief, equitable relief including declaratory relief, restitution, pre- and post-judgment interest, reimbursement of costs, attorneys' fees, and for any other relief that this Court deems just, appropriate, and proper.

**COUNT IV**

**Violation of the California Unfair Competition Law,
Cal. Bus. & Prof. Code § 17200, *et seq.*
(On behalf of Plaintiff Sayied and the California Subclass)**

170.     Plaintiff Sayied realleges and incorporates by reference the allegations in the above paragraphs 1 through 123, as though fully set forth herein.

171.     The California Unfair Competition Law ("UCL") prohibits "unfair competition," which includes any "unlawful, unfair, or fraudulent business act or practice." Cal. Bus. & Prof. Code § 17200.

172.     Plaintiff Sayied and the California Subclass members are each a "person" within the meaning of the UCL.

173.     As alleged herein, Defendants violated the UCL by knowingly and intentionally misrepresenting and concealing and/or failing to disclose material facts regarding the sustainability and environmental impact of Lululemon's actions and products.

174.     By knowingly and intentionally misrepresenting, omitting, concealing, and failing to disclose material facts regarding the sustainability and environmental impact of Lululemon's actions and products, as detailed above, Defendants engaged in unlawful, unfair, and fraudulent business acts or practices prohibited by the UCL.

175.     Defendants' unlawful, unfair, and fraudulent acts or practices, including their misrepresentations, concealments, omissions, and suppression of material facts, as alleged herein, had a tendency or capacity to mislead and create a false impression in consumers' minds, and were likely to and, in fact, did deceive reasonable consumers, including Plaintiff Sayied and the California Subclass members, about the sustainability and environmental impact of Lululemon's actions and products.

176.     The facts that Defendants knowingly and intentionally misrepresented, omitted, concealed, and/or failed to disclose would be considered material by a reasonable consumer, and were, in fact, material to Plaintiff Sayied and the California Subclass members, who consider such facts to be important to their decision to pay substantial premiums to purchase products they believed to be sustainably produced with a positive impact on the environment.

177.     Thus, Plaintiff Sayied and the California Subclass members were injured as a result of Defendants' violations of the UCL.

178.     Defendants' violations of the UCL present a continuing risk of future harm to Plaintiff Sayied and the California Subclass members as they would like to purchase sustainable and environmentally friendly products Lululemon promises, but only if they can rely on Defendants to be truthful in their marketing statements regarding the sustainability and environmental impact of Lululemon's products and actions.

179.     Defendants should also be ordered to conduct corrective advertising to remove the halo imprinted in consumers' minds regarding Defendants' environmental actions and products.

180.     Plaintiff Sayied and the California Subclass members seek an award of restitution, injunctive relief, and attorneys' fees and costs pursuant to Cal. Bus. & Prof. Code § 17203, which provides for the recovery of "any money or property, real or personal, which may have been acquired by means of such unfair competition" and for any other relief the court deems appropriate.

**WHEREFORE**, Plaintiff Sayied, individually and on behalf of the putative California Subclass, seeks restitution, injunctive relief, equitable relief including declaratory relief, restitution, pre- and post-judgment interest, reimbursement of costs, attorneys' fees, and for any other relief that this Court deems just, appropriate, and proper.

**COUNT V**

**Unjust Enrichment**
**(On behalf of Plaintiffs and the Classes)**

181.    Plaintiffs reallege and incorporate by reference the allegations in the above paragraphs 1 through 123 as though fully set forth herein.

182.    Plaintiffs plead this claim in the alternative should they have no adequate remedy at law.

183.    Defendants requested and knowingly and voluntarily received a monetary benefit from Plaintiffs and the Class members in the form of payments to purchase Defendants' deceptively marketed products, as alleged herein.

184.    If Defendants had not misrepresented, omitted, concealed, and/or failed to disclose material facts regarding the sustainability and environmental impact of Lululemon's products and actions, Plaintiffs and the Class members either would not have purchased Defendant's products, or purchased them at the price they paid.

185.    Additionally, Defendants sold more products and made more revenue than they otherwise would have but for their misleading Be Planet campaign. Because consumers purchased Defendants' products over its competitors' products due to the Be Planet campaign, Defendants' campaign was harmful to competition and unfairly took away market share from companies that did not engage in greenwashing practices.

186.    Under such circumstances, it would be unfair for Defendants to reap the benefit of unjust profits without compensating Plaintiffs and the Class members for their value.

187.    As such, Defendants were unjustly enriched, and Plaintiffs and the Class members are entitled to restitution and disgorgement in an amount to be determined at trial.

**WHEREFORE**, Plaintiffs, individually and on behalf of the putative Classes, seek restitution, disgorgement, pre- and post-judgment interest, reimbursement of costs, and for any other relief that this Court deems just, appropriate, and proper.

## JURY TRIAL DEMAND

Plaintiffs demand a trial by jury on all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs, individually and on behalf of the proposed Classes, pray for the following relief:

A.     An Order certifying the Classes, appointing Plaintiffs as Class Representatives, and Plaintiffs' counsel as Class Counsel;

B.     An award of actual damages, compensatory damages, and punitive damages, as provided by law;

C.     An award of restitution to in an amount to be determined at trial;

D.     Disgorgement of Defendants' profits;

E.     An award of pre-judgement interest, in accordance with law;

F.     Appropriate preliminary and/or final injunctive or equitable relief;

G.     An award of the costs of suit and reasonable attorneys' fees as provided by law; and

H.     An award of such further and additional relief as is necessary to redress the harm caused by Defendants' unlawful conduct and as the Court may deem just and proper under the circumstances.

Dated: September 16, 2024                    Respectfully submitted,

                                                           */s/ Chris Gold*
                                                           Chris Gold

Florida Bar No. 088733
**GOLD LAW, PA**
350 Lincoln Rd., 2nd Floor
Miami Beach, FL 33139
Tel: 561-789-4413
chris@chrisgoldlaw.com

*/s/ Joshua H. Eggnatz*
Joshua H. Eggnatz, Esq.
Fla. Bar. No.: 0067926
Michael J. Pascucci, Esq.
Fla. Bar. No.: 83397
**EGGNATZ | PASCUCCI**
7450 Griffin Road, Suite 230
Davie, FL 33314
Tel: (954) 889-3359
Fax: (954) 889-5913
MPascucci@JusticeEarned.com
JEggnatz@JusticeEarned.com
SGizzie@JusticeEarned.com

*Counsel for Plaintiffs and the Proposed
Classes*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 16, 2024, a true and correct copy of the foregoing was filed through the CM/ECF system which will send an electronic notification to all counsel of record on the service list below.

## SERVICE LIST

Pravin R. Patel
WEIL, GOTSHAL & MANGES LLP
1395 Brickell Ave, Suite 1200
Miami, Florida 33131
Tel: (305) 577-3100
Pravin.Patel@weil.com

Caroline H. Zalka
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10053
Tel: (212) 310-8527
Caroline.Zalka@weil.com

# EXHIBIT A

# IN THE MATTER OF:

An application pursuant to s. 9(1)(b)

of the *Competition Act,* RSC 1985, c C-34

requesting the Commissioner cause an inquiry to be made

into the conduct of Lululemon Athletica Inc.

February 8, 2024

# TABLE OF CONTENTS

I.     OVERVIEW OF THE APPLICATION ..........................................................................1

II.    GREENWASHING, THE COMPETITION BUREAU'S GUIDANCE
      AND THE APPLICABLE LEGAL PRINCIPLES .........................................................3

A.    The Climate Crisis, Environmental Pollution and Consumer Decision-making ................3
B.    Competition Bureau Guidance....................................................................................................4
C.    Applicable Legal Principles ........................................................................................................5

III.   THE APPAREL INDUSTRY AND LULULEMON'S GREENHOUSE
      GAS EMISSIONS AND ENVIRONMENTAL POLLUTION .......................................7

A.    Greenhouse Gas Emissions.........................................................................................................7
      1.    The Apparel Industry.........................................................................................7
      2.    Lululemon .............................................................................................................8
B.    Pollution and Waste ..................................................................................................................10
      1.    The Apparel Industry.......................................................................................10
      2.    Lululemon ...........................................................................................................11

IV.   THE APPLICANTS' OPINION WHY LULULEMON'S PUBLIC
      REPRESENTATIONS ARE FALSE AND MISLEADING IN A
      MATERIAL RESPECT ..............................................................................................13

1.    Direct, unqualified environmental claims that are false or misleading ...........................13
2.    Environmental claims that overemphasize minor environmental benefits.......................16
3.    Environmental claims relating to the company's greenhouse gas emission
     targets that are misleading .......................................................................................................18
4.    Environmental claims about the company's "vision", "goals" or
     "commitments" that are unrealistic.........................................................................................21
5.    The General Impression Conveyed by the *Be Planet* Marketing Campaign ...................22

V.    CONCLUDING REMARKS .......................................................................................22

APPENDIX A: EXAMPLES OF LULULEMON'S PUBLIC
      REPRESENTATIONS ..............................................................................................23

## I.   OVERVIEW OF THE APPLICATION

The Applicants apply pursuant to s. 9 of the *Competition Act* (the "***Act***") requesting the Commissioner cause an inquiry to be made into the conduct of Lululemon Athletica Inc. ("**Lululemon**") with respect to its "*Be Planet*" marketing campaign.

Based on the information set out in this Application, the Applicants are of the opinion that Lululemon's marketing activities constitute reviewable conduct under s. 74.01(1) of the *Act* and grounds exist for making an order against Lululemon pursuant to s. 74.1(1).

In 2020, Lululemon publicly released its "Impact Agenda" described as the company's "stake in the ground toward an equitable, sustainable future."[1] The Impact Agenda identifies three interconnected pillars of Lululemon's "vision for success, goals and commitments and strategies."[2] The third pillar of the Impact Agenda is described as follows:[3]

**Be planet.** Our products and actions avoid environmental harm and contribute to restoring a healthy planet.

Lululemon subsequently pursued a marketing campaign that makes public statements and presents images on its website and elsewhere that build upon and perpetuate the message that the company's actions and products contribute to improving the environment and the restoration of a healthy planet.

In the opinion of the Applicants, this message is false and misleading.

As one of the largest apparel companies in the world, Lululemon has a significant and growing climate and environmental footprint. Its actions and products directly cause harm to the environment and the deterioration of the planet's health. Further, since the start of the *Be Planet* campaign and in the face of a global climate crisis, the company's greenhouse gas emissions have doubled. As well, the manufacture, transport and use of its products continue to create significant environmental harm: microplastics from Lululemon's products are polluting our oceans and inland waters; landfills in countries around the world are collecting Lululemon's discarded garments; fossil fuels are being used to power the factories of Lululemon's suppliers and create their synthetic textiles; and the  shipping of Lululemon's products around the world is adding to greenhouse gas emissions as it also damages the marine environment.

The seriousness of Lululemon's misleading representations is amplified by its position as one of Canada's largest companies and a market leader of apparel sales in Canada. The breadth and influence of Lululemon's public messaging is significant, not only putting a great number of

---

[1] Lululemon, "2020 Impact Agenda" (2020) at 4, online (pdf): https://pnimages.lululemon.com/content/dam/lululemon/www-images/Footer/Sustainability/lululemon_ImpactAgenda_October202023.pdf.
[2] *Ibid.*
[3] *Ibid.*

157336\4885-2414-8639

- 2 -

Canadian consumers at risk of being influenced, but also causing much unintended environmental damage from their purchases.

The Applicants acknowledge Lululemon is taking steps to reduce the harm its business and products have on the environment. This Application is not a criticism of those efforts, rather it is directed at a marketing campaign that goes too far by creating the general impression that the company's actions and products are positively contributing to the environment and a healthier planet. The Applicants are of the opinion that representations of this nature are appropriate only for companies whose true purpose is protection of the environment and removing greenhouse gases from the atmosphere.

If the Commissioner finds that materially false and misleading representations have been made, the Applicants submit that, in light of their serious nature and impact, the Commissioner should seek a judicial order pursuant to s. 74.1(1) that Lululemon:

1. Remove in its entirety the *Be Planet* marketing campaign from its website and all other public forms of communication, including removal of:

   a. all public representations that Lululemon's products minimize or avoid environmental harm and contribute to restoring a healthy planet; and

   b. all public representations that Lululemon has adopted practices and created solutions that minimize or avoid environmental harm and contribute to restoring the environment or a healthy planet;

2. Issue a formal apology to all its Canadian customers for providing them with false and misleading information; and

3. Pay a fine of up to 3% of Lululemon's annual worldwide gross revenues, credited to the Environmental Damages Fund and to be paid to an organization for the purposes of climate mitigation and adaptation in Canada.

These orders will prevent Canadian consumers from being misled in the future about the climate and environmental impact of Lululemon's business activities and products, deter Lululemon and other companies from making similar false and misleading representations in the future, and provide funding for reparations to address the increased climate and environmental harm caused by the manufacture, transport and use of those products purchased due to Lululemon's misrepresentations.

## II.   GREENWASHING, THE COMPETITION BUREAU'S GUIDANCE AND THE APPLICABLE LEGAL PRINCIPLES

### A.  The Climate Crisis, Environmental Pollution and Consumer Decision-making

The world faces severe environmental challenges associated with climate change, biodiversity loss, pollution and waste. The United Nations describes the situation as follows:[4]

> *Today, the Earth is facing a triple planetary crisis.  Climate disruption.  Nature and biodiversity loss.  Pollution and waste.  This triple crisis is threatening the well-being and survival of millions of people around the world.*

The Supreme Court of Canada has recognized that climate change is an "existential challenge" and "a threat of the highest order to the country, and indeed the world."[5] The most recent report of the United Nation's Intergovernmental Panel on Climate Change concludes:[6]

> *Human-caused climate change is already affecting many weather and climate extremes in every region across the globe. This has led to widespread adverse impacts on food and water security, human health and on economies and society and related losses and damages to nature and people (high confidence).*

At the recent COP28, United Nations Secretary General Antonio Guterres spoke to the urgency of addressing this crisis:[7]

> *We are in a race against time. ..., our planet is minutes to midnight for the 1.5 degree limit. And the clock keeps ticking.*

The Organization for Economic Cooperation and Development ("OECD") reports that the world is producing twice as much plastic as two decades ago, with the bulk ending up in landfill, incinerated or leaking into the environment, and only 9% successfully recycled.[8] It is estimated that 11% of global plastic waste is generated from clothing and textiles.[9] A 2023 report from the European Parliament estimates that the per capita consumption of textiles in the European Union required on average 400 $m^2$ of land, 9 $m^3$ of water and 391 kg of raw material.[10]

---

[4] United Nations, "Ambitious Action Key to Resolving Triple Planetary Crisis of Climate Disruption, Nature Loss, Pollution, Secretary-General Says in Message for International Mother Earth Day" (21 April 2022), online: https://press.un.org/en/2022/sgsm21243.doc.htm.
[5] *References re Greenhouse Gas Pollution Pricing Act*, 2021 SCC 11 at para 167.
[6] IPCC, "Climate Change 2023: Synthesis Report. Contribution of Working Groups I, II and III to the Sixth Assessment Report of the Intergovernmental Panel on Climate Change" (Core Writing Team, H. Lee and J. Romero (eds.)), (2023) at 5, online (pdf): https://www.ipcc.ch/report/ar6/syr/downloads/report/IPCC_AR6_SYR_FullVolume.pdf.
[7] United Nations Secretary General, "Secretary-General's opening remarks at press encounter at COP28" (11 December 2023), online: https://www.un.org/sg/en/content/sg/speeches/2023-12-11/secretary-generals-opening-remarks-press-encounter-cop28.
[8] OECD, "Plastic pollution is growing relentlessly as waste management and recycling fall short, says OECD" (22 February 2022), online: https://www.oecd.org/environment/plastic-pollution-is-growing-relentlessly-as-waste-management-and-recycling-fall-short.htm.
[9] *Ibid.*
[10] European Parliament, "The impact of textile production and waste on the environment (infographics)" (last modified 15 November 2023), online: https://www.europarl.europa.eu/news/en/headlines/society/20201208STO93327/the-impact-of-textile-production-and-waste-on-the-environment-infographics.

Textile production is estimated to be responsible for about 20% of global clean water pollution from dyeing and finishing products.[11] Laundering synthetic clothes accounts for 35% of primary microplastics released into the environment.[12] A single laundry load of polyester clothes can discharge 700,000 microplastic fibres that can end up in the food chain.[13]

The World Health Organization identifies air pollution as one of the greatest environmental risks to health, with the main driver of the pollution, combustion of fossil fuels, also causing greenhouse gas emissions contributing to climate change.[14]

In light of these facts, many Canadians' concerns about the environment have caused them to shop for their apparel products sustainably, purchase planet-friendly products and avoid brands that sell products which contribute to climate change or the degradation of the planet. In other words, these issues are not only material to many Canadian consumers' purchasing decisions, they are a priority. Lululemon's own 2023 Carbon Disclosure Project report notes:[15]

> *Consumers, particularly millennial and Gen Z consumers, are more likely to align themselves with brands who they trust to make decisions that reflect their values and benefit people and the planet.*

To avoid misleading consumers, it is therefore paramount that companies' representations regarding their contribution to the climate crisis and environmental pollution be not only truthful, but also clear and transparent.

### B. Competition Bureau Guidance

In recognition of companies' growing use of false or misleading environmental claims to attract consumers, the Competition Bureau has published guidance for Canadian companies. The Competition Bureau describes the problem of "greenwashing" as follows:[16]

> *Countless Canadians are concerned about the environment and climate change. Therefore, many are looking for products and services that are less harmful to the environment. This has led to an increased demand for "green" products or services.*
>
> *While the supply of "green" products has greatly increased in response to this demand, there has also been an increase of false or misleading environmental ads or claims, also known as greenwashing. This practice harms competition and innovation because consumers are being misled and are therefore unable to make an informed purchasing decision. Businesses who actually offer a product that has*

---

[11] *Ibid.*
[12] *Ibid.*
[13] *Ibid.*
[14] World Health Organization, "Air Pollution", online: https://www.who.int/westernpacific/health-topics/air-pollution#tab=tab_1.
[15] Lululemon Athletica Inc., "2023 Carbon Disclosure Project Report" (2023) at 7, online (pdf): https://corporate.lululemon.com/~/media/Files/L/Lululemon/our-impact/reporting-and-disclosure/lululemon-cdp-cc-2023.pdf.
[16] Competition Bureau Canada, "Environmental Claims and Greenwashing" (2 December 2021), online: https://ised-isde.canada.ca/site/competition-bureau-canada/en/environmental-claims-and-greenwashing.

