UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| AMANDEEP GYANI, ABBY UTAL, DEBORAH TOMAZ, PAULA MARTINEZ, HECTOR ACOSTA, JULEZ BLAKE, ALEXANDRIA REESE, and ROYA SAYIED, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LULULEMON ATHLETICA INC., and LULULEMON USA INC.,<br><br>Defendants. | Case No. 1:24-cv-22651-BB<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF PRAVIN R. PATEL IN SUPPORT OF**
**DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

I, Pravin R. Patel, declare the following under penalty of perjury:

1. I am a partner at the law firm Weil, Gotshal & Manges LLP ("Weil"). I am a member of the bar of this Court and lead counsel to Defendants lululemon athletica inc. and lululemon USA inc. ("Defendants" or "lululemon") in this action. I submit this Declaration in support of Defendants' Motion to Dismiss the First Amended Complaint (the "Motion").

2. True and correct copies of the following documents cited in the Incorporated Memorandum of Law in Support of the Motion are attached as Exhibits A through I:

3. Attached hereto as **Exhibit A** is a true and correct copy of Press Release, lululemon athletica Inc. Releases Impact Agenda, Unveiling its Social and Environmental Goals and Strategies to Create a Healthier Future (Oct. 28, 2020), https://corporate.lululemon.com/media/press-releases/2020/10-28-2020-085826103.

4. Attached hereto as **Exhibit B** is a true and correct copy of lululemon's 2020 Impact Agenda, https://corporate.lululemon.com/~/media/Files/L/Lululemon/our-impact/2020-impact-agenda.pdf.

5. Attached hereto as **Exhibit C** is a true and correct copy of lululemon's 2020 Impact Report, https://corporate.lululemon.com/~/media/Files/L/Lululemon/our-impact/reporting-and-disclosure/lululemon-2020-full-impact-report.pdf.

6. Attached hereto as **Exhibit D** is a true and correct copy of lululemon's 2022 Impact Report, https://corporate.lululemon.com/~/media/Files/L/Lululemon/our-impact/reporting-and-disclosure/lululemon-2022-impact-report.pdf.

7. Attached hereto as **Exhibit E** is a true and correct copy of lululemon's 2023 Impact Report, https://corporate.lululemon.com/~/media/Files/L/Lululemon/our-impact/reporting-and-disclosure/2023-lululemon-impact-report.pdf.

8. Attached hereto as **Exhibit F** is a true and correct copy of Press Release, lululemon Announces Five-Year Growth Plan to Double Revenue by 2026 to $12.5 Billion (Apr. 20, 2022), https://corporate.lululemon.com/media/press-releases/2022/04-20-2022-113017957#:~:text=Leveraging%20its%20proven%20formula%20and%20supported%20by%20the.

9. Attached hereto as **Exhibit G** is a true and correct copy of lululemon's 2022 Annual Report, https://corporate.lululemon.com/~/media/Files/L/Lululemon/investors/annual-reports/lululemon-2022-annual-report.pdf.

10. Attached hereto as **Exhibit H** is a true and correct copy of Press Release, lululemon Delivers on its Impact Agenda Commitments with Two New Sustainability Initiatives Launching

in May (Apr. 2021), https://corporate.lululemon.com/media/press-releases/2021/04-20-2021-085727212.

11. Attached hereto as **Exhibit I** is a true and correct copy of lululemon's 2020 Impact Summary, https://corporate.lululemon.com/~/media/Files/L/Lululemon/our-impact/reporting-and-disclosure/lululemon-2020-impact-summary-en110521.pdf.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed pursuant to 28 U.S.C. § 1746(2) on September 30, 2024.

Dated: September 30, 2024
       Miami, Florida

*/s/ Pravin R. Patel*
Pravin R. Patel
Florida Bar No. 0099939
**Weil, Gotshal & Manges LLP**
1395 Brickell Ave, Suite 1200
Miami, Florida 33131
Tel: (305) 577-3100
Pravin.Patel@weil.com

*Counsel for Defendants lululemon athletica inc. and lululemon USA inc.*