# EXHIBIT H

# lululemon Delivers on its Impact Agenda Commitments with Two New Sustainability Initiatives Launching in May

Apr 20, 2021

*lululemon Like New recommerce program and Earth Dye product capsule reinforce the brand's focus on creating product experiences that are better for people and the planet*

VANCOUVER, British Columbia--(BUSINESS WIRE)-- lululemon athletica inc. (NASDAQ:LULU) today announced two new initiatives that underscore lululemon's commitment to its Impact Agenda and deliver on its future-facing commitments toward sustainability: lululemon*Like New*, the brand's first-ever recommerce program, and Earth Dye, a new, limited-edition collection made with earth-friendly dyes, both launching this May. The new initiatives are the latest efforts from the brand under its Be Planet pillar, which is focused on making products that are better in every way for people and the planet.

This press release features multimedia. View the full release here: https://www.businesswire.com/news/home/20210420005419/en/

"lululemon is actively working to help create a healthier future, and we are focused on meeting the goals detailed in our Impact Agenda, including making 100 percent of our products with sustainable materials and end-of-use solutions by 2030," said lululemon CEO Calvin McDonald. "Our lululemon*Like New* and Earth Dye initiatives are both meaningful steps towards a circular ecosystem and demonstrate the sustainable innovation underway in product development and retail."



Earth Dye is a new, limited-edition collection of products that features casual, easy-to-wear styles made with lower-impact dyes upcycled from the waste of oranges, beets, and saw palmetto trees sourced from the agricultural and herbal industries.(Photo: Business Wire)

Released in Fall 2020, lululemon's Impact Agenda marked the brand's stake in the ground toward an equitable, sustainable future, and outlined its vision to minimize environmental impact and contribute to a better world. Developing products with sustainable materials and end-of-use solutions are central to the multi-year strategy.

lululemon*Like New* is a creative and regenerative guest model, and one way the brand is extending the life of product that has been designed to last. lululemon also continues to innovate better materials. The lower impact dyes featured in the new Earth Dye collection follow the introduction of solution-dyed nylon, as well as recycled polyester and FSC® (Forest Stewardship Council®) certified rubber materials, among others. lululemon is a founding member of the Mylo™ Consortium as well, a group of forward-thinking global companies focused on contributing to a more sustainable future for fashion. Mylo™ is a sustainable alternative to leather made from renewable mycelium.

To learn more about lululemon's Impact Agenda and Be Planet actions, visit https://shop.lululemon.com/story/sustainability.

## lululemon*Like New*

lululemon*Like New* is a recommerce model for guests to rethink, revive, and rediscover lululemon product through a trade-in and resale program that directly reinvests profits to support additional sustainability initiatives, including circular product design, renew and recycle programs, and store environmental programs. The trade-in program launches as a pilot in California and Texas in May, then expands into a resale program in the same markets in June.

Starting in May, lululemon guests in California and Texas can begin to trade in gently used lululemon clothing in one of the brand's 80+ participating stores or by mail in exchange for a lululemon e-gift card. The online resale program will begin in June, with 100 percent of profits[1]

being reinvested into additional sustainability initiatives, further extending and amplifying the positive impact of lululemon*Like New*.

Eligible products need to be in "like new" condition. lululemon has partnered with Trove, recognized industry experts in branded recommerce, to support with resale technology and operations. All trade-in products will be cleaned using state-of-the-art technology. Gear that does not meet quality standards will be recycled through lululemon's longstanding partnership with debrand.

lululemon's product quality lies at the heart of the program, extending the life of gear that has already been designed to last. Purchasing lululemon*Like New* product, from guest favorites like Wunder Unders to ABC Pants, can save up to 50% of the product's carbon footprint and 310 grams of waste[2]. Guest feedback will be collected throughout this year's pilot to inform future scaling.

## Earth DyeCollection

Earth Dyeis a new, limited-edition collection of products that features casual, easy-to-wear styles made with lower-impact dyes upcycled from the waste of oranges, beets, and saw palmetto trees sourced from the agricultural and herbal industries. These dyes use less water, carbon, and synthetic chemicals compared to conventional synthetic dyes, aligned with the brand's goal to decrease its environmental footprint.

The collection marks one way lululemon is designing its products for long-lasting performance, beauty, and sustainability. Coupled with the sustainable dye solution, the tie-dying process produces a slightly different result each time, so every print in the collection is unique. Inspiration was drawn from colors and textures found in natural landscapes, resulting in muted, earthy tones.

lululemon's new Earth Dye Collection will be available globally starting Tuesday, May 11, 2021 in select colors at lululemon stores and online at lululemon.com.

## About lululemon athletica inc.

lululemon athletica inc. (NASDAQ:LULU) is a healthy lifestyle inspired athletic apparel company for yoga, running, training, and most other sweaty pursuits, creating transformational products and experiences which enable people to live a life they love. Setting the bar in technical fabrics and functional designs, lululemon works with yogis and athletes in local communities for continuous research and product feedback. For more information, visit LULULEMON.COM.

[1]100% of pilot program profits or 2% of revenue, whichever is higher.

[2]Trove calculations on average carbon footprint and waste savings between lululemon's Wunder Under High Rise Tight 28" Full-On Luxtreme and ABC Joggers 30" Warpstreme as of January 2021. Per item carbon footprint savings were calculated by taking the percentage difference

between the life cycle impact of a new item versus a resold item, including the incremental impacts of transporting, cleaning, and reselling the item. The impact of a resold item assumes that the item has 90-95% (depending on item condition) of usable life left at the time of resale, and that the purchase of a resale item directly replaces the purchase of a brand new item 60% of the time (i.e., displacement rate). Waste savings is equal to the weight of the garment in grams. Amount of savings may vary for other lululemon products.

View source version on businesswire.com:
https://www.businesswire.com/news/home/20210420005419/en/

lululemon
Tatiana Jovic
tjovic@lululemon.com

or

Edelman
Renee Mailhiot
renee.mailhiot@edelman.com

Source: lululemon athletica inc.

‹   **Back to Press Releases**