> *a lower environmental impact may see their potential consumers being misled into purchasing products and services from competitors that made false or misleading claims.*

To address greenwashing, the Competition Bureau advises businesses that the laws it enforces prohibit businesses from making false or misleading environmental claims to promote a service, product or business interest.[17]

The Competition Bureau further advises that if businesses make environmental claims about their product or service, they should follow best practices:[18]

> *Follow best practices by making sure that your claims:*
>
> - *are truthful and **aren't misleading**;*
>
> - *are **specific**: be precise about the environmental benefits of your product;*
>
> - *are **substantiated and verifiable**: claims must be tested and all tests must be adequate and proper;*
>
> - *do not result in misinterpretations;*
>
> - ***do not exaggerate** the environmental benefits of your product; and*
>
> - *do not imply that your product is **endorsed by a third-party organization** if it isn't; and,*
>
> *If you're unsure whether a claim will mislead or misrepresent, then don't make the claim!"*

In other words, representations regarding the environment must be truthful, specific, precise, substantiated, verifiable and avoid exaggeration.

The Applicants submit that the importance of the Bureau's enforcement function is even greater when addressing concerns about environmental claims by companies who are market leaders in their industry with significant carbon and environmental footprints. The effect of these companies' misrepresentations will impact a larger number of consumers and, hence, have a greater detrimental impact on the environment.

## C.  Applicable Legal Principles

The legal principles applicable to a determination of whether Lululemon has made false or misleading representations are not controversial and for the most part are enshrined in the *Act*. There are three main principles relevant to this application.

---

[17] *Ibid.*
[18] *Ibid.*

First, the general impression test is applicable to the inquiry to be conducted by the Commissioner into Lululemon's conduct. Section 74.03(5) of the Act establishes the applicability of the general impression test as follows:

> *In proceedings under sections 74.01 and 74.02, the general impression conveyed by a representation as well as its literal meaning shall be taken into account in determining whether or not the person who made the representation engaged in the reviewable conduct.*

In the Competition Bureau's *The Deceptive Marketing Practices Digest*, the Bureau explains that "the general impression test effectively recognizes the power of the 'sum of the parts' in advertising, and ensures that the courts consider the overall impression that an advertisement as a whole makes on consumers."[19] Further the courts have held the general impression conveyed by a representation must be analyzed in the abstract – without considering the personal attributes of the consumer who has instituted the proceedings.[20] In other words, while the Commissioner may find that each environmental claim by Lululemon on its own may not be false or misleading, the Commissioner must consider all the companies representations together to consider the general impression they would leave with a consumer.

The second principle applicable to this application is that the Commissioner is not required to find that any person was misled by an environmental claim, but only that the claim was published for public view, and that it was untrue or misleading in a material respect. This principle is set out in s.74.03(4) of the *Act*. The purpose of this provision is to avoid turning the Commissioner's inquiry into an assessment of many different consumers' reactions to a company's representations and allow the Commissioner (and ultimately the court) to make the assessment of whether a representation is false, misleading and material.

Third, it is a requirement pursuant to s.74.01(1)(a) of the Act that the impugned representation be "material" to consumers' decision-making.  The courts have interpreted "material" in this context as meaning "of much consequence or important or pertinent or germane or essential to"[21] the consumer's purchasing decision. As noted above, the Competition Bureau has already identified the materiality of environmental claims to many consumers' decisions. As stated by the Bureau, many Canadians are looking for products and services that are less harmful to the environment which has led to an increased demand for "green" products.

---

[19] Competition Bureau Canada, *The Deceptive Marketing Practices Digest*, (6 June 2015) at 6, online (pdf): https://ised-isde.canada.ca/site/competition-bureau-canada/sites/default/files/attachments/2022/cb-digest-deceptive-marketing-e.pdf.
[20] *Richard v. Time Inc.,* 2012 SCC 8, at para 49.
[21] *R. v. Tege Investment Ltd. (1978)*, 51 CPR (2d) 216 (AltaProvCt) at para 7.

## III.   THE APPAREL INDUSTRY AND LULULEMON'S GREENHOUSE GAS EMISSIONS AND ENVIRONMENTAL POLLUTION

The apparel industry has a large global carbon and environmental footprint.

As one of the largest apparel companies in the world by market capitalization, Lululemon's carbon and environmental footprint is also substantial. It is estimated that Lululemon is valued at over $58 billion USD.[22] Founded in 1998 and headquartered in Vancouver, Lululemon employs over 34,000 people, and operates over 670 stores worldwide.[23] In 2022, the company reported revenues of over $8 billion USD,[24] with $1.1 billion USD of those sales in Canada.[25]

### A.   Greenhouse Gas Emissions

#### 1.   *The Apparel Industry*

It is estimated the apparel industry contributes between 1.8% to 8% of the world's greenhouse gas emissions.[26]

The vast majority of the apparel industry's emissions are created by its value chains.[27] The Greenhouse Gas Protocol, a global standardized framework to measure and manage emissions from private and public operations, classifies these value chain emissions as part of "Scope 3 emissions".[28] Scope 3 emissions are all indirect greenhouse gas emissions (not including generation of purchased energy) that occur in the value chain of a company, including both upstream and downstream emissions. In the apparel industry, upstream emissions include emissions from an apparel company's supply chain such as the production of raw materials,

---

[22] Forbes, "Lululemon Athletica", February 2, 2024, online: https://www.forbes.com/companies/lululemon-athletica/?sh=6c7e9382238c.

[23] Lululemon, "About Us", https://corporate.Lululemon.com/about-us.

[24] Lululemon, "2022 Annual Report" (29 January 2023), online (pdf): https://corporate.lululemon.com/~/media/Files/L/Lululemon/investors/annual-reports/lululemon-2022-annual-report.pdf.

[25] Statista, "Revenue of lululemon athletica in Canada from the fiscal year of 2012 to 2022" (2024), online: https://www.statista.com/statistics/485785/revenue-of-lululemon-canada/#:~:text=In%20the%20fiscal%20year%20of%202022%2C%20ending%20January,grown%20positively%20with%20each%20consecutive%20year%20since%202015.

[26] Apparel Impact Institute, "Taking Stock of Progress Against the Roadmap to Net Zero" (June 2023) at 2, online (pdf): https://apparelimpact.org/wp-content/uploads/2023/07/Aii_RoadmapReport-752.pdf.; McKinsey & Company, "Fashion on Climate: How the fashion industry can urgently act to reduce its greenhouse gas emissions" (2020) at 5, online (pdf): https://www.mckinsey.com/~/media/mckinsey/industries/retail/our%20insights/fashion%20on%20climate/fashion-on-climate-full-report.pdf; Quantis, "Measuring Fashion: Insights from the Environmental Impact of the Global" (2018) at 2, online (pdf): https://quantis.com/wp-content/uploads/2019/11/measuringfashion_globalimpactstudy_quantis_2018.pdf.

[27] Apparel Impact Institute and World Resources Institute, "Roadmap to Net Zero: Delivering Science Based Targets in the Apparel Sector" (November 2021) at 7, online (pdf): https://files.wri.org/d8/s3fs-public/2021-11/roadmap-net-zero-delivering-science-based-targets-apparel-sector.pdf?VersionId=LxrwUSv9dHytM7zybuQgoJ8LUHBZVgM1.

[28] Greenhouse Gas Protocol, "FAQ" at 1, online (pdf): https://ghgprotocol.org/sites/default/files/standards_supporting/FAQ.pdf; The GHG Protocol Corporate Standard classifies a company's GHG emissions into three 'scopes'. Scope 1 emissions are direct emissions from owned or controlled sources. Scope 2 emissions are indirect emissions from the generation of purchased energy. Scope 3 emissions are all indirect emissions (not included in scope 2) that occur in the value chain of the reporting company, including both upstream and downstream emissions.

transportation and distribution. Downstream emissions include emissions from the use and disposal of the apparel products.[29]

Based on a study of apparel and footwear brands, the Apparel Impact Institute and World Resources Institute calculated that 96% of the industry's total greenhouse gas emissions are Scope 3 emissions, with 80% of those generated from upstream manufacturing, production, and raw materials.[30] In order to stay within a 1.5C aligned trajectory, the Apparel Impact Institute projects the industry must reduce its emissions by at least 45 percent by 2030.[31] In other words, to be a part of the world's climate change solution, apparel companies must make significant cuts to their absolute emissions, including emissions from their supply chains.

### 2. *Lululemon*

The great majority of Lululemon's greenhouse gas emissions are Scope 3 emissions created by its supply chain.[32] Since Lululemon launched its *Be Planet* marketing campaign in 2020, rather than seeing a reduction in Lululemon's greenhouse gas emissions, those emissions have increased significantly. Lululemon's own reporting indicates that its reported Scope 3 emissions have more than doubled since 2020, as follows:[33]

- 2020: 829,456 $tCO_2e$[34]

- 2021: 1,343,649 $tCO_2e$[35]

- 2022: 1,691,009 $tCO_2e$[36]

Lululemon's 2022 emissions are the equivalent of burning of over 720 million litres of gasoline, over 3.8 million barrels of oil or the fueling of over 518,000 passenger vehicles for a year.[37]

---

[29] World Resources Institute and Science Based Targets initiative, "Apparel and Footwear Sector: Science-Based Targets Guidance" at 4 and 25, Figure 8, online (pdf): **Error! Hyperlink reference not valid.**https://sciencebasedtargets.org/resources/files/SBT_App_Guide_final_0718.pdf.
[30] Apparel Impact Institute and World Resources Institute, *supra* note 27, at 7.
[31] Apparel Impact Institute, *supra* note 26 at 3.
[32] Based on information in Lululemon's 2022 Impact Report, it was calculated that Lululemon's Scope 3 emissions comprised 99.7% of its total emissions: Lululemon, "2022 Impact Report" at 50, online (pdf): https://corporate.lululemon.com/~/media/Files/L/Lululemon/our-impact/reporting-and-disclosure/2022-lululemon-impact-report.pdf.
[33] Lululemon's reporting omits certain Scope 3 emissions categories and therefore these values do not represent the entirety of the company's emissions: *Ibid,* at 79.
[34] Lululemon, "2020 Impact Report" at 59, online (pdf): https://corporate.lululemon.com/~/media/Files/L/Lululemon/our-impact/our-impact-agenda/2020-full-impact-report.pdf.
[35] Lululemon, "2021 Impact Report" at 67, online (pdf): https://corporate.lululemon.com/~/media/Files/L/Lululemon/our-impact/reporting-and-disclosure/2022-lululemon-impact-report.pdf.
[36] 2022 Impact Report" *supra* note 32 at 79.
[37] Natural Resources Canada, "Greenhouse Gas Equivalencies Calculator" online: https://oee.nrcan.gc.ca/corporate/statistics/neud/dpa/calculator/ghg-calculator.cfm#results.

It appears these emissions will continue to increase significantly as Lululemon has a stated goal of doubling its 2021 revenue by 2026,[38] which will mean increased apparel manufacturing through its supply chain, and a corresponding increase in Scope 3 emissions.

Significantly, many of Lululemon's products are made with polyester and nylon, which are manufactured from fossil fuels.[39] Further, over 80% of Lululemon's manufacturers and suppliers are located in countries with significant fossil fuel reliance and minimal grid renewables, including Vietnam, Cambodia, Sri Lanka, Bangladesh, and Indonesia.[40] Vietnam, for example, is the location from which Lululemon sources most of its products (39%).[41] Vietnam, however, is reported to have the fastest growth in coal use of all countries in Southeast Asia, at an annual growth rate of 11%.[42] It is also reported that in 2021, coal accounted for 47% of the country's electricity generation mix[43] and, from 2017 to 2020, Vietnam's carbon emissions increased by over 50%.[44]

Additionally, while Lululemon represents that it is committed to working with its suppliers to increase use of renewable energy and eliminate on-site coal boilers,[45] such representations are not readily verifiable. Many of Lululemon's largest suppliers do not publish information relating to their coal usage or plans to switch to renewable energy. For example, Tan De Co Ltd., which the Applicants have identified as one of Lululemon's largest suppliers, does not publicly report using any renewable energy to power its factories, has not set public targets to reduce its emissions, and does not have a published plan to phase out coal use.  If an inquiry into Lululemon's representations is undertaken, the Applicants request the Commissioner obtain from Lululemon their suppliers' past and present environmental reporting, including information relating to their reliance on coal and plans to switch to renewable energy.

The detrimental impact of Lululemon's products and actions on the environment is further increased by the company's use of air and marine freight to transport its products.

---

[38] Lululemon, "lululemon Announces Five-Year Growth Plan to Double Revenue by 2026 to $12.5 Billion" (20 April 2022), online: https://corporate.lululemon.com/media/press-releases/2022/04-20-2022-113017957#:~:text=Leveraging%20its%20proven%20formula%20and%20supported%20by%20the,including%20product%20innovation%2C%20guest%20experience%2C%20and%20market%20expansion..

[39]  Gelfland Center, Carnegie Melon University, "Natural vs. Synthetic Polymers" online: https://www.cmu.edu/gelfand/lgc-educational-media/polymers/natural-synthetic-polymers/index.html.

[40] Annual Report, 2022 *supra* note 24 at 5, In 2022, approximately 39% of their products were made in Vietnam, 14% in Cambodia, 12% in Sri Lanka, 8% in Bangladesh, and 7% in Indonesia, and the remainder in other regions.

[41] *Ibid.*

[42] Thang Nam Do and Paul J. Burke, "Phasing out coal power in a developing country context: Insights from Vietnam" (2023) 176 *Energy Policy* at 1, online: https://www.sciencedirect.com/science/article/pii/S0301421523000976?via%3Dihub.

[43] *Ibid* at 2.

[44] MacroTrends, "Vietnam Carbon (CO2) Emissions 1990-2024" online: https://www.macrotrends.net/countries/VNM/vietnam/carbon-co2-emissions.

[45] 2022 Impact Report, *supra* note 32 at 51.

Air freight creates approximately forty-seven times more $CO_2$ emissions than marine freight per ton-mile.[46],[47] Accordingly, a company such as Lululemon that represents itself as taking actions which contribute to a healthy planet would, reasonably, be expected minimize the use of air freight to prioritize the health of the planet. However, when faced with supply chain difficulties caused by the COVID-19 pandemic, Lululemon chose the opposite.  Lululemon chose to significantly increase its use of air freight, in disregard for the increased detrimental impacts on the environment. Lululemon explains the shift to air freight in its 2022 Impact Report:[48]

> "Early in 2022, the COVID-19 pandemic contributed to ongoing supply chain disruptions. As a result, we experienced longer lead times and delivery challenges, including pressure on ocean freight and seaports. This meant continued use of increased air freight in the first half of 2022, impacting our Scope 3 target performance,"

Notably, a study that assessed the use of air freight by major companies in the apparel industry highlighted Lululemon's high use of air freight. The study found that Lululemon transports by air freight approximately 30% of its products manufactured in Vietnam and Sri Lanka. In contrast, competitors such as Nike, Adidas and Puma transported less than 5% of their products from Vietnam by air.[49] In other words, while Lululemon's competitors achieve some balance between the use of environmentally harmful air freight and protection of the planet, Lululemon pursues a significantly more aggressive air freight strategy.

## B.  Pollution and Waste

### 1.  The Apparel Industry

The pollution and waste created by the apparel industry is well documented.

Between 80 to 100 billion new clothing garments are produced globally every year,[50] with an increasing amount of these garments being made from synthetic fabrics such as nylon, acrylic, and polyester – materials made from plastic.[51] When these materials are washed, they release plastic

---

[46] Vitality, "Air Freight vs Sea Freight Carbon Footprint: Which is Lower?" (2022), online: https://vitality.io/air-freight-vs-sea-freight-carbon-footprint/#:~:text=Airfreight%20generates%2047%20times%20more,10%2D40%20grams%20per%20kilometer.
[47] Per the OECD, in addition to releasing $CO_2$ emissions at high altitude, "In the upper troposphere (up to 10 kilometres), where most aircraft miles are logged, NOx emissions may react with other gases to form ozone, which is a potent greenhouse gas at this altitude. Although aviation accounts for only two per cent of global NOx emissions, their discharge directly into the upper troposphere may greatly increase their impact on ozone formation." OECD, "The Environmental Effects of Freight" (1997) at 19, online (pdf): https://www.oecd.org/environment/envtrade/2386636.pdf.
[48] 2022 Impact Report *supra* note 32 at 52.
[49] PublicEye, "Following in Zara's slipstream: the airborne fashion of other brands", (December 18, 2023) online: https://www.publiceye.ch/en/news/detail/following-in-zaras-slipstream-the-airborne-fashion-of-other-brands.
[50] TheRoundup.org, "17 Most Worrying Textile Waste Statistics & Facts", (updated 11 April 2023), online: https://theroundup.org/textile-waste-statistics/.
[51] Aravin Prince Periyasamy, Ali Tehrani-Bagha, "A review on microplastic emission from textile materials and its reduction techniques" (2022) 199, *Polymer Degradation and Stability*, online: https://www.sciencedirect.com/science/article/pii/S0141391022000878.

fibres into the water that flow into our rivers and oceans.[52] Researchers estimate that every year clothing releases 500,000 tonnes of microfibers into the ocean – the equivalent of more than 50 billion plastic bottles.[53] Microplastic pollution is one of the most pervasive environmental issues, raising concerns about water quality, effects on ecosystems and human health.[54]

The heavy use of synthetic materials in textiles makes many apparel products impossible to recycle.[55] It is estimated that the world produces 92 million tons of textile waste every year, with clothing and textiles making up at least 7% of the total amount of waste in global landfill space.[56] Synthetic fibres are non-biodegradable and can sit in landfills for up to 200 years.[57]

The textile sector was the third largest source of water degradation and land use in 2020. In that year, it took on average nine cubic metres of water, 400 square metres of land and 391 kilograms of raw materials to provide clothes and shoes for each EU citizen.[58]

Water scarcity is also a growing global problem, with an estimated 2.3 billion people living in water-stressed countries in 2018.[59] The apparel industry compounds this problem by using large amounts of fresh water throughout the production and manufacturing process.[60]

Marine freight transport of apparel products also causes significant damage to the planet's inland and ocean environments. According to the OECD:[61]

> "Shipping poses threats to the environment both on inland waterways and on the ocean. These problems come from six major sources; routine discharges of oily bilge and ballast water from marine shipping; dumping of non-biodegradable solid waste into the ocean; accidental spills of oil, toxics or other cargo or fuel at ports and while underway; air emissions from the vessels' power supplies; port and inland channel construction and management; and ecological harm due to the introduction of exotic species transported on vessels."

### 2. Lululemon

The Applicants are of the opinion Lululemon's actions and products also cause harm to the environment in ways discussed above.

---

[52] Concordia Precious Plastic Project, "Microplastic Pollution and the Fast Fashion Industry" online: https://www.cp3montreal.com/articles/microplastic-pollution-and-the-fast-fashion-industry.
[53] Ibid.
[54] OECDiLibrary, "Policies to Reduce Microplastics Pollution in Water : Focus on Textiles and Tyres" (20 October 2021), online: https://www.oecd-ilibrary.org/sites/92f53a72-en/index.html?itemId=/content/component/92f53a72-en#section-d1e390.
[55] Concordia, supra note 52.
[56] TheRoundup.org, supra note 50.
[57] Concordia, supra note 52.
[58] European Parliament, supra note 10.
[59] United Nations Statistics Division, SDG 6 "Clean Water and Sanitation: Ensure availability and sustainable management of water and sanitation for all", online: https://unstats.un.org/sdgs/report/2021/goal-06/#:~:text=In%202018%2C%202.3%20billion%20people,by%20over%202%20per%20cent.
[60] Lululemon's 2022 Impact Report, supra note 32 at 66.
[61] OECD, Environmental Effects of Freight supra note 47 at 11.

- 12 -

Based on information available to the Applicants, they understand Lululemon relies heavily on synthetic fabrics in their products, with polyester and nylon representing over 60% of the company's material mix.[62] Accordingly, based on the sources noted above, when Lululemon's polyester and nylon products are washed by consumers, significant amounts of microplastics are released. Further, while Lululemon claims that it is converting to recycled polyester and nylon in its products[63], experts do not consider these products to be a truly sustainable alternative as they are energy intensive to manufacture, do not biodegrade and still release microplastics.[64] A 2021 study found that washing knitted recycled polyester fabric, which is used by Lululemon[65], shed 2.3 times more microfibres than virgin polyester.[66]

It is also likely that many millions of Lululemon's products also end up in landfills. Lululemon sells millions of garments each year. Many of Lululemon's products are made of synthetic textile materials that cannot or are not recycled,[67] meaning they contribute to the 92 million tons of textile waste filling landfills around the world every year.[68]

Additionally, in 2022, Lululemon reported that their priority suppliers, which produce approximately 84% of Lululemon's production value, used 29.2 billion litres of freshwater.[69]

Finally, as discussed above, Lululemon's supply chain sources its products from countries that rely heavily on fossil fuels, including coal.[70] Not only does combustion of coal emit greenhouse gases, but it also emits toxic and carcinogenic pollutants into the air, water, and land. In fact, coal is so detrimental to the environment that the UN Secretary General António Guterres has urged governments and private companies alike to end their reliance on coal, calling this "the single most important step to get in line with the 1.5-degree goal of the Paris Agreement".[71]

---

[62] Lululemon's 2022 Impact Report *supra* note 32 at 55.

[63] *Ibid* at 55-58.

[64] Veronica Bates Kassatly and Dorothee Baumann-Pauly, "The Great Greenwashing Machine - Part 2: The Use and Misuse of Sustainability Metrics In Fashion" *Eco-Age,* online (pdf): https://eco-age.com/wp-content/uploads/2022/03/Great-Green-Washing-Machine-Report-Part-2_FINAL.pdf., see p. 33-39.

[65] See for example: Shop.Luluemon.com, "Boxy Knit T-Shirt" online: https://shop.lululemon.com/p/womens-t-shirts/Boxy-Knit-T-Shirt-MD/_/prod11450233. This Boxy Knit T-shirt is described as smooth, knit fabric and is made with 100% recycled polyester.

[66] İlkan Özkan & Sedat Gündoğdu, "Investigation on the microfiber release under controlled washings from the knitted fabrics produced by recycled and virgin polyester yarns" (2021) *The Journal of The Textile Institute*, 112:2, 264-272, online: https://www.tandfonline.com/doi/full/10.1080/00405000.2020.1741760.

[67] Concordia, *supra* note 52.

[68] TheRoundup.org, *supra* note 50.

[69] Lululemon's 2022 Impact Report, *supra* note 32 at 66.

[70] *Ibid* at 40, 41, 42 and 43. Also, Lululemon reports that in 2022, only 15 percent of electricity used by their manufacturers and materials suppliers came from renewable sources. While Lululemon claims to be committed to eliminating on-site use of coal, coal boilers continue to be used by their suppliers. See: 2022 Impact Report *supra* note 32 at 51.

[71] United Nations Climate Change, "UN Chief Calls for Immediate Global Action to Phase Out Coal"(2 March 2021), online: https://unfccc.int/news/un-chief-calls-for-immediate-global-action-to-phase-out-coal.

## IV.    THE APPLICANTS' OPINION WHY LULULEMON'S PUBLIC REPRESENTATIONS ARE FALSE AND MISLEADING IN A MATERIAL RESPECT

As mentioned, Lululemon commenced its *Be Planet* marketing campaign in 2020.[72] The contradiction between the messaging in Lululemon's *Be Planet* marketing campaign and the actual environmental impact of Lululemon's actions and products is stark. The discussion below identifies examples of Lululemon's public and material representations and provides the Applicants' opinion regarding why these representations are false and misleading in material respects. Copies of the representations in the form they are presented to the public are included in **Appendix A**.

In the Applicants' opinion, Lululemon makes four types of false or misleading public representations in the context of the *Be Planet* marketing campaign: (i) direct, unqualified environmental claims about the company's products and actions; (ii) environmental claims that overemphasize minor environmental benefits to deflect attention away for the substantial environmental harm caused by the company's activities and products; (iii) environmental claims relating to the company's greenhouse gas emission "targets"; and (iv) environmental claims about the company's "vision", "goals" or "commitments".  Individually, many of the representations on their own are false or misleading. Taken together, the representations create a general impression that is false and misleading.

### 1.    Direct, unqualified environmental claims that are false or misleading

| Source | Representation |
|---|---|
| Lululemon Impact Summary 2020, p. 9<br><br>*Appendix A, p. 24* | <u>Our lives are one with the health of the planet.</u> Our products and actions avoid environmental harm and contribute to restoring a healthy planet. |
| Lululemon website: Our Impact<br><br>*Appendix A, p. 25* | Our products and actions avoid environmental harm and contribute to restoring a healthy planet. |

---

[72] Lululemon - Press Releases "lululemon athletica Inc. Releases Impact Agenda, Unveiling its Social and Environmental Goals and Strategies to Create a Healthier Future" (28 October 2020), online: https://corporate.lululemon.com/media/press-releases/2020/10-28-2020-085826103.

157336\4885-2414-8639

| Lululemon website: Our Planet<br><br>*Appendix A, p. 26* | By adopting and evolving practices and mindful solutions, we enhance the products we offer and contribute to restoring the environment. |
|---|---|
| Lululemon website: Better Products<br><br>*Appendix A, p. 27* | We're adopting practices and creating solutions that enhance our products, minimize negative impact, and contribute to restoring the environment. |
| Lululemon Impact Report 2022 p. 46<br><br>*Appendix A, p. 28* | We work across our value chain to reduce our carbon and water footprint, improve chemical management, develop and sell products that reflect the values of our guests, and contribute to a healthier environment. |
| Lululemon Impact Agenda 2020, p. 25<br><br>*Appendix A, p. 29* | We envision a future where we thrive within the limits of our one planet. That is why we act to avoid environmental harm and contribute to restoring a healthy planet. |

In summary, Lululemon publicly represents that its practices, solutions, products and actions contribute to restoring the environment and a healthy planet.  However, as outlined above, the evidence available to the Applicants portrays a much different company. Instead of restoring the environment and a health planet, the evidence indicates:

- Lululemon is a part of a global industry that contributes between 1.8% to 8% of the world's greenhouse gas emissions,[73] the vast majority of which are created by its value chains.[74]

- The Lululemon has an enormous supply chain that produces substantial greenhouse gas emissions and that, since making its *Be Planet* commitments, its Scope 3 emissions have more than doubled to 1,691,009 $tCO_2e$.[75] It is also expected these emissions will continue to increase as Lululemon has a stated goal of doubling its 2021 revenue by 2026.[76]

[73] Apparel Impact Institute (Aii), McKinsey and Quantis, *supra* note 26.
[74] Apparel Impact Institute and World Resources Institute, *supra* note 27, at 7.
[75] 2022 Impact Report, *supra* note 32 at 79.
[76] Lululemon, "Five-Year Growth Plan", *supra* note 38.

- The products most heavily relied upon by Lululemon in their material mix – polyester and nylon – are produced from fossil fuels and are known to release significant amounts of microplastics into the planet's oceans and inland waters when washed.

- Lululemon chooses to transport a higher percentage of its products by air freight than its competitors, despite knowing air freight generates significantly more greenhouse gas emissions than marine shipping.[77]

- Lululemon's supply chain operations used more than 29 billion litres of freshwater in 2022.[78]

- A significant (but unknown to the Applicants) amount of Lululemon's garments and packaging end up in landfills each year.

Lululemon also publicly represents:

- We work across our value chain to reduce our carbon …footprint, …, develop and sell products that reflect the values of our guests, and contribute to a healthier environment.[79]

This representation, however, is inconsistent with the following evidence:

- Lululemon's Scope 3 emissions, which make up more than 99% of the company's carbon footprint, have more than doubled since 2020.[80]

- The great majority of Lululemon's supply chain is located in countries with a heavy fossil fuel reliance and minimal grid renewables, including Vietnam, Cambodia, Sri Lanka, Bangladesh, and Indonesia.[81]

- Vietnam is the location from which Lululemon sources most of its products (39%).[82] Vietnam is reported to have the fastest growth in coal use of all countries in Southeast Asia, at an annual growth rate of 11%.[83] In 2021, coal accounted for 47% of the country's electricity generation.[84] Further, from 2017 to 2020, Vietnam's carbon emissions increased by over 50%.[85]

Finally, the imagery Lululemon uses in combination with its messaging contributes to the false and misleading nature of the *Be Planet* marketing campaign. Pictures of rivers, healthy forests and

---

[77] Public Eye, *supra* note 49.
[79] 2022 Impact Report, *supra* note 32 at 46.
[79] 2022 Impact Report, *supra* note 32 at 46.
[80] 2022 Impact Report, *supra* note 32 at 79.
[81] Annual Report, 2022 *supra* note 24 at 37. In 2022, approximately 39% of their products were made in Vietnam, 14% in Cambodia, 12% in Sri Lanka, 8% in Bangladesh, and 7% in Indonesia, and the remainder in other regions.
[82] *Ibid.*
[83] Do and Burke, *supra* note 42.
[84] *Ibid.*
[85] MacroTrends, *supra* note 44.

nature[86] do not accurately reflect the nature of Lululemon's business or the impact of its activities and products on the environment.

### 2. Environmental claims that overemphasize minor environmental benefits

Lululemon uses its substantial marketing presence to overemphasize the significance of certain environmental initiatives that provide only minor improvements or benefit relative to the company's overall climate and environmental footprint. The effect of this type of marketing deflects attention away from the significant environmental harm caused by Lululemon's business, and leaves consumers with the general impression that Lululemon is a planet-friendly company. Examples of this type of representation are as follows:

| Source | Representation |
|---|---|
| Lululemon website: Like New<br><br>*Appendix A, p. 30* | **Getting after our goals.**<br><br>Like New is one of lululemon's commitments to help restore the environment. It lengthens the lifecycle of our gear that's built to be reused and recycled. We also are on track to make 100% of our products with sustainable materials by 2030, and as of 2021, we're sourcing 100% renewable electricity for our owned and operated facilities. |
| Lululemon website: Like New<br><br>*Appendix A, p. 31* | **Good feelings all around.**<br><br>What's better than great finds on gently used lululemon gear? Knowing you're helping restore a healthier planet. |
| Lululemon Press Release: lululemon Delivers on its Impact Agenda Commitments with Two New Sustainability Initiatives Launching in May<br><br>*Appendix A, p. 32* | The new initiatives are the latest efforts from the brand under its Be Planet pillar, which is focused on making products that are better in every way for people and the planet.<br><br>Lululemon is actively working to help create a healthier future, … |

---

[86] See images found in Appendix A.

It should be noted that this Application is not a criticism of the efforts Lululemon is making to reduce the harm its business and products have on the environment. The Applicants acknowledge Lululemon is making efforts to decrease the amount of virgin polyester in its products, increase the energy efficiency of its stores, reduce of water-use intensity and water pollution, develop an apparel re-use program, and reduce single-use plastic. The Applicants do not say it is misleading for a company to describe the efforts it is taking to reduce harm to the environment. However, it is misleading for a company to go further and use these efforts to create the impression they are positively contributing to a healthier planet.

An example of how Lululemon overemphasizes its environmental harm reduction efforts is found in the messaging around its 'Like New' program.[87]  This marketing uses the relatively minor harm reduction benefits of this program to repeat and emphasize the message that Lululemon is "helping restore a healthier planet". For example, Lululemon's website states:[88]

# Good feelings all around.

What's better than great finds on gently used lululemon gear? Knowing you're helping restore a healthier planet.

While this program may lead to some relatively minor reductions in environmental harm caused by the company, the Applicants are of the view it is false and misleading to use the program to suggest that a consumer who takes part is "helping restore a healthier planet." Significantly, the program is not well-designed to achieve significant circularity. Products have to be returned in 'like new' condition, and gift cards given in exchange for 'like new' products can only be used on new items. In other words, while potentially promoting the use of some clothes for longer periods of time, the program is also promoting increased consumption of new clothes. While some discarded clothing may avoid the landfill for a few years, nothing about the program will "restore a healthier planet".

There is also a lack of full disclosure and accountability associated with the program. Lululemon discloses no information about the total amount of their products sold in Canada or worldwide that are disposed into landfills or the relative proportion of products returned through this program that are resold.

The Lululemon 'Like New' website also contains the following representation:[89]

# Getting after our goals.

Like New is one of lululemon's commitments to help restore the environment. It lengthens the lifecycle of our gear that's built to be reused and recycled. We also

---

87 Lululemon Like New, online: https://likenew.lululemon.com/about?icid=sep-06;homepage;hero;3;middle;about:lp.
88 *Ibid.*
89 *Ibid.*

are on track to make 100% of our products with sustainable materials by 2030, and as of 2021, we're sourcing 100% renewable electricity for our owned and operated facilities.

There are a number of issues with this statement.

First, for the same reasons discussed above, there is nothing about the program that will "restore the environment". Rather, at best, the program will lead to some reduction to the tonnes of Lululemon apparel products that will end up in landfills.

Second, the statement that Lululemon is "on track to make 100% of our products with sustainable materials by 2030," fails to mention the extent of "sustainable" material that will be used in each product. In other words, Lululemon does not mention that *each* of its products will not be 100% made from "sustainable" products or how little of each product will be comprised of such materials. Further and for the reasons discussed above, Lululemon's products, even if made with recycled polyester or nylon will still cause environmental harm.[90]

Finally, Lululemon states "we're sourcing 100% renewable electricity for our owned and operated facilities." Lululemon, however, fails to also advise the consumer how little this achievement reduces the company's total greenhouse gas emissions. A fully transparent representation would advise consumers that Lululemon's owned and operated facilities have only ever made up an extremely small percentage of the company's greenhouse gas emissions, whereas the company's Scope 3 greenhouse gas emissions made up over 99.7% of the company's emissions in 2022,[91] and are increasing.

3. **Environmental claims relating to the company's greenhouse gas emission targets that are misleading**

The manner in which Lululemon publicly represents its plans to reduce its greenhouse gas emissions omits material information which makes those claims misleading. Examples of these types of claims are as follows:

| Source | Representation |
|---|---|
| Lululemon website: Our Planet<br><br>*Appendix A, p. 33* | **Climate Action**<br><br>Meet our 2030 science-based climate targets by achieving:<br><br>• 60% absolute reduction of greenhouse gas (GHG) emissions in |

---

[90] If Lululemon includes rPET (recycled polyester) material within its definition of sustainable material, there are significant environmental issues with its use as discussed earlier in the document.
[91] 2022 Impact Report *supra* note 32 at 50.

| | all owned and operated facilities[2] (Scope 1 and 2)<br><br>• 60% intensity reduction of GHG emissions across our global supply chain[3] (Scope 3) |
|---|---|
| Lululemon website: Our Planet<br><br>*Appendix A, p. 33* | Goal Met: Achieve 100% renewable electricity to power owned and operated facilities by 2021 |
| Lululemon Impact Agenda 2020, p. 32<br><br>*Appendix A, p. 34* | We're working toward a carbon-neutral future, starting with cutting our own emissions across our value chain and supporting a global movement for action. |
| Lululemon Impact Agenda 2020, p. 32<br><br>*Appendix A, p. 34* | By 2030, we will decarbonize our value chain, meeting ambitious science-based targets. |
| Lululemon website: Climate Action<br><br>*Appendix A, p. 35-36* | We are making progress on our climate goals around carbon reduction. |

As an example of how Lululemon misrepresents through omission, the entirety of the first representation from the table above is set out below and discussed:[92]

**Climate Action**

Meet our 2030 science-based climate targets by achieving:

- 60% absolute reduction of greenhouse gas (GHG) emissions in all owned and operated facilities[2] (Scope 1 and 2)

- 60% intensity reduction of GHG emissions across our global supply chain[3] (Scope 3)

Goal Met: Achieve 100% renewable electricity to power owned and operated facilities by 2021

Become a net-zero company by 2050[4]

---

[92] Lululemon, "Our Planet", online: https://corporate.lululemon.com/our-impact/our-planet.

<sup>2</sup> Owned and operated refers to where lululemon has direct operational control. This goal refers to Scope 1 and 2 emissions.

<sup>3</sup> Includes purchased goods and services, and upstream transportation and distribution only. Intensity reduction is per net revenue from operations.

<sup>4</sup> The Science Based Target Initiative's Net-Zero standard requires companies to cut emissions by >90% and use permanent carbon removal and storage to counterbalance the final <10% of residual emissions that cannot be eliminated. We are submitting our application for SBTi's Net-Zero Standard certification in 2023.

There are three serious issues with this representation.

First, Lululemon presents its 60% Scope 1 and 2 emission reduction targets first, without mentioning that these emissions comprise only about 0.3% of Lululemon's total greenhouse gas emissions. In other words, the website fails to explain that achieving this goal will have a negligible impact on Lululemon's overall greenhouse gas emissions. Instead, by presenting the Scope 1 and 2 emission reduction targets in this manner, Lululemon creates the general (and false) impression that it is targeting significant greenhouse gas reductions.

Second, Lululemon presents the reduction targets for its Scope 3 emissions as "intensity" based rather than absolute. As the ultimate stated goal is to become an "net-zero company by 2050", intensity based targets provide limited, and potentially misleading, information, particularly in circumstances in which a company is planning for significant sales growth. The misleading impression left by this representation is that Lululemon's greenhouse gas emissions will be reducing towards net-zero when they are, in fact, increasing. If Lululemon attains its revenue growth targets for 2026,[93] then it is likely the company's Scope 3 emissions will continue to increase. The problems and controversial nature of "intensity-based" emission reduction targets is well-recognized. The Columbia Center on Sustainable Development reports:[94]

> "GHG reduction targets set by companies can be based on absolute emissions or on emissions intensity. An absolute target consists of a set number of metric tons of emissions, usually expressed in $CO_2$-equivalent ($CO_2e$) to account for $CO_2$ as well as other GHGs. Often this number is indicated as a percentage of emissions relative to a selected base year. For example, a cement company analyzed set a 2030 goal to reduce its GHG emissions by 28% relative to its selected base year of 2007. In turn, intensity-based targets measure metric tons of $CO_2e$ per unit of production. Another cement company pledged to reduce its emissions intensity to below 520 kg $CO_2e$ per metric ton of output by 2030. *Intensity-based decarbonization goals are controversial, as they do not guarantee absolute emissions reductions*. If a company's emissions intensity decreases, but its production volume increases at a greater rate, its annual GHG emissions may still increase. Accordingly, absolute targets are preferable: a company that sets and achieves an absolute emissions target will shrink its carbon footprint, even if its production increases." [italics added]

<sup>93</sup> Lululemon, "Five-Year Growth Plan", *supra* note 38.
<sup>94</sup> Jack Arnold and Perrine Toledano, "Corporate Net-Zero Pledges: The Bad and the Ugly" *Columbia Center on Sustainable Development*, (1 December 2021), online:https://ccsi.columbia.edu/news/corporate-net-zero-pledges-bad-and-ugly.

Finally, despite Lululemon's many representations about being committed to restoring a healthy planet, Lululemon is not even on track to meet its own Scope 3 emission reduction target. In its most recent Impact Report, Lululemon reports that progress towards the target is not on track.[95] The intensity of the company's Scope 3 emissions has only decreased by 7%. The report notes that this environmental initiative "needs acceleration".[96]

In addition to its misleading presentation of its SBTi targets, Lululemon makes numerous general claims regarding its carbon emissions, including that it is working toward a carbon-neutral future, that it is decarbonizing its value chain, and that it is making progress on its climate goals. These statements create the misleading impression that Lululemon is reducing carbon emissions across its supply chain. This impression is directly contrary to the fact that Lululemon's carbon emissions increased significantly since the *Be Planet* marketing campaign was started, with its total Scope 3 emissions having doubled between 2020 and 2022.

### 4. Environmental claims about the company's "vision", "goals" or "commitments" that are unrealistic

Examples of these types of claims are set out below.

| Source | Representation |
|---|---|
| Lululemon Impact Agenda 2020, p. 4<br><br>*Appendix A, p. 37* | **Be Planet.** Our products and actions avoid environmental harm and contribute to restoring a healthy planet. |
| Lululemon Website: Be Planet<br><br>*Appendix A, p. 25* | We're committed to making products that are better in every way-for …the planet. |

Through these statements, Lululemon promises its customers that its products and actions avoid environmental harm, contribute to the restoration of a healthy planet and are better in every way for the planet. At the same time, however, Lululemon is an apparel company with an enormous supply chain based in countries such as Vietnam, Cambodia, Sri Lanka, Bangladesh, and Indonesia that produces substantial, and increasing, amounts of greenhouse gas emissions in the course of manufacturing millions synthetic textile apparel products that are packaged and transported to Lululemon's many stores around the world.

---

[95] 2022 Impact Report *supra* note 32 at 47.

[96] *Ibid.*

It leads one to ask how such an incredible transformation would take place? If there is an answer to this question, Lululemon has not provided it. Instead, based on the information presented in this Application, the Applicants are of the opinion such promises are unrealistic and therefore misleading.

### 5. The General Impression Conveyed by the *Be Planet* Marketing Campaign

The *Be Planet* marketing campaign portrays Lululemon as something it is not.

As illustrated above, the marketing campaign creates the general impression that Lululemon is a company whose operations and products are planet-friendly and the company is committed to making products and taking actions that contribute to improving the environment and restoring the health of the planet. However, the evidence portrays a different company. Lululemon's actions and products create substantial and increasing greenhouse gas emissions and cause significant environmental pollution.

## V.   CONCLUDING REMARKS

The urgency of addressing climate change and environmental pollution demands that the apparel industry be clear and transparent with their customers about the climate and environmental impacts caused by their business. Consumers who make choices based on climate and environmental information, cannot be misled. To do so, not only takes business unfairly from those companies who accurately represent their environmental impact, but also creates the risk of greater harm to the planet caused by misinformed purchases.

As an apparel company responsible for significant greenhouse gas emissions, landfill waste, and release of microplastics into the environment, Lululemon should not be marketing itself as a company whose products and actions contribute to restoring a healthy planet[97] or even suggesting it is committed to such an unrealistic outcome. Representations of this nature are misleading and should be reserved for companies whose true purpose is protection of the environment and removing greenhouse gases from the atmosphere.

---

[97] Lululemon, "Our Impact" online: https://shop.lululemon.com/en-ca/story/sustainability. See: Be Planet.

- 23 -

**APPENDIX A - EXAMPLES OF LULULEMON'S PUBLIC REPRESENTATIONS**

**Lululemon Impact Summary 2020, p. 9**
[lululemon-2020-impact-summary-en110521.pdf](lululemon-2020-impact-summary-en110521.pdf)



## Be Planet

==Our lives are one with the health of the planet. Our products and actions avoid environmental harm and contribute to restoring a healthy planet.== Our goals:

**SUSTAINABLE PRODUCT & MATERIAL INNOVATION**

Make 100% of our products with sustainable materials and end-of-use solutions to advance a circular ecosystem by 2030.

Achieve at least 75% sustainable materials for our products by 2025.[6]

**CIRCULARITY & NEW GUEST MODELS**

Offer our guests new business models that extend the life of products—reaching 100% of North American guests and piloting internationally by 2025.

**CLIMATE ACTION**

Meet our 2030 science-based targets.

Source 100% renewable electricity to power our owned and operated facilities by 2021.

**WATER & CHEMISTRY**

Reduce freshwater use intensity with our priority wet process suppliers by at least 20% by 2025.[6]

Implement ZDHC Manufacturing Restricted Substances List (MRSL) at 100% of priority suppliers by 2022.[7]

**WASTE & PACKAGING**

Reduce single-use plastic packaging by at least 50% per unit by 2025.

Learn more about how we're contributing to a healthier planet in our Impact Report.

6   We have defined sustainable materials as materials contributing to improved environmental and/or social impacts compared to conventional versions, including fibres that are recycled, renewable, responsibly sourced, or manufactured with low-resource processes.
7   Priority suppliers are wet processing suppliers that produce 80% or more of our value annually and any supplier with production in a water-scarce region.

- 25 -

**Lululemon website: Our Impact**
https://shop.lululemon.com/en-ca/story/sustainability



- 26 -

**Lululemon website: Our Planet**

https://corporate.lululemon.com/our-impact/our-planet



**Lululemon website: Better Products**
https://shop.lululemon.com/en-ca/story/product-sustainability



**Lululemon Impact Report 2022, p. 46**
https://corporate.lululemon.com/~/media/Files/L/Lululemon/our-impact/reporting-and-disclosure/2022-lululemon-impact-report.pdf

## Our lives are *interconnected* with the health of the planet.



The potential of people is limitless, but the planet—our home—is not. At lululemon, we are on a journey to become a net-zero company and have set science-based targets that are the foundation for our climate action goals. We seek to lead in innovating preferred materials and create a circular ecosystem by designing out waste and keeping materials in use for as long as possible. We work across our value chain to reduce our carbon and water footprint, improve chemical management, develop and sell products that reflect the values of our guests, and contribute to a healthier environment.

**Lululemon 2020 Impact Agenda, p. 25**
https://pnimages.lululemon.com/content/dam/lululemon/www-images/Footer/Sustainability/lululemon_ImpactAgenda_October202023.pdf



# Our lives are one with the health of our planet.

We envision a future where we thrive within the limits of our one planet. That is why we act to avoid environmental harm and contribute to restoring a healthy planet.

At lululemon, we create products and experiences that reflect the values of our guests and our aspirations for a healthier world.

We will work to be part of a circular ecosystem, based on principles of designing out waste and pollution, keeping products and materials in use, regenerating natural systems, and using clean renewable energy.⁵ Underlying is the

imperative to act on climate change, and we've set ambitious, science-based carbon targets that are linked to all of our Be Planet goals.

By transforming our materials and products, guest experience models, and supply chains and by partnering with our collective, suppliers, and industry stakeholders, we take responsibility to help evolve our industry toward a more sustainable future—one that is truly better for our planet.

We know we have a long way to go, but we're committed to accelerating our progress and being part of the solution.

**GOAL**
—
By 2030, we will make 100 percent of our products with sustainable materials and end-of-use⁵ solutions, toward a circular ecosystem.

BE PLANET

25

- 30 -

**Lululemon website: Like New**

https://likenew.lululemon.com/about?icid=sep-06;homepage;hero;3;middle;about:lp





## Getting after our goals.

Like New is one of lululemon's commitments to help restore the environment. It lengthens the lifecycle of our gear that's built to be reused and recycled. We also are on track to make 100% of our products with sustainable materials by 2030, and as of 2021, we're sourcing 100% renewable electricity for our owned and operated facilities.

**Lululemon website: Like New** (*continued*)

### Shop Like New gear and start trade-in.





### Good feelings all around.

What's better than great finds on gently used lululemon gear? Knowing you're helping restore a healthier planet.

| SHOP WOMEN'S | SHOP MEN'S |

### Trade in. Get rewarded.

Trade in eligible items and get credit you can use at lululemon.com and in any store.

• $5 – All Shorts, Skirts, and Men's Shirts
• $10 – All Hoodies, Sweatshirts, Sweaters, Pants, Crops, Leggings, Dresses, Large Bags (Backpacks, Duffles, and Totes larger than 10L)
• $25 – All Outerwear

| LEARN MORE |

**Lululemon Press Release: lululemon Delivers on its Impact Agenda Commitments with Two New Sustainability Initiative Launching in May**
https://corporate.lululemon.com/media/press-releases/2021/04-20-2021-085727212



**Lululemon website: Our Planet**

https://corporate.lululemon.com/our-impact/our-planet



- 34 -

**Lululemon Impact Agenda 2020, p. 32**
2020-impact-agenda.pdf (lululemon.com)



**GOALS**

By 2021, we will source 100 percent renewable electricity for our own operations.

By 2030, we will decarbonize our value chain, meeting ambitious, science-based targets.

# Act on climate change and renewable energy.

Climate change is the defining challenge of our time. Humans produce more carbon dioxide than nature can absorb, and the apparel industry contributes to this problem. We're working toward a carbon-neutral future, starting with cutting our own emissions across our value chain and supporting a global movement for action.

LULULEMON 2020 IMPACT AGENDA

BE PLANET.

32

**Lululemon website: Climate Action**
https://corporate.lululemon.com/our-impact/our-planet/climate-action



- 36 -

**Lululemon website: Climate Action** (*Continued*)
https://corporate.lululemon.com/our-impact/our-planet/climate-action

Renewable Electricity       —

We are making progress on our climate goals around carbon reduction.

In September 2021, we signed a 15-megawatt virtual power purchase agreement (VPPA) with Enel Green Power for renewable energy from the Azure Sky wind project. The energy purchased is equivalent to the electricity needed to power 100% of our direct operations in North America. For our global operations, we purchased high-quality, renewable energy credits. We will continue to seek new opportunities that support net new renewable energy development in all regions where we operate.

Energy Efficiency       +

Transportation and Logistics       +

Supplier Environmental Initiatives       +

Industry Collaboration       +

**Lululemon Impact Agenda 2020, p. 4**

https://pnimages.lululemon.com/content/dam/lululemon/www-images/Footer/Sustainability/lululemon_ImpactAgenda_October202023.pdf

# Our Impact Strategy

lululemon is a brand rooted in sweaty pursuits and personal growth, and our purpose is to elevate the world by realizing the full potential within every one of us.

In this moment, we see possibility within each of us to reflect on our priorities, evolve our strategies, and act boldly to contribute to a better world.

The costs of inaction are high. The global community must be more resilient in the face of global crises, including addressing inequity and turning the tide on climate change. To achieve a better and more sustainable future for all, we must accelerate progress in meeting the global challenges we all face, as outlined by the United Nations Sustainable Development Goals for 2030.

That's why we're bringing a new level of ambition to our impact work: to be responsible and do what's right. To activate the innovators and enable the doers. To create the space for each of us to make a difference, take action, and change the world for the better.

This Impact Agenda is our stake in the ground toward an equitable, sustainable future. Developed through internal and external engagement, it is rooted in the social and environmental contexts in which we operate and the societal issues that matter most for our business and industry. Our first holistic impact strategy, this agenda outlines our commitments to improve environmental impact, contribute to a healthier future, and create long-term value. It creates a path for change for our employees, guests, and communities that is grounded in who we are as a brand, building on our values, progress, and learnings over the past two decades.

Our Impact Agenda is organized into three interconnected pillars, each with a vision for success, goals, and commitments and strategies:

**Be human.** Our people succeed because we create an environment that is equitable, inclusive, and fosters growth.

**Be well.** Our communities thrive because we contribute to conditions that support mental, physical, and social wellbeing.

**Be planet.** Our products and actions avoid environmental harm and contribute to restoring a healthy planet.

We have a long way to go to meet our goals. We'll scale our successes, learn from our setbacks, and will report on our environmental, social, and governance progress at least annually.

Together, we will learn from today and build a healthier future—for ourselves, for our communities, and for our planet.

INTRODUCTION  4

# EXHIBIT B

THIS IS AN UNOFFICIAL TRANSLATION OF A FRENCH DOCUMENT. THE FRENCH VERSION IS
THE ORIGINAL AND AUTHORITATIVE VERSION.

**REPORTING TO THE DIRECTORATE-GENERAL FOR COMPETITION, CONSUMER
AFFAIRS AND FRAUD CONTROL**

**GREENWASHING PRACTICES**

**LULULEMON ATHLETICA INC. AND LULULEMON ATHELTICA FR SARL**

24 July 2024

## CONTENTS

I.     INTRODUCTION .................................................................................................... 4

II.    SUMMARY OF THE ALERT ................................................................................ 5

III.   THE FIGHT AGAINST GREENWASHING: A MAJOR CHALLENGE ................... 6

   A.   Ecological crisis, environmental awareness and consumer choice............................ 6

   B.   An expanding anti-greenwashing legal arsenal and an active regulator .................... 8

IV.   APPLICABLE PROVISIONS................................................................................. 9

   A.   Articles L. 121-1 et seq. of the French Consumer Code on unfair and deceptive commercial practices ......................................................................................................................... 9

   B.   Article L. 541-9-1 of the Environmental Code prohibiting the use of the terms "biodegradable", "environmentally friendly" or any other equivalent term on a product or packaging ........................ 11

   C.   Article L. 229-68 of the Environmental Code governing claims of carbon neutrality in advertising .......................................................................................................................... 12

   D.   The CNC's Practical Guide to Environmental Claims and other guides for companies .......... 12

      1.   The CNC's Practical Guide to Environmental Claims........................................... 12

      2.   Other guides for companies: ADEME's Anti-Greenwashing Guide, ARPP's Recommendations and the ICC Code ...................................................................... 13

V.    RELEVANT FACTS: ENVIRONMENTAL POLLUTION AND GREENHOUSE GAS EMISSIONS CAUSED BY LULULEMON AND THE TEXTILE INDUSTRY........................................... 13

   A.   Greenhouse gas emissions ............................................................................... 13

      1.   The textile industry........................................................................................... 13

      2.   Lululemon ........................................................................................................ 14

   B.   Pollution and the use of resources........................................................................ 16

      1.   The textile industry........................................................................................... 16

      2.   Lululemon ........................................................................................................ 17

VI.   DISCUSSION: LULULEMON'S ENVIRONMENTAL CLAIMS CONSTITUTE MISLEADING COMMERCIAL PRACTICES AND FLOUT THE RULES GOVERNING CARBON NEUTRALITY CLAIMS ......................................................................................................... 18

   A.   Vague, disproportionate and ambiguous environmental claims ............................... 19

      1.   Claims that are vague, disproportionate, ambiguous and omit substantial information ...... 20

      2.   Expressly prohibited as too vague .................................................................... 21

   B.   Environmental claims relating to aspects that are not significant in relation to the impacts generated by Lululemon's activities.......................................................................... 21

      1.   Claims relating to minor benefits ...................................................................... 23

      2.   Sustainability claims ........................................................................................ 24

      3.   Claims relating to the use of renewable energy .................................................. 24

   C.   Environmental claims relating to greenhouse gas emissions .................................. 24

      1.   Claims that are false and/or omit essential information........................................ 25

      2.   Carbon neutrality claims in breach of Article L. 229-68 of the Environmental Code .......... 27

VII.   CONCLUSION ................................................................................................... 28

APPENDIX ........................................................................................................................................ 29

## I.    INTRODUCTION

1.    Stand and Stand Environmental Society are non-governmental organizations incorporated in the United States and Canada ("**Stand**"). Stand's objectives are to conserve and protect the environment by ensuring its sustainable use, and to encourage governments and businesses to treat people and the environment with respect.

2.    Lululemon Athletica FR SARL ("**Lululemon France**") is a company incorporated under French law whose business is the retail sale of technical athletic clothing marketed under the Lululemon Athletica brand. Lululemon France is a subsidiary of the Lululemon Athletica group of companies, whose parent company is Lululemon Athletica Inc. ("**Lululemon Inc.**"), a Canadian company listed on NASDAQ. Lululemon Inc. and Lululemon France are together referred to as "**Lululemon**".

3.    For the reasons set out below, Stand considers that Lululemon's environmental claims, and in particular its *Be Planet* marketing campaign*,* clearly fall within the scope of "greenwashing" and as such (i) constitute misleading commercial practices pursuant to Articles L. 121-1 et seq. of the French Consumer Code and (ii) breach the provisions of Articles L. 541-9-1 and L. 229-68 of the French Environmental Code.

4.    These conclusions are based on the in-depth research carried out by Stand, and this notice proposes a presentation to the DGCCRF in order to assist it in its missions to monitor the application of these major texts for the preservation of the environment, and consequently invites it to open an investigation into the environmental claims made by Lululemon.

5.    Stand has already filed a complaint with the Canadian Competition Bureau in February 2024, based on the anti-greenwashing provisions of Canadian law, following which an investigation into Lululemon was opened in May 2024.[1] However, the practices in question also concern the French market and consumers and specifically contravene the anti-greenwashing provisions of French law. As a result, and given the importance attached by the public authorities to combating these practices, making France one of the pioneering countries on these issues, Stand considers that it is crucial for the French regulator to take up the practices described below.

6.    The following section (Part II) summarises this alert. It is then structured as follows: first, it briefly puts into context the current major issue of greenwashing and the recent measures in France and Europe that have accompanied this growing awareness (Part III) and details the applicable provisions (Part IV). It then presents the results of Stand's research into the environmental impact of Lululemon's activities and those of the textile industry (Part V). Finally, it sets out how Stand considers, on the basis of its research, that Lululemon's environmental claims - detailed examples of which are provided - contravene the applicable provisions prohibiting greenwashing.

---

[1] Stand press release "Stand.earth requests anti-competition investigation into Lululemon's environmental claims", 12 February 2024, online: https://stand.earth/press-releases/stand-earth-anti-competition-investigation-into-lululemon-environmental-claim/; Forbes, "Canada Launches Greenwashing Investigation Into Lululemon", 13 May 2024, online: https://www.forbes.com/sites/jonmcgowan/2024/05/13/canada-launches-greenwashing-investigation-into-lululemon/

## II.  SUMMARY OF THE ALERT

7.  **The challenges of greenwashing.** In the context of the urgent need to combat climate change and environmental pollution "[the] environmental argument is not a sales argument like any other: it brings together a company's commitment and a consumer's involvement in favour of sustainable development and cannot be based on ambiguity or approximation. In 2022, consumer expectations regarding the environmental impact of products and services will have a decisive influence on their economic behaviour. [2]

8.  France in particular has been a pioneer in the fight against greenwashing for several years now, with the adoption of the law of 10 February 2020 known as the "Anti-Waste and Circular Economy (AGEC)" law and the law of 22 August 2021 known as the "Climate and Resilience" law, which have strengthened the legal arsenal available to combat these practices whose profoundly harmful effects are widely recognised. Greenwashing delays environmental awareness and sows confusion in the public mind, preventing consumers from making informed choices and genuinely committed companies from differentiating themselves.

9.  In its 2023 Activity Report, the DGCCRF emphasised the importance of "penalising players who misuse the ecological argument" and indicated that "the action taken in this area in 2023 will continue in 2024".[3] This action is indeed necessary, given the results of the survey it carried out on environmental claims for non-food products and services in 2021, which concluded that, of the 1,100 companies targeted, one in four did not comply with the rules on environmental claims.[4]

10.  **Applicable provisions.** Under French law, greenwashing is primarily punishable as a misleading commercial practice under articles L. 121-1 et seq. of the French Consumer Code. In addition to these provisions, articles L. 541-9-1 and L. 229-68 of the Environmental Code prohibit certain overly vague statements and regulate carbon neutrality claims. The Guide Pratique des Allégations Environnementales of the Conseil National de la Consommation (CNC), 2023 edition ("**CNC Guide**") has no regulatory value, but is a very useful reference document setting out guidelines for the use of environmental claims and on which the DGCCRF services can rely, in particular to sanction greenwashing as misleading marketing.[5]

11.  **Highly polluting activities.** As explained in Part V of this alert, the textile industry is highly harmful to the environment and Lululemon's activities are far from being an exception. In particular :

  a.  Lululemon is part of a global industry that contributes between 1.8% and 8% of the world's greenhouse gas emissions,[6] the vast majority of which are generated by its value chains.[7] Lululemon has a huge supply chain which produces significant greenhouse gas emissions and, since making its *Be* Planet commitments, has more than doubled its scope 3 emissions to 1,691,009 tCO2e.[8] These emissions are also expected to continue to rise, with Lululemon's stated aim of doubling its sales between 2021 and 2026.[9]

  b.  Lululemon chooses to transport a higher percentage of its products by air freight than its competitors, a mode of transport that generates far more greenhouse gas emissions than sea freight.[10]

---

[2] CNC, Guide pratique des allégations environnementales, 2023 edition, infra
[3] DGCCRF, Bilan d'activité 2023 Perspective 2024, infra
[4] DGCCRF, "Bilan de la première grande enquête de la DGCCRF sur l'écoblanchiment des produits non-alimentaires et des services : un quart d'anomalies et de nombreuses suites", infra
[5] CNC, Guide pratique des allégations environnementales, 2023 edition, infra
[6] McKinsey & Company study, infra
[7] Article by the Apparel Impact Institute, below
[8] Lululemon, 2022 Impact Report, infra
[9] Lululemon, Five-year growth plan, infra
[10] PublicEye article, below

      c.    The products most commonly used by Lululemon in its material mix - polyester and nylon - are produced from fossil fuels and are known to release significant quantities of microplastics into the world's oceans and rivers when washed.

      d.    Lululemon's supply chain operations used more than 29 billion litres of fresh water in 2022.[11]

      e.    A significant (but unknown to Stand) quantity of Lululemon clothing and packaging ends up in landfill every year.

12.    **A clear misunderstanding of the applicable provisions.** The contradiction between the message of Lululemon's *Be Planet* marketing campaign and the actual environmental impact of Lululemon's actions and products is glaring. Part VI details how various examples of environmental claims made by Lululemon fail to comply with the applicable provisions. In particular :

      a.    **Claims that are vague, disproportionate, ambiguous and omit substantial information**: Lululemon makes numerous claims whose general message is that its practices, products and actions avoid damaging the environment, contribute to "restoring" it and to a "healthy planet". These claims constitute misleading commercial practices within the meaning of articles L. 121-2 and 121-3 of the Consumer Code and also use terms that are expressly prohibited under articles L. 121-2 of the Consumer Code and L. 541-9-1 of the Environmental Code because they are excessively vague.

      b.    **Environmental claims relating to aspects that are insignificant in relation to the impacts generated by Lululemon**: its marketing greatly overestimates the importance of certain environmental initiatives that bring only minor improvements or benefits in relation to the company's overall climate and environmental impact. These claims therefore also constitute misleading commercial practices within the meaning of articles L. 121-2 and 121-3 of the French Consumer Code.

      c.    **Environmental claims relating to Lululemon's greenhouse gas emissions**: the way in which Lululemon presents its plans to reduce greenhouse gas emissions (i) is vague, disproportionate, ambiguous and omits substantial information, or is even false, and therefore constitutes misleading commercial practices within the meaning of Articles L. 121-2 and 121-3 of the French Consumer Code; and (ii) may also be assimilated to carbon neutrality claims and therefore contravene the provisions of article L. 229-68 of the French Environmental Code, which governs such claims.

13.    On the basis of these elements, Stand therefore respectfully invites the DGCCRF to open an investigation into Lululemon's environmental claims.

## III.    THE FIGHT AGAINST GREENWASHING: A MAJOR CHALLENGE

### A.  Ecological crisis, environmental awareness and consumer choice

14.    The world is facing serious environmental problems linked to climate change, loss of biodiversity, pollution and waste. The United Nations describes the situation as follows:

    "Today, the Earth is in the grip of a triple planetary crisis.  Climate change.  Loss of nature and biodiversity.  Pollution and waste.  This triple crisis threatens the well-being and survival of millions of people around the world.[12]

---

[11] Lululemon, 2022 Impact Report, infra
[12] United Nations "Climate, biodiversity, pollution: Secretary-General calls on leaders to show ambition and determination to tackle triple global emergency", video message from UN Secretary-General António Guterres on the occasion of International Earth Day (21 April 2022), online: https://press.un.org/fr/2022/sgsm21243.doc.htm

15. The most recent report by the United Nations Intergovernmental Panel on Climate Change (IPCC) concludes that:

> "Human-induced climate change is already affecting many extreme weather and climate events in all regions of the world. The result is widespread adverse impacts on food security and access to water, human health, the economy and society, as well as associated losses and damage to nature and people (high confidence)."[13]

16. In the Green Pact for Europe, the European Commission stresses that:

> "Year after year, the atmosphere heats up and the climate changes. Of the eight million species on our planet, one million are at risk of extinction. Forests and oceans are being polluted and destroyed.[14]

17. At COP28 in 2023, the Secretary General of the United Nations, António Guterres, reiterated the urgency of responding to this crisis:

> "We are in a race against time... our planet is just a few minutes away from midnight of the 1.5 degree limit. And the clock is still ticking."[15]

18. The Organisation for Economic Co-operation and **Development** ("**OECD**") points out that the world produces twice as much plastic as it did twenty years ago, with most of it ending up in landfill, being incinerated or escaping into the environment, and only 9% being successfully recycled.[16] It is estimated that 11% of the world's plastic waste comes from clothing and textiles.[17] A 2023 European Parliament report estimates that per capita consumption of textiles in the European Union requires an average of 400 m$^2$ of land, 9 m$^3$ of water and 391 kg of raw materials.[18]

19. It is estimated that textile production is responsible for around 20% of global water pollution from dyeing and finishing products.[19] The washing of synthetic clothes accounts for 35% of the primary microplastics released into the environment.[20] A single wash of polyester clothes can release 700,000 microplastic fibres, which can end up in the food chain.[21]

20. The World Health Organisation (WHO) considers air pollution to be one of the greatest environmental risks to health. The main source of pollution, the burning of fossil fuels, is also responsible for greenhouse gas emissions that contribute to climate change.

21. The Ministry of the Economy recognises that "it is crucial to tackle the causes of climate change" and that "everyone is concerned: elected representatives, economic players, citizens, to reduce our greenhouse gas emissions, but also to adapt to the changes already underway".

22. In light of this, many people's environmental concerns have led them to buy their clothes in a sustainable way, to buy products that respect the planet and to avoid brands that sell products

---

[13] Synthesis Report of the IPCC Sixth Assessment Cycle (AR6) including contributions from Working Groups I, II, and III (lead writing team: H. Lee and J. Romero) (2023), online: https://www.ipcc.ch/report/ar6/syr/downloads/report/IPCC_AR6_SYR_FullVolume.pdf

[14] European Commission "The Green Pact for Europe" (11 December 2019), online: eur-lex.europa.eu/legal-content/EN/TXT/HTML/?uri=CELEX:52019DC0640&from=EN

[15] United Nations Secretary-General, "Opening remarks by the Secretary-General at the COP28 press briefing" (11 December 2023), online: https://www.un.org/sg/en/content/sg/speeches/2023-12-11/secretary-generals-opening-remarks-press-encounter-cop28

[16] OECD, "Plastic pollution continues to grow while waste management and recycling lag behind" (22 February 2022), online: https://www.oecd.org/fr/about/news/press-releases/2022/02/plastic-pollution-is-growing-relentlessly-as-waste-management-and-recycling-fall-short.html

[17] Ibid.

[18] European Parliament, "Textile production and waste: the impact on the environment" (infographics) (last updated on 12 April 2024) online: https://www.europarl.europa.eu/topics/fr/article/20201208STO93327/production-et-dechets-textiles-les-impacts-sur-l-environnement-infographies

[19] Ibid.

[20] Ibid.

[21] Ibid.

that contribute to climate change or the degradation of the planet. In other words, these issues are at the heart of the concerns of many consumers in France and around the world. The Carbon Disclosure Project's 2023 report from Lululemon Inc. underlines this:

> "Consumers, particularly generations Y and Z, are more inclined to adopt brands that they can trust, that express their values and that are good for people and the planet."

23. As the CNC Guide points out, "The environmental argument is not a sales argument like any other: it brings together a company's commitment and a consumer's involvement in favour of sustainable development and cannot be based on ambiguity or approximation. In 2022, consumer expectations regarding the environmental impact of products and services will have a decisive influence on their economic behaviour".[22]

24. To avoid misleading consumers, it is vital that companies' statements about their contribution to the climate crisis and environmental pollution are not only truthful, but also clear and transparent.

**B. An expanding anti-greenwashing legal arsenal and an active regulator**

25. Faced with these challenges, France is a pioneer, having adopted legislation aimed at improving the information provided to consumers about the environmental impact of products and services in general, and at combating greenwashing - corporate communications that misuse the ecological argument[23] - in particular.

26. The profoundly harmful effects of this practice are widely acknowledged. The French Environment and Energy Management Agency ("**ADEME**") sums up: "The abusive use of the ecological argument poses several problems: greenwashing delays awareness and confuses the public about the reality of the efforts to be made; [and] it prevents companies that are genuinely committed and communicate fairly from differentiating themselves". Combating greenwashing means enabling consumers to make informed choices, but also "protecting [the most virtuous companies] from a distortion of competition based on unfounded claims".[24]

27. The two key texts adopted in recent years demonstrate the importance attached to combating these practices:

    a. The law of 10 February 2020, known as the "Anti-Waste and Circular Economy Act" (**AGEC**), strengthened environmental information for consumers and provided a stricter framework, or even prohibited, the use of certain environmental claims, at the same time as creating new tools to support consumers in their new consumption practices (consumer information on the environmental qualities and characteristics of waste-generating products, reparability index and soon sustainability index, information on endocrine disruptors, simplification of the sorting process, development of deposits and bulk packaging, ban on claims considered to be all-encompassing).

    b. The law of 22 August 2021, known as the "Climate and Resilience" law, has perpetuated and deepened the legislator's guidelines by adopting new measures enabling consumers to make informed choices (for example, the creation of a product sustainability index to replace the reparability index). In addition, one of the emblematic measures of this law is the ban on "greenwashing" as a fully-fledged misleading commercial practice, with reinforced penalties.

28. In its 2023 report, the DGCCRF also reiterated the importance of "penalising players who misuse the ecological argument" and that "the action taken in this direction in 2023 will continue in

---

[22] CNC, Guide pratique des allégations environnementales, 2023 edition: https://www.economie.gouv.fr/files/files/directions_services/dgccrf/documentation/publications/publications_externes/bro-guide-cnc-VF.pdf?v=1685000021 p. 3
[23] CNC, Practical Guide, supra, p. 12
[24] CNC, Practical Guide, supra, p. 4

8

2024".[25] As a sign of the need to monitor and enforce these texts, the DGCCRF, in its survey of environmental claims on non-food products and services carried out in 2021, concluded that, of the 1,100 companies targeted, one in four did not comply with the rules on environmental claims.[26]  In a study carried out in 2020, the European Commission found that 53.3% of the 150 environmental claims examined were vague or misleading.[27]

29.     Finally, the fight against greenwashing is also a resolutely European issue, with the recent European Directive against greenwashing,[28] which Member States have until 27 March 2026 to transpose into national law and must apply the measures adopted from 27 September 2026. Its aim is to give consumers the means to act in favour of the green transition through better protection against unfair practices and better information. In particular, it strengthens the rules on this type of claim, requiring companies to provide solid evidence to back up their environmental and ecological claims.

## IV.     THE APPLICABLE PROVISIONS

30.     Under French law, greenwashing is primarily punishable as a misleading commercial practice under articles L. 121-1 et seq. of the French Consumer Code. In addition to these provisions, articles L. 541-9-1 and L. 229-68 of the French Environment Code prohibit certain overly vague statements and regulate carbon neutrality claims.

31.     The CNC's Practical Guide to Environmental Claims, 2023 edition ("**CNC Guide**") has no regulatory value, but it is a reference document setting out guidelines for the use of environmental claims. The CNC Guide states in its introduction that "Although there are no penalties for non-compliance with this guide, **the DGCRF services may, in any event, as part of their control mission, rely on its content** to identify and penalise breaches or infringements of the legal provisions in force, particularly with regard to misleading commercial practices".[29]

32.     Finally, ADEME has also published an Anti-Greenwashing Guide ("**ADEME Guide**")[30] to help companies, who can also refer to the ARPP Recommendations[31] and the ICC Code.[32]

### A.     Articles L. 121-1 et seq. of the French Consumer Code on unfair and deceptive commercial practices

---

[25] DGCCRF, Bilan d'activité 2023 Perspective 2024, online:
https://www.economie.gouv.fr/files/files/directions_services/dgccrf/dgccrf/rapports_activite/2023/bilan_activit%C3%A9-DGCCRF_2023.pdf?v=1716302325
[26] DGCCRF, "Bilan de la première grande enquête de la DGCCRF sur l'écoblanchiment des produits non-alimentaires et des services": un quart d'anomalies et de nombreuses suites, online:
https://www.economie.gouv.fr/dgccrf/bilan-de-la-premiere-grande-enquete-de-la-dgccrf-sur-lecoblanchiment-des-produits-non-1
[27] European Commission, Environmental claims in the EU - Inventory and reliability assessment: final report (2020), online: https://op.europa.eu/fr/publication-detail/-/publication/f7c4cb8b-f877-11ee-a251-01aa75ed71a1
[28] Directive (EU) 2024/815 of 28 February 2024 amending Directives 2005/29/EC and 2011/83/EU to empower consumers to act in favour of the green transition through better protection against unfair practices and better information amending Directives 2005/29/EC and 2011/83/EU to empower consumers to act in favour of the green transition through better protection against unfair practices and better information, online: https://eur-lex.europa.eu/legal-content/FR/TXT/HTML/?uri=OJ:L_202400825
[29] CNC, Practical Guide, supra, p. 4
[30] ADEME, Anti-Greenwashing Guide, July 2023, online: https://communication-responsable.ademe.fr/sites/default/files/2023-10/20230727_ademe_guide_antigreenwashing_web-vdef-min.pdf
[31] Autorité de Régulation Professionnelle de la Publicité (ARPP), ARPP Recommendations, online:
https://www.arpp.org/nous-consulter/regles/regles-de-deontologie/#:~:text=Les%20Recommandations%20de%20l'ARPP,d%C3%A9ontologique%20de%20l'expression%20publicitaire
[32] International Chamber of Commerce, ICC Advertising and Marketing Communication Code, 2018 edition, online: https://iccwbo.org/wp-content/uploads/sites/3/2018/09/icc-advertising-and-marketing-communications-code-int.pdf

33. Articles L. 121-1 et seq. of the French Consumer Code, which transpose Directive 2005/29/EC of 11 May 2005[33] into French law, prohibit misleading commercial practices.

34. **Principles.** A commercial practice is said to be misleading when it is based on claims, indications or presentations that are false or likely to mislead and relate to a certain number of elements listed in article L. 121-2 of the Consumer Code, including the essential characteristics of the good or service or the scope of the advertiser's commitments:

> *Article L. 121-2*
>
> *A commercial practice is misleading if it is committed in any of the following circumstances:*
>
> *(...)*
>
> *2° If it is based on **false or misleading allegations, indications or presentations** concerning one or more of the following elements:*
>
> *(...)*
>
> *b) The essential characteristics of the good or service, namely : its substantial qualities, its composition, its accessories, its origin, in particular with regard to the rules justifying the use of the terms "fabriqué en France" or "origine France" or any equivalent term, sign or symbol within the meaning of the Union Customs Code on the non-preferential origin of products, its quantity, method and date of manufacture, the conditions of its use and its fitness for use, **its properties and the results expected from its use, in particular its environmental impact**, as well as the results and main characteristics of the tests and checks carried out on the good or service ;*
>
> *(...)*
>
> *e) The **extent of the advertiser's commitments, particularly with regard to the environment**, and the nature, process or reason for the sale or provision of services*

35. Article L. 121-3 of the French Consumer Code also states that a commercial practice is also misleading if, taking into account the limitations of the means of communication used and the surrounding circumstances, it omits, conceals or provides unintelligible, ambiguous or untimely material information.

36. It follows from these provisions that all environmental claims must be explicit and precise so as not to mislead consumers or sow doubt in their minds. The information provided must therefore be clear, proportionate, unambiguous and justified by precise and measurable elements. It must aim to inform consumers fairly about the environmental characteristics of the product or service and must be based on scientific evidence or recognised methods.[34]

37. It should be noted that a visual related to ecology or sustainable development but disconnected from the product or approach in question will also be considered as misleading the consumer. According to the ADEME Guide, this is one of the three most widespread forms of greenwashing.[35]

38. **Claims to be avoided**. It follows from the guidelines[36] of Directive 2005/29/EC22 that environmental or ecological claims must be presented in a clear, specific, accurate and

---

[33] Directive 2005/29/EC of the European Parliament and of the Council of 11 May 2005 concerning unfair business-to-consumer commercial practices in the internal market and amending Council Directive 84/450/EEC, Directives 97/7/EC, 98/27/EC and 2002/65/EC of the European Parliament and of the Council and Regulation (EC) No 2006/2004 of the European Parliament and of the Council ("**Unfair Commercial Practices Directive**"), online: https://eur-lex.europa.eu/legal-content/FR/TXT/HTML/?uri=CELEX:32005L0029

[34] CNC, Practical Guide, supra, p. 23

[35] ADEME, Guide anti-greenwashing, supra p. 8

[36] Directive 2005/29/EC of the European Parliament and of the Council of 11 May 2005 concerning unfair business-to-consumer commercial practices in the internal market and amending Council Directive 84/450/EEC,

unambiguous manner, and that any generic claim that is not based on accessible and understandable evidence is therefore prohibited. In this respect, the CNC Guide indicates that the terms "respectful of the environment", "green", "nature-friendly", "ecological", "ecologically correct", "climate-friendly" or "preserves the environment" should be avoided.[37]

39.   **Complete representation.**   The environmental claim must also relate to a significant environmental aspect with regard to the impacts generated by the product, its packaging, or the product-packaging combination.[38] The assessment of an environmental claim takes into account the most significant environmental impacts generated by the product during its life cycle, including its supply chain. Highly polluting industries must therefore ensure that their environmental claims are precise in this sense, by being formulated in a relative manner.[39]

40.   An environmental claim highlighting only one of the significant impacts generated by the product on the environment, among several others, may therefore be considered misleading. Professionals must also refrain from distorting claims relating to the composition of the product (including raw materials), its use, its manufacturing process, its transport or its end-of-life impact, in particular by unduly stressing the importance of its positive aspects when these are in fact only marginal, or that the overall environmental impact of the product throughout its life cycle is negative.[40]

41.   Finally, the benefit claimed by the environmental claim must not lead to pollution displacement, i.e. it must not create or worsen other environmental impacts of the product at any stage of its life cycle.[41]

42.   **Penalties.** Article L. 132-2 of the French Consumer Code punishes the use of misleading commercial practices with 2 years' imprisonment and a fine of 300,000 euros, which may be increased, in proportion to the benefits derived from the offence, to 10% of average annual sales (calculated on the basis of the last three annual sales known on the date of the offence), or 50% of the expenditure incurred in carrying out the advertising or practice constituting the offence - this rate being increased to 80% in the case of the misleading commercial practices referred to in b) (essential characteristics of the goods or services) and e) (scope of the commitments in particular) of 2° of article L. 121-2, when they are based on environmental claims.

### B.   Article L. 541-9-1 of the French Environment Code prohibits the use of the terms "biodegradable", "environmentally friendly" or any other equivalent wording on a product or packaging.

43.   **Principle.** In a similar spirit to the prohibition of certain excessively vague terms under the provisions on misleading commercial practices (see paragraph 38 above), article L. 541-9-1 of the Environment Code, enacted by article 13 of the EC Anti-Waste Act, adds: "It is forbidden to use the terms "biodegradable", "environmentally friendly" or any other equivalent term on a product or packaging". In this way, the legislator has sought to prevent the terms used on products or packaging from misleading consumers by using terms that are too vague, leading to confusion, particularly when it comes to sorting or disposing of the product concerned. [42]

44.   The CNC Guide lists several examples of all-encompassing claims that may be considered equivalent to "environmentally friendly": "eco-responsible"; "bio-responsible"; "biocompatible"; "nature-friendly"; "planet-friendly"; "environment-friendly"; "good for the environment"; "good for

Directives 97/7/EC, 98/27/EC and 2002/65/EC of the European Parliament and of the Council and Regulation (EC) No 2006/2004 of the European Parliament and of the Council ("Unfair Commercial Practices Directive"), online: https://eur-lex.europa.eu/legal-content/FR/TXT/?uri=celex%3A32005L0029
[37] ADEME, Guide anti-greenwashing, supra, p. 25
[38] Ibid. p. 12
[39] Ibid. p. 24 - citing: Guidance on the interpretation and application of Directive 2005/29/EC of the European Parliament and of the Council concerning unfair business-to-consumer commercial practices in the internal market: https://eur-lex.europa.eu/legal-content/FR/TXT/?uri=CELEX:52021XC1229(05)
[40] Ibid. p. 24
[41] Ibid. p. 24
[42] Ibid. p. 25

the climate"; "good for the planet"; "ecological"; "eco-friendly"; "green"; or "nature-friendly".[43] It adds that this list is not exhaustive and that other all-encompassing claims may be considered equivalent, such as "better for the environment" or "better for the planet" when they are not used for comparison purposes.[44]

45.   **Penalties.** Pursuant to article L. 541-9-4-1, "Any breach of the information obligations mentioned in article L. 541-9-1 is punishable by an administrative fine of up to €3,000 for a natural person and up to €15,000 for a legal entity.

**C.   Article L. 229-68 of the French Environment Code governing claims of carbon neutrality in advertising**

46.   **Principle.** Article L. 229-68 of the French Environment Code prohibits claims in advertising that a product (good or service) is carbon neutral, or the use of any wording of equivalent meaning or scope, unless the advertiser makes readily available to the public a certain amount of information attesting to the implementation of a virtuous approach aimed primarily at reducing GHG emissions, and ultimately offsetting them, in compliance with high environmental quality standards.

*Article L. 229-68 of the Environment Code*

*" I. - It is forbidden to state in an advertisement that a product or service is carbon neutral or to use any wording of equivalent meaning or scope, unless the advertiser makes the following elements readily available to the public:*

*1° A greenhouse gas emissions balance sheet incorporating the direct and indirect emissions of the product or service;*

*2° The process by which the greenhouse gas emissions of the product or service are first avoided, then reduced and finally offset. The greenhouse gas emission reduction trajectory is described using quantified annual progress targets;*

*3° Terms and conditions for offsetting residual greenhouse gas emissions that comply with minimum standards defined by decree.*

47.   **Penalties.** In the event of non-compliance with these provisions, the DGCCRF may, in accordance with article L. 229-69 of the Environment Code, impose a fine of €20,000 for an individual and €100,000 for a legal entity. These amounts may be increased up to the full amount of the expenditure devoted to the illegal operation.

**D.   The CNC's Practical Guide to Environmental Claims and other guides for companies**

*1.   The CNC's Practical Guide to Environmental Claims*

48.   The CNC Guide, in addition to clarifying the general application of the aforementioned provisions to environmental claims, (i) addresses the notion of claims concerning a company as a whole and (ii) provides examples of specific claims and sets out the conditions under which they may constitute greenwashing.

**The specific case of allegations concerning a company**

49.   The CNC Guide specifies that environmental claims are also regulated when they relate to the company itself - i.e. its efforts to reduce its environmental impact through its commercial policy, its production methods or its commitment to various actions - rather than to the products and/or their packaging:

> "The claim must specify whether it concerns all of the company's activities, the production process or one of the product development stages. The company must justify that it has reduced the main environmental impacts associated with its activities.

---

[43] Ibid. p. 26
[44] Ibid. p. 26

Explanations of the company's approach must be easily accessible to consumers. **When reading the claim, the consumer must understand the company's exact approach**.

In all cases, these claims must be qualified: "our company limits its significant impact on the environment".

The company must justify its actions and make them easily accessible (e.g. on a website) by providing concrete, measurable, relevant, significant and verifiable evidence (e.g. in terms of eco-design, limiting the use of polluting substances and greenhouse gas emissions, controlled management of natural resources, energy and waste, etc.) proving that the main environmental impacts associated with the company have been significantly reduced".[45]

### Specific examples

50.   The CNC Guide then devotes entire sections to a number of common claims such as "sustainable" or "use of renewable resources", and details the circumstances in which their use constitutes greenwashing.

51.   These sections are referred to at greater length where relevant in part V of this notice.

   ***2.   Other guides for companies: ADEME's Anti-Greenwashing Guide[46], ARPP's Recommendations[47] and the ICC Code.[48]***

52.   Alongside the CNC Guide, ADEME has also published an Anti-Greenwashing Guide designed to help companies comply with the rules in force. In particular, the ADEME Guide contains several self-assessment questionnaires and identifies the "most common bad habits that turn the use of the ecological argument and the "sustainable development" argument into abuse", including :

   c.   A disproportionate promise;

   d.   Vague words;

   e.   Insufficient information;

   f.   An irrelevant focus; and

   g.   Non-existent evidence.[49]

53.   Finally, companies can also refer to the ARPP Recommendations[50] and the ICC Code.[51]

## V.   RELEVANT FACTS: ENVIRONMENTAL POLLUTION AND GREENHOUSE GAS EMISSIONS GENERATED BY LULULEMON AND THE TEXTILE INDUSTRY

### A.   Greenhouse gas emissions

   *1.   The textile industry*

54.   It is estimated that the clothing industry contributes between 1.8% and 8% of global greenhouse gas emissions.[52]

---

[45] CNC, Practical Guide, supra, p. 65-66
[46] ADEME, Anti-Greenwashing Guide, supra
[47] ARPP, ARPP Recommendations, supra
[48] International Chamber of Commerce, Code on Advertising and Commercial Communications, supra.
[49] ADEME, Guide Anti-Greenwashing, supra, p. 9-10
[50] ARPP, ARPP Recommendations, supra
[51] International Chamber of Commerce, Code on Advertising and Commercial Communications, supra.
[52] Apparel Impact Institute, "Taking Stock of Progress Against the Roadmap to Net Zero" (June 2023), online: https://apparelimpact.org/wp-content/uploads/2023/06/Aii_RoadmapReport-752.pdf; McKinsey & Company study

55.     The vast majority of the clothing industry's emissions are generated by its value chains.[53] The Greenhouse Gas Protocol (GHG Protocol),[54] a global standard framework for measuring and managing emissions from private and public activities, classifies these value chain emissions as "Scope 3 emissions".[55] Scope 3 emissions are all indirect greenhouse gas emissions (excluding purchased energy production) that occur in a company's value chain, including upstream and downstream emissions. In the clothing industry, upstream emissions include emissions from a clothing company's supply chain, such as the production of raw materials, transport and distribution. Downstream emissions include those associated with the use and disposal of clothing products.[56]

56.     Based on a study of clothing and footwear brands, the Apparel Impact Institute and the World Resources Institute have calculated that 96% of the sector's total greenhouse gas emissions are Scope 3 emissions, 80% of which come from upstream manufacturing, production and raw materials.[57] To stay within the 1.5°C target, the Apparel Impact Institute predicts that the industry must reduce its emissions by at least 45% by 2030.[58] In other words, to be part of the global solution to climate change, apparel companies must significantly reduce their absolute emissions, including emissions from their supply chains.

### 2. Lululemon

57.     The vast majority of Lululemon's greenhouse gas emissions are scope 3 emissions created by its supply chain.[59] Since Lululemon launched its *Be Planet* marketing campaign in 2020, instead of seeing a reduction in Lululemon's greenhouse gas emissions, these emissions have increased significantly. Lululemon's own reports indicate that its scope 3 emissions have more than doubled since 2020, as follows:[60]

- 2020: 829.456 tCO2e34[61]

---

entitled "Fashion on climate: How the fashion industry can urgently act to reduce its greenhouse gas emissions" (2020), online:
https://www.mckinsey.com/~/media/mckinsey/industries/retail/our%20insights/fashion%20on%20climate/fashion-on-climate-full-report.pdf; Quantis, "Measuring Fashion: Insights from the Environmental Impact of the Global" (2018), online: https://quantis.com/wp-content/uploads/2019/11/measuringfashion_globalimpactstudy_quantis_2018.pdf.

[53] World Resource Institute, "Roadmap to Net Zero: Delivering Science Based Targets in the Apparel Sector" (November 2021), p. 7, online: https://files.wri.org/d8/s3fs-public/2021-11/roadmap-net-zero-delivering-science-based-targets-apparel-sector.pdf?VersionId=LxrwUSv9dHytM7zybuQgoJ8LUHBZVgM1

[54] GHG Protocol, online: https://ghgprotocol.org/standards-guidance

[55] GHG Protocol, Greenhouse Gas Protocol " FAQ " online:
https://ghgprotocol.org/sites/default/files/standards_supporting/FAQ.pdf. The GHG Protocol Corporate Standard classifies a company's greenhouse gas emissions into three types. Scope 1 emissions are direct emissions from owned or controlled sources. Scope 2 emissions are indirect emissions from the production of purchased energy. Scope 3 emissions are all indirect emissions (not included in Scope 2) that occur in the reporting company's value chain, including upstream and downstream emissions.

[56] World Resources Institute and Science Based Targets initiative, "Apparel and Footwear Sector: Science-Based Targets Guidance" at points 4 and 25, figure 8, online:
https://sciencebasedtargets.org/resources/SBT_App_Guide_final_0718.pdf

[57] Apparel Impact Institute and World Resources Institute, supra

[58] Apparel Impact Institute, supra

[59] Based on the information contained in Lululemon's 2022 Impact Report, it has been calculated that Lululemon's Scope 3 emissions represent 99.7% of its total emissions: Lululemon, 2022 Impact Report, online: https://corporate.lululemon.com/~/media/Files/L/Lululemon/our-impact/reporting-and-disclosure/2022-lululemon-impact-report.pdf

[60] Lululemon's report omits certain categories of Scope 3 emissions and these values therefore do not represent all of the company's emissions: Ibid, p. 79.

[61] Lululemon, 2020 Impact Report, online: https://corporate.lululemon.com/~/media/Files/L/Lululemon/our-impact/our-impact-agenda/2020-full-impact-report.pdf. The figures disclosed for greenhouse gas emissions in Lululemon's impact reports appear to include those of its subsidiaries, including Lululemon France. The impact reports state that they "cover global business activity performance from our direct operations (including offices, retail outlets, e-commerce, guest training centres and distribution centres) and supply chain (including manufacturing suppliers and distribution logistics)."

- 2021: 1,343,649 tCO2e35[62]

- 2022: 1,691.009 tCO2e36[63]

58. The greenhouse gas emissions reported for Lululemon France are relatively low, including scope 3 emissions and are included in the overall emissions for Europe (excluding UK and Ireland) as described in the 2022 impact report. However, this does not reflect the extent of Lululemon's scope 3 emissions in its global supply chain to which Lululemon France has access.[64]

59. Lululemon's emissions in 2022 are equivalent to burning more than 720 million litres of petrol, more than 3.8 million barrels of oil or powering more than 518,000 passenger vehicles for one year.[65]

60. It appears that these emissions will continue to increase significantly as Lululemon has a stated goal of doubling its 2021 sales by 2026,[66] which will mean an increase in garment manufacturing through its supply chain and a corresponding increase in scope 3 emissions.

61. In addition, more than 80% of Lululemon's manufacturers and suppliers are located in countries that are highly dependent on fossil fuels and have minimal renewable energy networks, including Vietnam, Cambodia, Sri Lanka, Bangladesh and Indonesia.[67] Vietnam, for example, where Lululemon sources 39% of its products,[68] is the fastest-growing coal-consuming country in Southeast Asia, with an annual growth rate of 11%.[69] By 2021, coal will account for 47% of the country's electricity generation mix[70] and Vietnam's CO2 emissions will have risen by more than 50% between 2017 and 2020 (and more than 540% between 2000 and 2021).[71]

62. In addition, although Lululemon claims to be committed to working with its suppliers to increase the use of renewable energy and eliminate coal-fired boilers on site,[72] these claims are not easily verifiable. Many of Lululemon's key suppliers do not publish information about their coal use or plans to switch to renewable energy. For example, Tan De Co Ltd, which Stand has identified as one of Lululemon's largest suppliers, does not publicly state that it uses renewable energy to power its factories, has not set public targets to reduce its emissions and has not published a plan to phase out the use of coal. If the DGCCRF decides to open an investigation into the practices of Lululemon described in this alert, it would certainly be useful to obtain from Lululemon the past and present environmental reports of its suppliers, including information on their reliance on coal and plans to switch to renewable energy.

---

[62] Lululemon, 2021 Impact Report, online: https://corporate.lululemon.com/~/media/Files/L/Lululemon/our-impact/reporting-and-disclosure/2022-lululemon-impact-report.pdf
[63] Lululemon, 2020 Impact Report, supra, p. 79.
[64] Lululemon, Impact Report 2022, supra, p. 75
[65] Natural Resources Canada, Greenhouse Gas Equivalency Calculator, online:
https://oee.nrcan.gc.ca/corporate/statistics/neud/dpa/calculator/ghg-calculator.cfm#results
[66] Lululemon, "Lululemon Announces Five-Year Growth Plan to Double Revenue by 2026 to $12.5 Billion", (20 April 2022), online: https://corporate.lululemon.com/media/press-releases/2022/04-20-2022-113017957#:~:text=Leveraging%20its%20proven%20formula%20and%20supported%20by%20the,including%20product%20innovation%2C%20guest%20experience%2C%20and%20market%20expansion .
[67] Lululemon, Impact Report 2022, supra. In 2022, around 39% of their products were manufactured in Vietnam, 14% in Cambodia, 12% in Sri Lanka, 8% in Bangladesh and 7% in Indonesia, with the remainder manufactured in other regions.
[68] Ibid.
[69] Thang Nam Do and Paul J. Burke, "Phasing out coal power in a developing country context: Insights from Vietnam": Insights from Vietnam" (2023) Energy Policy, online:
https://www.sciencedirect.com/science/article/pii/S0301421523000976?via%3Dihub
[70] Ibid.
[71] International Energy Agency (IEA), Calculateur de l'émission totale de $CO_2$ due aux sources d'énergie pour le Viêt Nam, online: https://www.iea.org/countries/viet-nam/emissions
[72] 2022 Impact Report, supra

63. It is also important to note that many of Lululemon's products are made from polyester and nylon, which are produced from fossil fuels.[73]

64. The negative impact of Lululemon's products and actions on the environment is further compounded by the company's use of air and sea freight to transport its products. Air freight in particular generates around 47 times more $CO_2$ emissions than sea freight in tonne-miles.[74,75] Consequently, a company such as Lululemon, which presents itself as taking steps to contribute to the health of the planet, should reasonably minimise its use of air freight. However, faced with the supply chain difficulties caused by the COVID-19 pandemic, Lululemon made the opposite choice by significantly increasing its use of air freight, disregarding the increased negative impact on the environment. Lululemon explains the switch to air freight in its 2022 impact report:

> "In early 2022, the COVID-19 pandemic contributed to supply chain disruption. As a result, we experienced longer lead times and delivery challenges, including pressure on sea freight and seaports. This resulted in a continued reliance on increased air freight in the first half of 2022, impacting our scope 3 emissions target performance." [76]

65. A study assessing the use of air freight by leading apparel companies also highlighted Lululemon's significantly more aggressive use of air freight compared to other companies in the sector. According to the study, Lululemon transports around 30% of its products manufactured in Vietnam and Sri Lanka by air freight, while competitors such as Nike, Adidas and Puma transport less than 5% of their products from Vietnam by air freight.[77]

### B. Pollution and the use of resources

#### 1. The textile industry

66. The pollution and waste created by the clothing industry is well documented.

67. Between 80 and 100 billion new garments are produced every year worldwide,[78] an increasing proportion of which are made from synthetic fabrics such as nylon, acrylic and polyester - materials made from plastic.[79] When these materials are washed, they release plastic fibres into the water, which end up in our rivers and oceans.[80] Researchers estimate that every year, clothing releases 500,000 tonnes of microplastics into the ocean - the equivalent of more than 50 billion plastic bottles.[81] Microplastic pollution is one of the most widespread environmental

---

[73] Gelfland Center, Carnegie Melon University, "Natural vs. Synthetic Polymers", online:
https://www.cmu.edu/gelfand/lgc-educational-media/polymers/natural-synthetic-polymers/index.html
[74] Vitality, "Air Freight vs Sea Freight Carbon Footprint: Which is Lower?" (2022), online: https://vitality.io/air-freight-vs-sea-freight-carbon-footprint/#:~:text=Airfreight%20generates%2047%20times%20more,10%2D40%20grams%20per%20kilometer.
[75] According to the OECD, in addition to $CO_2$ emissions at high altitudes, *"in the upper troposphere (up to 10 kilometres), where most aircraft kilometres are recorded, $NO_x$ emissions can react with other gases to form ozone, which is a potent greenhouse gas at this altitude. Although aviation accounts for only two per cent of global $NO_x$ emissions, their direct release into the upper troposphere can significantly increase their impact on ozone formation".* OECD, "The Environmental Effects of Freight" (1997), p. 19, online (pdf): https://www.oecd.org/environment/envtrade/2386636.pdf.
[76] Lululemon, 2022 Impact Report, supra
[77] PublicEye, "In the wake of Zara: how many other brands are flying?" (18 December 2023), online: https://www.publiceye.ch/fr/news/detail/dans-le-sillage-de-zara-combien-dautres-marques-prennent-lavion
[78] TheRoundup.org, "17 Most Worrying Textile Waste Statistics & Facts" (last updated: 18 March 2024), online: https://theroundup.org/textile-waste-statistics
[79] Aravin Prince Periyasamy, Ali Tehrani-Bagha, "A review on microplastic emission from textile materials and its reduction techniques" (2022), Polymer Degradation and Stability, Volume 199, online: https://www.sciencedirect.com/science/article/pii/S0141391022000878.
[80] Concordia Precious Plastic Project, "Microplastic Pollution and the Fast Fashion Industry", online: https://www.cp3montreal.com/articles/microplastic-pollution-and-the-fast-fashion-industry.
[81] Ibid.

problems, raising concerns about its impact on water quality, its effects on ecosystems and on human health.[82]

68.    The massive use of synthetic materials in the textile industry makes many garments impossible to recycle.[83] It is estimated that 92 million tonnes of textile waste are produced worldwide every year, and that clothing and textiles account for at least 7% of the total amount of waste in landfill sites worldwide.[84] Synthetic fibres are not biodegradable and can remain in landfill sites for up to 200 years.[85]

69.    The textile industry was the third largest source of water degradation and land use in 2020. That year, it took an average of 9 m³ of water, 400 m² of land and 391 kg of raw materials to make clothes and shoes for every EU citizen.[86]

70.    Water scarcity is also a growing global problem, with an estimated 2.3 billion people living in water-stressed countries in 2018.[87] The clothing industry exacerbates this problem by using large quantities of fresh water throughout the production and manufacturing process.[88]

71.    The maritime transport used by industry also causes significant damage to the environment. According to the OECD:

> "Maritime transport poses a threat to the environment, both on inland waterways and on the oceans. These problems stem from six main sources routine discharges of oily bilge and ballast water from shipping; the discharge of non-biodegradable solid waste into the ocean; accidental spills of oil, toxic products or other cargoes or fuels in ports and en route; air emissions from the power supply of ships; the construction and management of ports and inland waterways; and ecological damage due to the introduction of exotic species carried on board ships". [89]

### 2.  Lululemon

72.    According to Stand's research, Lululemon's actions and products also harm the environment in the ways described above.

73.    According to information available to Stand, Lululemon uses a lot of synthetic fabrics in its products, with polyester and nylon accounting for over 60% of the materials used by the company.[90] Therefore, as explained above, when Lululemon's polyester and nylon products are washed by consumers, significant quantities of microplastics are released. Although Lululemon claims that it uses recycled polyester and nylon in its products,[91] experts do not consider these products to be a truly sustainable alternative, as they consume a lot of energy to manufacture, are not biodegradable and still release microplastics.[92] Worse still, a study carried out in 2021

---

82 OECD, "Policies to Reduce Microplastics Pollution in Water: Focus on Textiles and Tyres" OECD Publishing, (2021), online: https://www.oecd-ilibrary.org/environment/policies-to-reduce-microplastics-pollution-in-water_7ec7e5ef-en
83 Concordia Precious Plastic Project, "Microplastic Pollution and the Fast Fashion Industry", supra.
84 TheRoundup.org, "17 Most Worrying Textile Waste Statistics & Facts", supra.
85 Concordia Precious Plastic Project, "Microplastic Pollution and the Fast Fashion Industry", supra.
86 European Parliament, "Textile production and waste: impacts on the environment" (infographics), supra.
87 United Nations Statistics Division, SDG 6 "Clean Water and Sanitation: Ensure availability and sustainable management of water and sanitation for all": Ensure availability and sustainable management of water and sanitation for all", online: https://unstats.un.org/sdgs/report/2021/goal-06/#:~:text=In%202018%2C%202.3%20billion%20people,by%20over%202%20per%20cent.
88 Lululemon, 2022 Impact Report, supra
89 OECD, Impact environnemental du fret supra
90 Lululemon, 2022 Impact Report, supra
91 Ibid.
92 Veronica Bates Kassatly and Dorothee Baumann-Pauly, "The Great Greenwashing Machine - Part 2: The Use and Misuse of Sustainability Metrics In Fashion" Eco-Age, online: https://eco-age.com/wp-content/uploads/2022/03/Great-Green-Washing-Machine-Report-Part-2_FINAL.pdf, p. 33-39.

showed that washing a recycled polyester fabric, used by Lululemon,[93] releases 2.3 times more microfibres than virgin polyester.[94]

74.   It is also very likely that millions of Lululemon products will end up in landfill, as Lululemon sells millions of garments every year. Many of Lululemon's products are made from synthetic textile materials that cannot or are not recycled,[95] which means they contribute to the 92 million tonnes of textile waste that fill the world's landfills every year.[96]

75.   In addition, in 2022, Lululemon reported that its main suppliers, who produce around 84% of Lululemon's production value, used 29.2 billion litres of fresh water.[97]

76.   Finally, as we have seen above, Lululemon's supply chain is sourced from countries that rely heavily on fossil fuels, particularly coal.[98] In addition, Lululemon reports that in 2022, only 15% of the electricity used by its manufacturers and materials suppliers came from renewable sources. Although Lululemon claims to be committed to eliminating the use of coal on site, its suppliers continue to use coal-fired boilers.[99] Burning coal not only emits greenhouse gases, but also toxic and carcinogenic pollutants into the air, water and land - UN Secretary General António Guterres has urged governments and private companies to end their reliance on coal, calling it "the single most important step towards meeting the Paris Agreement's 1.5 degree target".[100]

## VI.   DISCUSSION: LULULEMON'S ENVIRONMENTAL CLAIMS CONSTITUTE MISLEADING COMMERCIAL PRACTICES AND FAIL TO COMPLY WITH THE RULES GOVERNING CARBON NEUTRALITY CLAIMS

77.   As mentioned earlier, Lululemon launched its *Be Planet* marketing campaign in 2020.[101] The contradiction between the message of Lululemon's *Be Planet* marketing campaign and the actual environmental impact of Lululemon's actions and products, as outlined in the previous section, is glaring. This section identifies examples of Lululemon communications containing environmental claims and explains how they fail to comply with the applicable provisions.

78.   The main media for these claims are

   a.   The "Our sustainable impact" page of the French Lululemon website[102] - the various statements on this page do not contain hyperlinks to more detailed pages;

   b.   The "Our Planet" page on Lululemon's international English-language website[103] and linked pages - this is considerably more detailed than the French site, but some

---

[93] See, for example, the Lululemon France online shop: "Ultra-lightweight waist-length T-shirt", online: https://www.lululemon.fr/fr-fr/p/t-shirt-ultra-l e ger-longueur-taille/prod11680552.html. This T-shirt is described as ultra-light and is made from 100% recycled polyester. It is also treated with a "natural additive derived from plant seeds" to wick away sweat.
[94] İlkan Özkan & Sedat Gündoğdu, "Investigation on the microfiber release under controlled washings from the knitted fabrics produced by recycled and virgin polyester yarns" (2021) The Journal of The Textile Institute, 112:2, 264-272, online: https://www.tandfonline.com/doi/full/10.1080/00405000.2020.1741760.
[95] Concordia Precious Plastic Project, "Microplastic Pollution and the Fast Fashion Industry", supra.
[96] TheRoundup.org, "17 Most Worrying Textile Waste Statistics & Facts", supra
[97] Lululemon, 2022 Impact Report, supra
[98] Ibid.
[99] Ibid.
[100] United Nations Climate Change, "UN Chief Calls for Immediate Global Action to Phase Out Coal" (2 March 2021), online: https://unfccc.int/fr/node/268711.
[101] Lululemon - Press Releases "Lululemon athletica Inc. releases Impact Agenda, Unveiling its Social and Environmental Goals and Strategies to Create a Healthier Future": Lululemon Athletica Inc. Releases Impact Agenda, Unveiling its Social and Environmental Goals and Strategies to Create a Healthier Future) (28 October 2020), online: https://corporate.lululemon.com/media/press-releases/2020/10-28-2020-085826103
[102] Lululemon France, Our Sustainable Impact, online: https://www.lululemon.fr/fr-fr/c/communaute/a-propos/notre-impact-durable (screenshots attached)
[103] Lululemon Inc, Our Impact, online: https://shop.lululemon.com/en-ca/story/sustainability (screenshot attached)

of the statements made there are included in the brochure mentioned in the next point;

c.  The French-language brochures "Notre Impact Environnemental 2020"[104] dated October 2020 and "Points saillants de l'impact 2021" ;[105]

d.  The various Programmes and more detailed Impact Reports, available in English only, from the pages of the two sites mentioned above.

79.  Copies and screenshots of these media as seen by the public are provided in the Annex to this notice. Where the French version of a claim is not available, we have provided a free translation in the tables below.

80.  The declarations concerned can be divided into 3 groups:

a.  Vague, disproportionate and ambiguous environmental claims;

b.  Environmental claims relating to aspects that are insignificant in relation to the impacts generated by Lululemon; and

c.  Environmental claims relating to Lululemon's greenhouse gas emissions.

**A.  Vague, disproportionate and ambiguous environmental claims**

81.  Lululemon makes a number of claims - specific examples are listed in the table below - the general message of which is that its practices, products and actions avoid damaging the environment, help to "restore" it and contribute to a "healthy planet".

82.  Stand maintains that

a.  These claims are vague, disproportionate, ambiguous and omit substantial information , and therefore constitute misleading commercial practices within the meaning of Articles L. 121-2 and 121-3 of the Consumer Code; and

b.  In particular, the terms underlined in the table below are expressly prohibited under Articles L. 121-2 of the French Consumer Code and L. 541-9-1 of the French Environmental Code as being excessively vague.

83.  Examples of claims in this category :

| Source(s) | Claims in English | Claims in French / *translations* |
|---|---|---|
| Lululemon: Our impact (screenshot attached)<br><br>Our sustainable impact \| lululemon France (screenshot attached) | Our products and actions avoid environmental harm and contribute to restoring a healthy planet. | Our products and actions reduce our impact on the environment and help restore a balanced world. |
| Lululemon, Impact summary 2020 (screenshot in appendix, p. 18) | Our lives are one with the health of the planet. Our products and actions avoid environmental harm and contribute to restoring a healthy planet. | *Our lives are linked to the health of the planet. Our products and our actions avoid damaging the environment and contribute to restoring a healthy planet.* |

---

[104] Lululemon, Our environmental impact 2020, online:
https://pnimages.lululemon.com/content/dam/lululemon/www-images/Footer/Sustainability/FR_Impact_Agenda_October_2020_Summary_Hyperlink_FR.pdf (appendix)
[105] Lululemon, Highlights of the 2021 impact, online:
https://images.lululemon.com/is/content/lululemon/EMEA%20SALESFORCE/Community%202.0/Sustainability/lululemon%20Impact%20Report%20Highlights_FR-FR.pdf (in appendix)

| Lululemon: Our planet (site du groupe) (screenshot attached) Our sustainable impact | lululemon France (screenshot attached) | By adopting and evolving practices and mindful solutions, we enhance the products we offer and contribute to restoring the environment. | We are committed to creating better products for people and the planet. We adopt practices and create solutions that improve our products, reduce impact and help restore the environment. |
|---|---|---|
| Lululemon: Our imp a ct (screenshot attached) Our sustainable impact | lululemon France (screenshot attached) | We're adopting practices and creating solutions that enhance our products, minimize negative impact, and contribute to restoring the environment. | We adopt practices and create solutions that improve our products, reduce impact and help restore the environment. |
| Lululemon, Prog r amme d'impact 2020 (in English) Lululemon, Our environmental impact 2020 (in appendix) | We envision a future where we thrive within the limits of our one planet. That is why we act to avoid environmental harm and contribute to restoring a healthy planet. | Our products and our actions prevent ecological damage and help restore a healthy planet. |

### 1. Claims that are vague, disproportionate, ambiguous and omit substantial information

84. Lululemon's environmental claims, and in particular the examples above, are clearly extremely vague and disproportionate. In particular, the claim that the company "avoids harm to the environment" and contributes to "restoring a balanced world" does not meet the criteria of clarity and justification through precise and measurable elements required by Article L. 121-2 of the Consumer Code.

85. With regard to claims relating specifically to the company's own approach (rather than to its products and/or their packaging), the CNC Guide adds that "The claim must specify whether it concerns all of the company's activities, the production process or one of the product development stages. The company must justify that it has reduced the main environmental impacts associated with its activities. [...] When reading the claim, the consumer must understand the exact approach taken by the company".[106] In all cases, claims must be qualified.[107] Clearly, Lululemon's claims lack precision, justification and nuance.

86. In addition to their lack of clarity and proportionality, these claims omit substantial information (within the meaning of Article L. 121-3 of the French Consumer Code) concerning Lululemon's activities. As explained above, the information available to Stand paints a very different picture of the company:

- Lululemon is part of a global industry that contributes between 1.8% and 8% of the world's greenhouse gas emissions,[108] the vast majority of which are generated by its value chains.[109]

- Lululemon has a huge supply chain which produces significant greenhouse gas emissions and, since making its *Be Planet* commitments, has more than doubled its scope 3 emissions to 1,691,009 tCO2e.[110] These emissions are also expected to continue to rise, with Lululemon's stated aim of doubling its sales in 2021 by 2026.[111]

---

[106] CNC, Practical Guide, p. 65-66
[107] CNC, Practical Guide, p. 65-66
[108] McKinsey & Company study, supra
[109] Apparel Impact Institute and World Resources Institute studies, supra
[110] Lululemon, 2022 Impact Report, supra
[111] Lululemon, Press release on five-year growth plan, supra

- The products most commonly used by Lululemon in its material mix - polyester and nylon - are produced from fossil fuels and are known to release significant quantities of microplastics into the world's oceans and rivers when washed.

- Lululemon chooses to transport a higher percentage of its products by air freight than its competitors, a mode of transport that generates far more greenhouse gas emissions than sea freight.[112]

- Lululemon's supply chain operations used more than 29 billion litres of fresh water in 2022.[113]

- A significant (but unknown to Stand) quantity of Lululemon clothing and packaging ends up in landfill every year.

87. References to "restoring the environment" are particularly problematic: while Lululemon mentions on its website and in its latest Programme and Impact Report[114] certain initiatives aimed at reducing certain harmful effects on the environment linked to its activities, the notion of "restoring" goes further in the consumer's mind and none of these initiatives seem to justify it.

88. Finally, the imagery used by Lululemon in combination with its message contributes to the misleading nature of the *Be Planet* marketing campaign. The images of rivers, healthy forests and nature do not reflect the nature of Lululemon's business or the impact of its activities and products on the environment.

### *2. Expressly prohibited as too vague*

89. The terms underlined in the table above are expressly prohibited by articles L. 121-2 of the French Consumer Code and L. 541-9-1 of the French Environmental Code as being too vague. In particular:

90. The expressions "reduce our impact on the environment" and "contribute to restoring a balanced world" and "contribute to restoring the environment" are equivalent to the examples of "environmentally friendly", "nature-friendly", "climate-friendly" or "preserves the environment" listed in the CNC Guide as contravening the provisions of Article L. 121-2 of the Consumer Code; and

91. The expressions "reduce our impact on the environment" and "contribute to restoring a balanced world" and "contribute to restoring the environment" are clearly equivalent to the words "respectful of the environment" referred to in article L. 541-9-1 of the French Environment Code and the examples of equivalent terms listed in the CNC Guide, such as "eco-responsible"; "nature-friendly"; "planet-friendly"; "environment-friendly"; "good for the environment"; "good for the climate"; "good for the planet"; or "nature-friendly".

### B. Environmental claims relating to aspects that are insignificant in relation to the impacts generated by Lululemon's activities

92. Lululemon uses its extensive marketing presence to overstate the importance of certain environmental initiatives that provide only minor improvements or benefits in relation to the company's overall climate and environmental footprint. This type of marketing is expressly targeted by the applicable texts, as it has the effect of distracting attention from the significant environmental damage caused by the company's activity and of giving consumers the general impression of a company that respects the planet.

93. Stand maintains that:

---

[112] Article by PublicEye, supra
[113] Lululemon, Impact Report 2022, supra
[114] Lululemon, Impact Report 2022, supra

a.   These claims relate to minor advantages and therefore constitute misleading commercial practices within the meaning of Articles L. 121-2 and 121-3 of the French Consumer Code; and

b.   The references to the sustainability of materials and the use of renewable energy, apart from being general references to minor benefits, do not comply with the criteria laid down by the CNC Guide for the use of these terms in particular, and are therefore all the more misleading.

94.   Examples of claims in this category :

| Source(s) | Claims in English | Claims in French / *translations* |
|---|---|---|
| Lululemon Like New website: About Like New (screenshot attached) | **Getting after our goals.**<br><br>Like New is part of lululemon's commitment to support a circular ecosystem. By lengthening the lifecycle of gear that's built to be reused and recycled, we're moving towards our goal of having an end-of-use solution for 100% of our products by 2030. We're also reducing greenhouse gas emissions within our supply chain and have been sourcing only renewable electricity for our owned and operated facilities since 2021. | ***Pursuing our objectives.***<br><br>*Like New is part of Lululemon's commitment to supporting a circular ecosystem. By extending the life cycle of equipment designed to be reused and recycled, we are moving closer to our goal of having an end-of-use solution for 100% of our products by 2030. We are also reducing greenhouse gas emissions within our supply chain and, since 2021, we have been sourcing exclusively renewable electricity for the facilities we own and operate.* |
| Lululemon, 2020 Impact Programme (in English)<br><br>Lululemon, Our environmental impact 2020 (in appendix) | SUSTAINABLE PRODUCT INNOVATION Make 100 percent of our products with sustainable materials and end-of-use solutions, towards a circular ecosystem by 2030. SUSTAINABLE MATERIALS Achieve at least 75 percent sustainable materials for our products by 2025. CIRCULARITY Offer our guests new options to extend the life of our products by 2025. CLIMATE CHANGE Source 100% renewable electricity to power our own operations by 2021 and reduce carbon emissions across our global supply chain by 60 percent per unit of value added, meeting our Science-Based Targets by 2030. | SUSTAINABLE PRODUCT INNOVATION Manufacture **100% of our products from sustainable materials** and use end-of-life solutions that promote a circular ecosystem by 2030. SUSTAINABLE MATERIALS To achieve at least 75% use of **sustainable materials** in our products by 2025. CIRCULARITY Offering our guests new options to extend the life of our products by 2025. CLIMATE CHANGE Procure **100% renewable electricity to power our own operations** by 2021, and reduce carbon emissions throughout our supply chain by **60% per unit of value added** to meet our science-based targets by 2030. |
| Lululemon Like New website: About Like New (Screenshot attached) | **Good feelings all around.**<br><br>What's better than great finds on gently used lululemon gear? **Knowing you're choosing better for the planet by extending the lifecycle of every score.** | *What's better than great finds in used Lululemon clothing? **Knowing that you're making a better choice for the planet by extending the life cycle of each piece.*** |
| Lululemon Press Release: lululemon Delivers on its | The new initiatives are the latest efforts from the brand under its Be Planet pillar, which is focused on | *These new initiatives are the brand's latest efforts under its Be Planet pillar, which* |

| Impact Agenda Commitments with Two New Sustainability Initiatives Launching in May (Screenshot attached) | making products that are better in every way for people and the planet. Lululemon is actively working to help create a healthier future, ... | *focuses on making products that are better for people and the planet.* *Lululemon is actively working to create a healthier future, ...* |
|---|---|---|

### 1. *Claims relating to minor benefits*

95. In order not to be considered a misleading commercial practice, an environmental claim must still relate to a significant environmental aspect in terms of the impacts generated by the product, its packaging, or the product-packaging combination.[115] The evaluation of an environmental claim takes into account the most significant environmental impacts generated by the product during its life cycle, including its supply chain. The CNC Guide thus expressly states that highly polluting industries must therefore ensure that their environmental claims are precise in this sense, by being formulated in a relative manner,[116] and that it is advisable to refrain from unduly emphasising the importance of its positive aspects when these are in reality only marginal or when the overall environmental impact of the product throughout its life cycle is negative.[117]

96. An example of how Lululemon highlights its efforts to reduce environmental damage can be found in the messaging around its Like New programme.[118] This marketing uses the relatively minor benefits of this programme to repeat and emphasise the message that Lululemon is "helping to restore a healthier planet".

97. Although this scheme may lead to relatively minor reductions in the environmental damage caused by the company, it is misleading and disproportionate to use the scheme to suggest that a consumer who participates in it is "helping to restore a healthier planet":

   a. Even if it were extremely well designed, such a programme would have only a minor impact on the company's impact, and an even more minor impact on the planet's 'health'.

   b. In addition, the programme is not well designed to achieve meaningful circularity. Products must be returned in 'as new' condition and gift cards given in exchange for 'as new' products can only be used for new items. In other words, while potentially encouraging the use of certain garments for longer periods, the programme also encourages increased consumption of new garments. While some discarded clothing may avoid landfill for a few years, nothing about this programme will "restore a healthier planet".

   c. The programme is not available in France or in Europe more widely, but Lululemon refers to it in its communications, particularly in France.[119]

98. The programme also lacks transparency, as Lululemon does not disclose any information on the total quantity of its products sold in Canada or worldwide that are disposed of in landfill sites or on the relative proportion of products returned under this programme that are resold.

---

[115] CNC, *Practical* Guide *supra*, p. 12
[116] Ibid. - citing: Guidance on the interpretation and application of Directive 2005/29/EC of the European Parliament and of the Council concerning unfair business-to-consumer commercial practices in the internal market: https://eur-lex.europa.eu/legal-content/FR/TXT/?uri=CELEX:52021XC1229(05)
[117] Ibid. p. 24
[118] Lululemon Like New, online: https://likenew.lululemon.com/pages/about
[119] Like New is only available in the US, not in Europe. See Frequently Asked Questions available on the Like New website, in particular the answer to the question "Where can I buy Lululemon Like New?", online: https://likenewlululemon.zendesk.com/hc/en-us/articles/5135015128087-Where-can-I-buy-lululemon-Like-New-items

### 2. Sustainability claims

99.   The claim that Lululemon is on track to "manufacture 100% of its products with sustainable materials by 2030" also appears to be based on a marginal benefit, as well as being ambiguous. The amount of 'sustainable' materials that will be used in each product is not mentioned - in other words, Lululemon does not mention that each of its products will not be made from 100% 'sustainable' materials, nor how much of each product will be made from such materials, nor how this notion is defined. Moreover, for the reasons given above, Lululemon's products, even if made from recycled polyester or nylon, will continue to harm the environment.[120]

100.  In addition, the CNC Guide indicates that a claim may only contain the term "sustainable" to refer to a product's ability to last over time or to its consideration of sustainable development issues. In the first case, the claim must include information on the additional lifespan of the product compared to the average lifespan of similar products on the market. In the second case, it must relate to the company's approach and not to a product, at the risk of being misleading.[121] The above claims do not meet these criteria and use the term "sustainable" in a misleading way.

### 3. Claims relating to the use of renewable energy

101.  Finally, Lululemon states that "we source 100% renewable electricity for the facilities we own and operate". However, Lululemon fails to tell consumers the extent to which this reduces the company's total greenhouse gas emissions: the facilities owned and operated by Lululemon have only ever accounted for an extremely small percentage of the company's greenhouse gas emissions, whereas the company's scope 3 greenhouse gas emissions accounted for over 99.7% of the company's emissions in 2022,[122] and these continue to rise. This claim is therefore also misleading as it not only relates to a very minor aspect of the impact of Lululemon's activities, but also omits substantial information.

102.  The CNC Guide also provides a framework for claims relating to the use of renewable resources. It specifies that the company must be able to specify the type of renewable energy used (photovoltaic, solar-thermal, wind, hydro, biomass, geothermal, etc.) and the overall proportion of renewable energy used in the product's production process. It even goes on to say that if a company wishes to highlight the fact that it uses renewable energy on its product, the proportion of renewable energy in the product's production process must be substantial in relation to the product's life cycle.[123] This makes it all the more clear that these claims are misleading.

## C. Environmental claims relating to greenhouse gas emissions

103.  The way in which Lululemon publicly presents its plans to reduce greenhouse gas emissions omits important information that makes these claims misleading.

104.  Stand maintains that:

a.   These claims are vague, disproportionate, ambiguous and omit substantial information, or are even false, and therefore constitute misleading commercial practices within the meaning of Articles L. 121-2 and 121-3 of the Consumer Code; and

b.   In addition, some of these claims may be assimilated to carbon neutrality claims and therefore contravene the provisions of article L. 229-68 of the French Environment Code.

---

[120] While Lululemon includes rPET (recycled polyester) in its definition of a sustainable material, its use poses significant environmental problems, as we saw earlier in the document.
[121] CNC, *Practical* Guide *supra,* p. 44
[122] Lululemon, 2022 Impact Report *supra*
[123] CNC, Practical Guide *supra,* p.50

105.   Examples of claims in this category :

| Source(s) | Claims in English | Claims in French / *translations* |
|---|---|---|
| (English version)<br>Lululemon website: Our Planet<br>(Screenshot attached)<br><br>(French version)<br>Lululemon, Highlights of the 2021 impact (in appendix) | **Climate Action**<br><br>Meet our science-based climate targets by achieving:<br>• 60% absolute reduction of greenhouse gas (GHG) emissions in all owned and operated facilities[2] (Scope 1 and 2) by 2030<br>• 60% intensity reduction of GHG emissions across our global supply chain[3] (Scope 3) by 2030 | **Climate action**<br><br>[Objective] Ongoing: Achieving our science-based climate targets for 2030<br>• [60%] absolute reduction in GHG emissions from all owned and operated facilities (scope 1 and 2)<br>• [-60%] reduction in GHG intensity in goods and services purchased, and in upstream transport and distribution (Scope 3) |
| Groupe Lululemon website: Our planet (English version)<br>(screenshot attached)<br><br>Lululemon, Highlights of the impact 2021, (in appendix) | Goal Met: Achieve 100% renewable electricity to power owned and operated facilities by 2021 | [Objective] Completed: To use [100%] renewable electricity to power the facilities we own and operate. |
| Lululemon, Impact 2020 Programme (screenshot attached)<br><br>Our sustainable impact | lululemon France<br>(screenshot attached) | We're working toward a carbon-neutral future, starting with cutting our own emissions across our value chain and supporting a global movement for action. | We are working towards a **carbon-neutral** future, starting by cutting our own emissions. We are setting science-based targets approved by Science Based Targets. To achieve these targets, we are implementing strategies to invest in the transition to renewable energy, carbon footprint reduction and energy efficiency across our supply chains. |
| Lululemon, Impact 2020 Programme (English version)<br>(screenshot attached) | By 2030, we will decarbonize our value chain, meeting ambitious, science-based targets. | *By 2030, we will decarbonise our value chain, achieving ambitious targets based on science.* |
| Groupe Lululemon website: Our action for the climate (English version)<br>(screenshot attached) | We are making progress on our climate goals around carbon reduction. | *We are making progress towards our climate targets for reducing carbon emissions.* |

### *1. Claims that are false and/or omit essential information*

106.   The evidence available to Stand shows that Lululemon's claims concerning its greenhouse gas emissions are false, or at the very least omit a large amount of substantial information, and therefore constitute misleading commercial practices within the meaning of Articles L. 121-2 and L. 121-3 of the French Consumer Code.

107.   In particular, Lululemon claims to be "working towards a carbon-neutral future, starting by reducing [its] own emissions throughout [its] value chain". However, these claims are incompatible with the following factual elements:

  a.   Lululemon's scope 3 emissions, which account for over 99% of the company's carbon footprint, have more than doubled since 2020.[124]

---
[124] Lululemon, 2022 Impact Report, supra

b.   The vast majority of Lululemon's supply chain is located in countries that rely heavily on fossil fuels and have minimal renewable energy networks, including Vietnam, Cambodia, Sri Lanka, Bangladesh and Indonesia.[125]

c.   Vietnam is the country where Lululemon sources the most coal (39%).[126] Of all the countries in South-East Asia, Vietnam is the fastest-growing in terms of coal consumption, with an annual growth rate of 11%.[127] By 2021, coal will account for 47% of the country's electricity production.[128] What's more, between 2017 and 2020, Vietnam's carbon emissions rose by more than 50%.[129]

108.   Lululemon also omits extremely substantial information by describing its greenhouse gas emission targets more precisely, making them at the very least misleading, if not false by omission. To illustrate these practices, the entire first statement in the table above is presented and commented on:[130]

**Climate action**

- *Achieve our science-based climate targets by :*

- *60% absolute reduction in greenhouse gas (GHG) emissions from all owned and operated facilities[2] (scope 1 and 2) by 2030*

- *60% reduction in GHG emissions intensity across our global supply chain[3] (scope 3) by 2030*

- *Becoming a net zero company by 2050[4]*

- *Objective achieved: to use 100% renewable electricity to power the facilities we own and operate by 2021.*

*[2] The facilities owned and operated are those over which Lululemon has direct operational control. This target refers to Scope 1 and 2 emissions.*

*[3] Including purchased goods and services, as well as upstream transport and distribution only. The reduction in intensity is calculated in relation to the net income from operations.*

*[4] The Science Based Target Initiative's (SBTi) Net-Zero standard requires companies to reduce their emissions by more than 90% and to use permanent carbon removal and storage to offset the last <10% of residual emissions that cannot be eliminated. SBTi has validated our target for 2024.*

109.   This representation poses three serious problems.

a.   First of all, Lululemon presents its objectives of reducing Scope 1 and 2 emissions by 60%, without mentioning that these emissions only represent around 0.3% of Lululemon's total greenhouse gas emissions. In other words, the website does not explain that achieving this target will have a negligible impact on Lululemon's overall greenhouse gas emissions. By presenting the scope 1 and 2 emissions reduction targets in this way, Lululemon gives the general (and false) impression that it is aiming for significant reductions in its greenhouse gas emissions.

b.   Secondly, Lululemon presents its scope 3 emissions reduction targets as "intensity-based". However, intensity-based targets measure the metric tonnes of $CO_2$ emitted <u>per unit of production</u>, not in absolute terms. Intensity-based decarbonisation targets

---

[125] Ibid, above. In 2022, around 39% of their products were manufactured in Vietnam, 14% in Cambodia, 12% in Sri Lanka, 8% in Bangladesh and 7% in Indonesia, and the rest in other regions.
[126] Ibid.
[127] Do and Burke, supra
[128] Ibid.
[129] International Energy Agency (IEA), supra
[130] Groupe Lululemon website, "Our planet", online: https://corporate.lululemon.com/our-impact/our-planet

are therefore controversial, as they do not guarantee absolute reductions in emissions, particularly in circumstances where a company anticipates significant growth in turnover.[131] The misleading impression conveyed by this representation is that Lululemon's greenhouse gas emissions will reduce to net zero, when in fact they are increasing - since production volume is increasing faster than emissions intensity is decreasing. If Lululemon achieves its sales growth targets for 2026,[132] it is likely that the company's scope 3 emissions will continue to increase.

    c.    Finally, despite Lululemon's many statements about its commitment to restoring a healthy planet, the company is not even on track to meet its own scope 3 emissions reduction target. In its latest impact report, Lululemon states that progress towards the target is not on track: the company's emissions intensity has only decreased by 7%.[133] The report states that this environmental initiative "needs to be accelerated".[134]

110.    As well as misrepresenting its targets, Lululemon makes a number of general statements about its carbon emissions, including claims that the company is working towards a 'carbon neutral' future, that it is 'decarbonising' its value chain and that it is making progress towards its climate targets. These statements give the misleading impression that Lululemon is reducing carbon emissions throughout its supply chain. This impression is directly contrary to the fact that Lululemon's carbon emissions have increased significantly since the launch of the *Be Planet* marketing campaign, with its total scope 3 emissions doubling between 2020 and 2022.[135]

### 2.  *Carbon neutrality claims in breach of article L. 229-68 of the French Environment Code*

111.    Article L. 229-68 of the French Environment Code applies when an advertisement claims that a product or service is carbon neutral, or any other wording "of equivalent meaning or scope".

112.    Through the claims "We are working towards a carbon neutral future" and "By 2030, we will decarbonise our value chain", Lululemon is giving consumers the impression that its activities are moving towards carbon neutrality and will achieve it in the very near future. The company should therefore comply with the transparency requirements governing carbon neutrality claims, namely to make readily available to the public

    a.    A greenhouse gas emissions balance sheet that includes the direct and indirect emissions of the product or service;

    b.    The process by which the product's or service's greenhouse gas emissions are first avoided, then reduced and finally offset, with the greenhouse gas emission reduction trajectory described using quantified annual progress targets; and

    c.    Terms and conditions for offsetting residual greenhouse gas emissions.

113.    As explained in the previous section, the information provided by Lululemon in relation to its claims concerning greenhouse gas emissions is inadequate and omits a number of key elements.

114.    Most of this information is only available in long Impact Reports or other documents available only in English. Lululemon's French-language communication is limited to the few media listed in the tables above and in the Appendix.

---

[131] Jack Arnold and Perrine Toledano, "Corporate Net-Zero Pledges: The Bad and the Ugly" *Columbia Center on Sustainable Development*, (1er December 2021), online: https://ccsi.columbia.edu/news/corporate-net-zero-pledges-bad-and-ugly
[132] Lululemon, Five-Year Growth Plan, supra
[133] Lululemon, 2022 Impact Report, supra
[134] Ibid.
[135] Lululemon impact reports 2020, 2021 and 2022, supra

**VII.   CONCLUSION**

115.   The urgent need to combat climate change and environmental pollution requires the clothing industry to be clear and transparent with its customers about the climate and environmental impacts caused by its activity. Consumers, who make choices on the basis of climate and environmental information, must not be misled, and companies making sincere efforts must not be put at a disadvantage by greenwashing.

116.   As a clothing company responsible for significant greenhouse gas emissions, large quantities of waste and the release of microplastics into the environment, Lululemon should not present itself as a company whose products and actions contribute to "restoring a healthy planet".[136] Representations of this nature are misleading because they take no account of these harmful effects and are extremely vague and disproportionate.

117.   This warning is not, of course, intended as a criticism of the efforts actually made by Lululemon to reduce the impact of its business and its products on the environment. Reducing the amount of virgin polyester in its products, increasing the energy efficiency of its shops, reducing the intensity of water use and water pollution, developing a clothing reuse programme and reducing single-use plastic are all commendable initiatives. However, they do not allow Lululemon to overuse environmental claims in its marketing.

118.   On the basis of the in-depth research carried out by Stand, for which this alert proposes a presentation to the DGCCRF in order to assist it in its fight against greenwashing, it seems clear that the Be Planet campaign and in particular the claims examined in the previous section contravene the applicable provisions of French law in this area.

119.   Stand therefore respectfully invites the DGCCRF to open an investigation into Lululemon's environmental claims and remains at its disposal for any further information.

---

[136] Lululemon France, Our impact, : https://www.lululemon.fr/fr-fr/c/communaute/a-propos/notre-impact-durable. See the "Be Planet" section.

**APPENDIX**